Exhibit 1

US008587915B2

(12) **United States Patent**
Anthony et al.

(10) **Patent No.:**     **US 8,587,915 B2**
(45) **Date of Patent:**     **\*Nov. 19, 2013**

(54) **ARRANGEMENT FOR ENERGY CONDITIONING**

(75) Inventors: **Anthony A. Anthony**, Erie, PA (US); **William M. Anthony**, Erie, PA (US)

(73) Assignee: **X2Y Attenuators, LLC**, Erie, PA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/195,495**

(22) Filed: **Aug. 1, 2011**

(65) **Prior Publication Data**

US 2012/0023742 A1     Feb. 2, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 13/079,789, filed on Apr. 4, 2011, now Pat. No. 8,023,241, which is a continuation of application No. 12/749,040, filed on Mar. 29, 2010, now Pat. No. 7,920,367, which is a continuation of application No. 12/030,253, filed on Feb. 13, 2008, now Pat. No. 7,688,565, which is a continuation of application No. 10/479,506, filed as application No. PCT/US02/21238 on Jul. 2, 2002, now Pat. No. 7,336,468, which is a continuation-in-part of

(60) Provisional application No. 60/280,819, filed on Apr. 2, 2001, provisional application No. 60/302,429, filed on Jul. 2, 2001, provisional application No. 60/310,962, filed on Aug. 8, 2001, provisional application No. 60/200,327, filed on Apr. 28, 2000, provisional application No. 60/215,314, filed on Jun. 30, 2000, provisional application No. 60/225,497, filed on Aug. 15, 2000, provisional application No. 60/255,818, filed on Dec. 15, 2000, provisional application No. 60/180,101, filed on Feb. 3, 2000, provisional application No. 60/185,320, filed on Feb. 28, 2000, provisional application No. 60/191,196, filed on Mar. 22, 2000, provisional application No. 60/203,863, filed on May 12, 2000, provisional application No. 60/241,128, filed on Oct. 17, 2000, provisional application No. 60/248,914, filed on Nov.

15, 2000, provisional application No. 60/252,766, filed on Nov. 22, 2000, provisional application No. 60/253,793, filed on Nov. 29, 2000, provisional application No. 60/146,987, filed on Aug. 3, 1999, provisional application No. 60/165,035, filed on Nov. 12, 1999, provisional application No. 60/139,182, filed on Jun. 15, 1999, provisional application No. 60/136,451, filed on May 28, 1999, provisional application No. 60/349,954, filed on Jan. 18, 2002, provisional application No. 60/388,388, filed on Jun. 12, 2002.

(51) **Int. Cl.**
**H02H 9/00**          (2006.01)

(52) **U.S. Cl.**
USPC ......................................................... **361/118**

(58) **Field of Classification Search**
USPC ......................................................... 361/118
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 676,185 | A | 6/1901 | Gattinger |
| 3,104,363 | A | 9/1963 | Butler |

(Continued)

FOREIGN PATENT DOCUMENTS

| CA | 747079 | 11/1966 |
| CA | 1237534 | 5/1988 |

(Continued)

OTHER PUBLICATIONS

Oct. 1, 2002, PCT International Search Report for PCT/US01/48861.

(Continued)

*Primary Examiner* — Stephen W Jackson
(74) *Attorney, Agent, or Firm* — Kenneth C. Spafford

(57) **ABSTRACT**

Circuit arrangement embodiments that use relative groupings of energy pathways that include shielding circuit arrangements that can sustain and condition electrically complementary energy confluences.

**132 Claims, 7 Drawing Sheets**



## Related U.S. Application Data

application No. 10/023,467, filed on Dec. 17, 2001, now abandoned, which is a continuation-in-part of application No. 09/996,355, filed on Nov. 29, 2001, now abandoned, which is a continuation-in-part of application No. 10/003,711, filed on Nov. 15, 2001, now abandoned, which is a continuation-in-part of application No. 09/982,553, filed on Oct. 17, 2001, now abandoned, said application No. 12/749,040 is a continuation of application No. 12/030,253, which is a continuation of application No. 10/479,506, filed on Dec. 10, 2003, now Pat. No. 7,336,468, which is a continuation-in-part of application No. 10/115,159, filed on Apr. 2, 2002, now Pat. No. 6,894,884, which is a continuation-in-part of application No. 09/845,680, filed on Apr. 30, 2001, now Pat. No. 6,580,595, which is a continuation-in-part of application No. 09/777,021, filed on Feb. 5, 2001, now Pat. No. 6,687,108, which is a continuation-in-part of application No. 09/632,048, filed on Aug. 3, 2000, now Pat. No. 6,738,249, which is a continuation-in-part of application No. 09/594,447, filed on Jun. 15, 2000, now Pat. No. 6,636,406, which is a continuation-in-part of application No. 09/579,606, filed on May 26, 2000, now Pat. No. 6,373,673, which is a continuation-in-part of application No. 09/460,218, filed on Dec. 13, 1999, now Pat. No. 6,331,926, which is a continuation of application No. 09/056,379, filed on Apr. 7, 1998, now Pat. No. 6,018,448, which is a continuation-in-part of application No. 09/008,769, filed on Jan. 19, 1998, now Pat. No. 6,097,581, which is a continuation-in-part of application No. 08/841,940, filed on Apr. 8, 1997, now Pat. No. 5,909,350.

(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,240,621 A | 3/1966 | Flower, Jr. et al. |
| 3,273,027 A | 9/1966 | Bourgault et al. |
| 3,343,034 A | 9/1967 | Ovshinsky |
| 3,379,943 A | 4/1968 | Breedlove |
| 3,381,244 A | 4/1968 | Dalley |
| 3,488,528 A | 1/1970 | Emond |
| 3,496,434 A | 2/1970 | Prokopowicz |
| 3,519,959 A | 7/1970 | Bewley et al. |
| 3,534,301 A | 10/1970 | Golembeski |
| 3,568,000 A | 3/1971 | Martre et al. |
| 3,573,677 A | 4/1971 | Detar |
| 3,652,941 A | 3/1972 | Neuf |
| 3,680,005 A | 7/1972 | Bewley et al. |
| 3,681,612 A | 8/1972 | Vogl |
| 3,688,361 A | 9/1972 | Bonini |
| 3,691,563 A | 9/1972 | Shelton |
| 3,701,958 A | 10/1972 | Herbert |
| 3,736,471 A | 5/1973 | Donze et al. |
| 3,740,678 A | 6/1973 | Hill |
| 3,742,420 A | 6/1973 | Harnden, Jr. |
| 3,764,727 A | 10/1973 | Balde |
| 3,790,858 A | 2/1974 | Brancaleone et al. |
| 3,842,374 A | 10/1974 | Schlicke |
| 3,880,493 A | 4/1975 | Lockhart, Jr. |
| 3,896,354 A | 7/1975 | Coleman et al. |
| 3,898,541 A | 8/1975 | Weller |
| 3,921,041 A | 11/1975 | Stockman |
| 4,023,071 A | 5/1977 | Fussell |
| 4,030,190 A | 6/1977 | Varker |
| 4,071,878 A | 1/1978 | Stynes |
| 4,081,770 A | 3/1978 | Mayer |
| 4,119,084 A | 10/1978 | Eckels |
| 4,135,132 A | 1/1979 | Tafjord |
| 4,139,783 A | 2/1979 | Engeler |
| 4,148,003 A | 4/1979 | Colburn et al. |
| 4,160,220 A | 7/1979 | Stachejko |
| 4,191,986 A | 3/1980 | ta Huang et al. |
| 4,198,613 A | 4/1980 | Whitley |
| 4,237,522 A | 12/1980 | Thompson |
| 4,259,604 A | 3/1981 | Aoki |
| 4,262,317 A | 4/1981 | Baumbach |
| 4,275,945 A | 6/1981 | Krantz et al. |
| 4,290,041 A | 9/1981 | Utsumi et al. |
| 4,292,558 A | 9/1981 | Flick et al. |
| 4,308,509 A | 12/1981 | Tsuchiya et al. |
| 4,312,023 A | 1/1982 | Frappart et al. |
| 4,312,026 A | 1/1982 | Iwaya et al. |
| 4,320,364 A | 3/1982 | Sakamoto et al. |
| 4,322,698 A | 3/1982 | Takahashi et al. |
| 4,328,530 A | 5/1982 | Bajorek et al. |
| 4,328,531 A | 5/1982 | Nagashima et al. |
| 4,335,417 A | 6/1982 | Sakshaug et al. |
| 4,342,143 A | 8/1982 | Jennings |
| 4,349,862 A | 9/1982 | Bajorek et al. |
| 4,353,040 A | 10/1982 | Krumm et al. |
| 4,353,044 A | 10/1982 | Nossek |
| 4,366,456 A | 12/1982 | Ueno et al. |
| 4,374,368 A | 2/1983 | Viola et al. |
| 4,375,053 A | 2/1983 | Viola et al. |
| 4,384,263 A | 5/1983 | Neuman et al. |
| 4,394,639 A | 7/1983 | McGalliard |
| 4,412,146 A | 10/1983 | Futterer et al. |
| 4,424,552 A | 1/1984 | Saint Marcoux |
| 4,441,088 A | 4/1984 | Anderson |
| 4,494,083 A | 1/1985 | Josefsson et al. |
| 4,494,092 A | 1/1985 | Griffin |
| 4,498,122 A | 2/1985 | Rainal |
| 4,533,931 A | 8/1985 | Mandai et al. |
| 4,541,035 A | 9/1985 | Carlson et al. |
| 4,551,746 A | 11/1985 | Gilbert et al. |
| 4,551,747 A | 11/1985 | Gilbert et al. |
| 4,553,114 A | 11/1985 | English et al. |
| 4,556,929 A | 12/1985 | Tanaka et al. |
| 4,560,962 A | 12/1985 | Barrow |
| 4,563,659 A | 1/1986 | Sakamoto |
| 4,577,214 A | 3/1986 | Schaper |
| 4,586,104 A | 4/1986 | Standler |
| 4,587,589 A | 5/1986 | Marek |
| 4,590,537 A | 5/1986 | Sakamoto |
| 4,592,606 A | 6/1986 | Mudra |
| 4,597,029 A | 6/1986 | Kucharek et al. |
| 4,612,140 A | 9/1986 | Mandai |
| 4,612,497 A | 9/1986 | Ulmer |
| 4,626,958 A | 12/1986 | Lockard et al. |
| 4,628,411 A | 12/1986 | Balderes et al. |
| 4,633,368 A | 12/1986 | Frederick |
| 4,636,752 A | 1/1987 | Saito |
| 4,639,826 A | 1/1987 | Val et al. |
| 4,654,694 A | 3/1987 | Val |
| 4,658,334 A | 4/1987 | McSparran et al. |
| 4,665,465 A | 5/1987 | Tanabe |
| 4,667,267 A | 5/1987 | Hernandez et al. |
| 4,675,644 A | 6/1987 | Ott et al. |
| 4,682,129 A | 7/1987 | Bakermans et al. |
| 4,685,025 A | 8/1987 | Carlomagno |
| 4,688,151 A | 8/1987 | Kraus et al. |
| 4,694,265 A | 9/1987 | Kupper |
| 4,698,721 A | 10/1987 | Warren |
| 4,703,386 A | 10/1987 | Speet et al. |
| 4,706,162 A | 11/1987 | Hernandez et al. |
| 4,707,671 A | 11/1987 | Suzuki et al. |
| 4,710,854 A | 12/1987 | Yamada et al. |
| 4,712,062 A | 12/1987 | Takamine |
| 4,712,540 A | 12/1987 | Tucker et al. |
| 4,713,540 A | 12/1987 | Gilby et al. |
| 4,720,690 A | 1/1988 | Popek et al. |
| 4,720,760 A | 1/1988 | Starr |
| 4,725,878 A | 2/1988 | Miyauchi et al. |
| 4,729,058 A | 3/1988 | Gupta et al. |
| 4,734,818 A | 3/1988 | Hernandez et al. |
| 4,734,819 A | 3/1988 | Hernandez et al. |
| 4,739,448 A | 4/1988 | Rowe et al. |
| 4,746,557 A | 5/1988 | Sakamoto et al. |
| 4,752,752 A | 6/1988 | Okubo |

US 8,587,915 B2

Page 3

(56)        **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,755,910 A | 7/1988 | Val |
| 4,760,485 A | 7/1988 | Ari et al. |
| 4,772,225 A | 9/1988 | Ulery |
| 4,777,460 A | 10/1988 | Okubo |
| 4,780,598 A | 10/1988 | Fahey et al. |
| 4,782,311 A | 11/1988 | Ookubo |
| 4,785,135 A | 11/1988 | Ecker et al. |
| 4,785,271 A | 11/1988 | Higgins |
| 4,789,847 A | 12/1988 | Sakamoto et al. |
| 4,793,058 A | 12/1988 | Venaleck |
| 4,794,485 A | 12/1988 | Bennett |
| 4,794,499 A | 12/1988 | Ott |
| 4,795,658 A | 1/1989 | Kano et al. |
| 4,799,070 A | 1/1989 | Nishikawa |
| 4,799,128 A | 1/1989 | Chen |
| 4,801,904 A | 1/1989 | Sakamoto et al. |
| 4,814,295 A | 3/1989 | Mehta |
| 4,814,938 A | 3/1989 | Arakawa et al. |
| 4,814,941 A | 3/1989 | Speet et al. |
| 4,819,126 A | 4/1989 | Kornrumpf et al. |
| 4,827,327 A | 5/1989 | Miyauchi et al. |
| 4,845,606 A | 7/1989 | Herbert |
| 4,847,730 A | 7/1989 | Konno et al. |
| 4,856,102 A | 8/1989 | Insetta et al. |
| 4,864,465 A | 9/1989 | Robbins |
| 4,875,087 A | 10/1989 | Miyauchi et al. |
| 4,884,170 A | 11/1989 | Ohki et al. |
| 4,891,616 A | 1/1990 | Renken et al. |
| 4,891,686 A | 1/1990 | Krausse |
| 4,901,039 A | 2/1990 | Corzine et al. |
| 4,904,967 A | 2/1990 | Morii et al. |
| 4,908,586 A | 3/1990 | Kling et al. |
| 4,908,590 A | 3/1990 | Sakamoto et al. |
| 4,909,909 A | 3/1990 | Florjancic et al. |
| 4,916,576 A | 4/1990 | Herbert et al. |
| 4,924,340 A | 5/1990 | Sweet |
| 4,942,353 A | 7/1990 | Herbert et al. |
| 4,945,399 A | 7/1990 | Brown et al. |
| 4,947,286 A | 8/1990 | Kaneko et al. |
| 4,949,217 A | 8/1990 | Ngo |
| 4,954,929 A | 9/1990 | Baran |
| 4,967,315 A | 10/1990 | Schelhorn |
| 4,975,761 A | 12/1990 | Chu |
| 4,978,906 A | 12/1990 | Herbert et al. |
| 4,982,311 A | 1/1991 | Dehaine et al. |
| 4,989,117 A | 1/1991 | Hernandez |
| 4,990,202 A | 2/1991 | Murata et al. |
| 4,994,936 A | 2/1991 | Hernandez |
| 4,999,595 A | 3/1991 | Azumi et al. |
| 5,012,386 A | 4/1991 | McShane et al. |
| 5,018,047 A | 5/1991 | Insetta et al. |
| 5,027,253 A | 6/1991 | Lauffer et al. |
| 5,029,062 A | 7/1991 | Capel |
| 5,034,709 A | 7/1991 | Azumi et al. |
| 5,034,710 A | 7/1991 | Kawaguchi |
| 5,034,850 A | 7/1991 | Hernandez et al. |
| 5,034,851 A | 7/1991 | Monsorno et al. |
| 5,040,092 A | 8/1991 | Katho et al. |
| 5,040,093 A | 8/1991 | Greuel |
| 5,041,899 A | 8/1991 | Oku et al. |
| 5,051,712 A | 9/1991 | Naito et al. |
| 5,059,140 A | 10/1991 | Philippson et al. |
| 5,065,284 A | 11/1991 | Hernandez |
| 5,073,523 A | 12/1991 | Yamada et al. |
| 5,075,665 A | 12/1991 | Taira et al. |
| 5,079,069 A | 1/1992 | Howard et al. |
| 5,079,223 A | 1/1992 | Maroni |
| 5,079,669 A | 1/1992 | Williams |
| 5,083,101 A | 1/1992 | Frederick |
| 5,089,688 A | 2/1992 | Fang et al. |
| 5,089,880 A | 2/1992 | Meyer et al. |
| 5,089,881 A | 2/1992 | Panicker |
| 5,095,402 A | 3/1992 | Hernandez et al. |
| 5,099,387 A | 3/1992 | Kato et al. |
| 5,105,333 A | 4/1992 | Yamano et al. |
| 5,107,394 A | 4/1992 | Naito et al. |
| 5,109,206 A | 4/1992 | Carlile |
| 5,115,221 A | 5/1992 | Cowman |
| 5,119,062 A | 6/1992 | Nakamura et al. |
| 5,140,297 A | 8/1992 | Jacobs et al. |
| 5,140,496 A | 8/1992 | Heinks et al. |
| 5,140,497 A | 8/1992 | Kato et al. |
| 5,142,352 A | 8/1992 | Chambers et al. |
| 5,142,430 A | 8/1992 | Anthony |
| 5,146,191 A | 9/1992 | Mandai et al. |
| 5,148,005 A | 9/1992 | Fang et al. |
| 5,150,088 A | 9/1992 | Virga et al. |
| 5,151,770 A | 9/1992 | Inoue |
| 5,153,379 A | 10/1992 | Guzuk et al. |
| 5,155,464 A | 10/1992 | Cowman et al. |
| 5,155,655 A | 10/1992 | Howard et al. |
| 5,159,750 A | 11/1992 | Dutta et al. |
| 5,161,086 A | 11/1992 | Howard et al. |
| 5,162,977 A | 11/1992 | Paurus et al. |
| 5,165,055 A | 11/1992 | Metsler |
| 5,166,772 A | 11/1992 | Soldner et al. |
| 5,167,483 A | 12/1992 | Gardiner |
| 5,170,317 A | 12/1992 | Yamada et al. |
| 5,172,299 A | 12/1992 | Yamada et al. |
| 5,173,670 A | 12/1992 | Naito et al. |
| 5,173,767 A | 12/1992 | Lange et al. |
| 5,177,594 A | 1/1993 | Chance et al. |
| 5,177,663 A | 1/1993 | Ingleson et al. |
| 5,177,670 A | 1/1993 | Shinohara et al. |
| 5,179,362 A | 1/1993 | Okochi et al. |
| 5,181,859 A | 1/1993 | Foreman et al. |
| 5,184,210 A | 2/1993 | Westbrook |
| 5,186,647 A | 2/1993 | Denkmann et al. |
| 5,187,455 A | 2/1993 | Mandai et al. |
| 5,206,785 A | 4/1993 | Lee |
| 5,208,502 A | 5/1993 | Yamashita et al. |
| 5,212,402 A | 5/1993 | Higgins, III |
| 5,216,278 A | 6/1993 | Lin et al. |
| 5,218,230 A | 6/1993 | Tamamura et al. |
| 5,219,812 A | 6/1993 | Doi et al. |
| 5,220,480 A | 6/1993 | Kershaw, Jr. et al. |
| 5,220,483 A | 6/1993 | Scott |
| 5,223,741 A | 6/1993 | Bechtel et al. |
| 5,225,709 A | 7/1993 | Nishiuma et al. |
| 5,227,951 A | 7/1993 | deNeuf et al. |
| 5,235,208 A | 8/1993 | Katoh |
| 5,236,376 A | 8/1993 | Cohen |
| 5,237,204 A | 8/1993 | Val |
| 5,243,308 A | 9/1993 | Shusterman et al. |
| 5,251,092 A | 10/1993 | Brady et al. |
| 5,257,950 A | 11/1993 | Lenker et al. |
| 5,261,153 A | 11/1993 | Lucas |
| 5,262,611 A | 11/1993 | Danysh et al. |
| 5,264,983 A | 11/1993 | Petrinec |
| 5,268,810 A | 12/1993 | DiMarco et al. |
| 5,272,590 A | 12/1993 | Hernandez |
| 5,278,524 A | 1/1994 | Mullen |
| 5,283,717 A | 2/1994 | Hundt |
| 5,290,191 A | 3/1994 | Foreman et al. |
| 5,294,751 A | 3/1994 | Kamada |
| 5,294,826 A | 3/1994 | Marcantonio et al. |
| 5,299,956 A | 4/1994 | Brownell et al. |
| 5,300,760 A | 4/1994 | Batliwalla et al. |
| 5,303,419 A | 4/1994 | Ittipiboon et al. |
| 5,309,024 A | 5/1994 | Hirano |
| 5,309,121 A | 5/1994 | Kobayashi et al. |
| 5,310,363 A | 5/1994 | Brownell et al. |
| 5,311,408 A | 5/1994 | Ferchau et al. |
| 5,313,176 A | 5/1994 | Upadhyay |
| 5,319,525 A | 6/1994 | Lightfoot |
| 5,321,373 A | 6/1994 | Shusterman et al. |
| 5,321,573 A | 6/1994 | Person et al. |
| 5,326,284 A | 7/1994 | Bohbot et al. |
| 5,331,505 A | 7/1994 | Wilheim |
| 5,333,095 A | 7/1994 | Stevenson et al. |
| 5,337,028 A | 8/1994 | White |
| 5,338,970 A | 8/1994 | Boyle et al. |
| 5,349,314 A | 9/1994 | Shimizu et al. |
| 5,353,189 A | 10/1994 | Tomlinson |

**US 8,587,915 B2**

Page 4

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,353,202 A | 10/1994 | Ansell et al. |
| 5,355,016 A | 10/1994 | Swirbel et al. |
| 5,357,568 A | 10/1994 | Pelegris |
| 5,362,249 A | 11/1994 | Carter |
| 5,362,254 A | 11/1994 | Siemon et al. |
| 5,365,203 A | 11/1994 | Nakamura et al. |
| 5,367,430 A | 11/1994 | DeVoe et al. |
| 5,369,379 A | 11/1994 | Fujiki |
| 5,369,390 A | 11/1994 | Lin et al. |
| 5,369,545 A | 11/1994 | Bhattacharyya et al. |
| 5,371,653 A | 12/1994 | Kametani et al. |
| 5,374,909 A | 12/1994 | Hirai et al. |
| 5,376,759 A | 12/1994 | Marx et al. |
| 5,378,407 A | 1/1995 | Chandler et al. |
| 5,382,928 A | 1/1995 | Davis et al. |
| 5,382,938 A | 1/1995 | Hansson et al. |
| 5,386,335 A | 1/1995 | Amano et al. |
| 5,386,627 A | 2/1995 | Booth et al. |
| 5,396,201 A | 3/1995 | Ishizaki et al. |
| 5,396,397 A | 3/1995 | McClanahan et al. |
| 5,399,898 A | 3/1995 | Rostoker |
| 5,401,952 A | 3/1995 | Sugawa |
| 5,402,318 A | 3/1995 | Otsuka et al. |
| 5,404,044 A | 4/1995 | Booth et al. |
| 5,405,466 A | 4/1995 | Naito et al. |
| 5,414,299 A | 5/1995 | Wang et al. |
| 5,414,393 A | 5/1995 | Rose et al. |
| 5,414,587 A | 5/1995 | Kiser et al. |
| 5,420,553 A | 5/1995 | Sakamoto et al. |
| 5,426,560 A | 6/1995 | Amaya et al. |
| 5,428,885 A | 7/1995 | Takaya et al. |
| 5,430,605 A | 7/1995 | deNeuf et al. |
| 5,432,484 A | 7/1995 | Klas et al. |
| 5,446,625 A | 8/1995 | Urbish et al. |
| 5,448,445 A | 9/1995 | Yamate et al. |
| 5,450,278 A | 9/1995 | Lee et al. |
| 5,451,919 A | 9/1995 | Chu et al. |
| RE35,064 E | 10/1995 | Hernandez |
| 5,455,734 A | 10/1995 | Foreman et al. |
| 5,457,340 A | 10/1995 | Templeton et al. |
| 5,461,351 A | 10/1995 | Shusterman |
| 5,463,232 A | 10/1995 | Yamashita et al. |
| 5,467,064 A | 11/1995 | Gu |
| 5,468,997 A | 11/1995 | Imai et al. |
| 5,471,027 A | 11/1995 | Call et al. |
| 5,471,035 A | 11/1995 | Holmes |
| 5,471,181 A | 11/1995 | Park |
| 5,473,813 A | 12/1995 | Chobot et al. |
| 5,474,458 A | 12/1995 | Vafi et al. |
| 5,475,262 A | 12/1995 | Wang et al. |
| 5,475,565 A | 12/1995 | Bhattacharyya et al. |
| 5,475,606 A | 12/1995 | Muyshondt et al. |
| 5,477,933 A | 12/1995 | Nguyen |
| 5,481,238 A | 1/1996 | Carsten et al. |
| 5,483,407 A | 1/1996 | Anastasio et al. |
| 5,483,413 A | 1/1996 | Babb |
| 5,488,540 A | 1/1996 | Hatta |
| 5,489,882 A | 2/1996 | Ueno |
| 5,491,299 A | 2/1996 | Naylor et al. |
| 5,491,301 A | 2/1996 | Akiba et al. |
| 5,493,259 A | 2/1996 | Blalock et al. |
| 5,493,260 A | 2/1996 | Park |
| 5,495,180 A | 2/1996 | Huang et al. |
| 5,499,445 A | 3/1996 | Boyle et al. |
| 5,500,629 A | 3/1996 | Meyer |
| 5,500,785 A | 3/1996 | Funada |
| 5,500,789 A | 3/1996 | Miller et al. |
| 5,506,755 A | 4/1996 | Miyagi et al. |
| 5,508,938 A | 4/1996 | Wheeler |
| 5,512,196 A | 4/1996 | Mantese et al. |
| 5,519,650 A | 5/1996 | Ichimura et al. |
| 5,528,083 A | 6/1996 | Malladi et al. |
| 5,530,288 A | 6/1996 | Stone |
| 5,531,003 A | 7/1996 | Seifried et al. |
| 5,534,837 A | 7/1996 | Brandt |
| 5,535,101 A | 7/1996 | Miles et al. |
| 5,536,978 A | 7/1996 | Cooper et al. |
| 5,541,482 A | 7/1996 | Siao |
| 5,544,002 A | 8/1996 | Iwaya et al. |
| 5,546,058 A | 8/1996 | Azuma et al. |
| 5,548,255 A | 8/1996 | Spielman |
| 5,555,150 A | 9/1996 | Newman, Jr. |
| 5,556,811 A | 9/1996 | Agatstein et al. |
| 5,557,142 A | 9/1996 | Gilmore et al. |
| 5,566,040 A | 10/1996 | Cosquer et al. |
| 5,568,348 A | 10/1996 | Foreman et al. |
| 5,570,278 A | 10/1996 | Cross |
| 5,574,630 A | 11/1996 | Kresge et al. |
| 5,583,359 A | 12/1996 | Ng et al. |
| 5,583,470 A | 12/1996 | Okubo |
| 5,583,738 A | 12/1996 | Kohno et al. |
| 5,583,739 A | 12/1996 | Vu et al. |
| 5,586,007 A | 12/1996 | Funada |
| 5,586,011 A | 12/1996 | Alexander |
| 5,587,333 A | 12/1996 | Johansson et al. |
| 5,587,920 A | 12/1996 | Muyshondt et al. |
| 5,590,016 A | 12/1996 | Fujishiro |
| 5,590,030 A | 12/1996 | Kametani et al. |
| 5,592,391 A | 1/1997 | Muyshondt et al. |
| 5,604,668 A | 2/1997 | Wohrstein et al. |
| 5,610,796 A | 3/1997 | Lavene |
| 5,612,657 A | 3/1997 | Kledzik |
| 5,614,111 A | 3/1997 | Lavene |
| 5,614,881 A | 3/1997 | Duggal et al. |
| 5,618,185 A | 4/1997 | Aekins |
| 5,619,079 A | 4/1997 | Wiggins et al. |
| 5,623,160 A | 4/1997 | Liberkowski |
| 5,624,592 A | 4/1997 | Paustian |
| 5,625,166 A | 4/1997 | Natarajan |
| 5,625,225 A | 4/1997 | Huang et al. |
| 5,633,479 A | 5/1997 | Hirano |
| 5,634,268 A | 6/1997 | Dalal et al. |
| 5,635,669 A | 6/1997 | Kubota et al. |
| 5,635,767 A | 6/1997 | Wenzel et al. |
| 5,635,775 A | 6/1997 | Colburn et al. |
| 5,640,048 A | 6/1997 | Selna |
| 5,641,988 A | 6/1997 | Huang et al. |
| 5,644,468 A | 7/1997 | Wink et al. |
| 5,645,746 A | 7/1997 | Walsh |
| 5,647,766 A | 7/1997 | Nguyen |
| 5,647,767 A | 7/1997 | Scheer et al. |
| 5,659,455 A | 8/1997 | Herbert |
| 5,668,511 A | 9/1997 | Furutani et al. |
| 5,672,911 A | 9/1997 | Patil et al. |
| 5,682,303 A | 10/1997 | Goad |
| 5,692,298 A | 12/1997 | Goetz et al. |
| 5,700,167 A | 12/1997 | Pharney et al. |
| 5,708,296 A | 1/1998 | Bhansali |
| 5,708,553 A | 1/1998 | Hung |
| 5,717,249 A | 2/1998 | Yoshikawa et al. |
| 5,719,440 A | 2/1998 | Moden |
| 5,719,450 A | 2/1998 | Vora |
| 5,719,477 A | 2/1998 | Tomihari |
| 5,719,750 A | 2/1998 | Iwane |
| 5,726,612 A | 3/1998 | Mandai et al. |
| 5,731,960 A | 3/1998 | Fung |
| 5,734,198 A | 3/1998 | Stave |
| 5,741,729 A | 4/1998 | Selna |
| 5,742,210 A | 4/1998 | Chaturvedi et al. |
| 5,742,470 A | 4/1998 | Raets |
| 5,745,333 A | 4/1998 | Frankeny et al. |
| 5,751,539 A | 5/1998 | Stevenson et al. |
| 5,756,380 A | 5/1998 | Berg et al. |
| 5,757,252 A | 5/1998 | Cho et al. |
| 5,761,049 A | 6/1998 | Yoshidome et al. |
| 5,764,489 A | 6/1998 | Leigh et al. |
| 5,767,446 A | 6/1998 | Ha et al. |
| 5,770,476 A | 6/1998 | Stone |
| 5,777,383 A | 7/1998 | Stager et al. |
| 5,786,238 A | 7/1998 | Pai et al. |
| 5,786,630 A | 7/1998 | Bhansali et al. |
| 5,789,999 A | 8/1998 | Barnett et al. |
| 5,790,368 A | 8/1998 | Naito et al. |
| 5,796,170 A | 8/1998 | Marcantonio |

**US 8,587,915 B2**

Page 5

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,796,568 A | 8/1998 | Baiatu |
| 5,796,595 A | 8/1998 | Cross |
| 5,797,770 A | 8/1998 | Davis et al. |
| 5,801,579 A | 9/1998 | Le et al. |
| 5,801,597 A | 9/1998 | Carter et al. |
| 5,808,873 A | 9/1998 | Celaya et al. |
| 5,812,380 A | 9/1998 | Frech et al. |
| 5,815,050 A | 9/1998 | Brooks et al. |
| 5,815,051 A | 9/1998 | Hamasaki et al. |
| 5,815,373 A | 9/1998 | Johnsen et al. |
| 5,817,130 A | 10/1998 | Cox et al. |
| 5,818,313 A | 10/1998 | Estes et al. |
| 5,822,174 A | 10/1998 | Yamate et al. |
| 5,825,084 A | 10/1998 | Lau et al. |
| 5,825,628 A | 10/1998 | Garbelli et al. |
| 5,827,382 A | 10/1998 | Ogawa et al. |
| 5,828,093 A | 10/1998 | Naito et al. |
| 5,828,272 A | 10/1998 | Romerein et al. |
| 5,828,555 A | 10/1998 | Itoh |
| 5,831,489 A | 11/1998 | Wire |
| 5,834,992 A | 11/1998 | Kato et al. |
| 5,835,338 A | 11/1998 | Suzuki et al. |
| 5,838,216 A | 11/1998 | White et al. |
| 5,838,551 A | 11/1998 | Chan |
| 5,847,936 A | 12/1998 | Forehand et al. |
| 5,854,534 A | 12/1998 | Beilin et al. |
| 5,864,089 A | 1/1999 | Rainal |
| 5,867,361 A | 2/1999 | Wolf et al. |
| 5,870,272 A | 2/1999 | Seifried et al. |
| 5,870,273 A | 2/1999 | Sogabe et al. |
| 5,872,695 A | 2/1999 | Fasano et al. |
| 5,875,099 A | 2/1999 | Maesaka et al. |
| 5,880,925 A | 3/1999 | DuPre et al. |
| 5,889,445 A | 3/1999 | Ritter et al. |
| 5,892,415 A | 4/1999 | Okamura |
| 5,894,252 A | 4/1999 | Oida |
| 5,895,990 A | 4/1999 | Lau |
| 5,898,403 A | 4/1999 | Saitoh et al. |
| 5,898,562 A | 4/1999 | Cain et al. |
| 5,898,576 A | 4/1999 | Lockwood et al. |
| 5,900,350 A | 5/1999 | Provost et al. |
| 5,905,627 A | 5/1999 | Brendel et al. |
| 5,907,265 A | 5/1999 | Sakuragawa et al. |
| 5,908,151 A | 6/1999 | Elias |
| 5,909,155 A | 6/1999 | Anderson et al. |
| 5,909,350 A | 6/1999 | Anthony |
| 5,910,755 A | 6/1999 | Mishiro et al. |
| 5,910,879 A | 6/1999 | Herbert |
| 5,912,809 A | 6/1999 | Steigerwald et al. |
| 5,917,388 A | 6/1999 | Tronche et al. |
| 5,923,523 A | 7/1999 | Herbert |
| 5,923,540 A | 7/1999 | Asada et al. |
| 5,925,925 A | 7/1999 | Dehaine et al. |
| 5,926,377 A | 7/1999 | Nakao et al. |
| 5,928,076 A | 7/1999 | Clements et al. |
| 5,929,729 A | 7/1999 | Swarup |
| 5,955,930 A | 9/1999 | Anderson et al. |
| 5,959,829 A | 9/1999 | Stevenson et al. |
| 5,959,846 A | 9/1999 | Noguchi et al. |
| 5,969,461 A | 10/1999 | Anderson et al. |
| 5,969,583 A | 10/1999 | Hutchinson |
| 5,973,906 A | 10/1999 | Stevenson et al. |
| 5,973,928 A | 10/1999 | Blasi et al. |
| 5,977,845 A | 11/1999 | Kitahara |
| 5,978,231 A | 11/1999 | Tohya et al. |
| 5,980,718 A | 11/1999 | Van Konynenburg et al. |
| 5,982,018 A | 11/1999 | Wark et al. |
| 5,986,340 A | 11/1999 | Mostafazadeh et al. |
| 5,995,352 A | 11/1999 | Gumley |
| 5,995,591 A | 11/1999 | Halim |
| 5,999,067 A | 12/1999 | D'Ostilio |
| 5,999,398 A | 12/1999 | Makl et al. |
| 6,004,752 A | 12/1999 | Loewy et al. |
| 6,013,957 A | 1/2000 | Puzo et al. |
| 6,016,095 A | 1/2000 | Herbert |
| 6,018,448 A | 1/2000 | Anthony |
| 6,021,564 A | 2/2000 | Hanson |
| 6,023,210 A | 2/2000 | Tulintseff |
| 6,023,406 A | 2/2000 | Kinoshita et al. |
| 6,031,710 A | 2/2000 | Wolf et al. |
| 6,034,576 A | 3/2000 | Kuth |
| 6,034,864 A | 3/2000 | Naito et al. |
| 6,037,846 A | 3/2000 | Oberhammer |
| 6,038,121 A | 3/2000 | Naito et al. |
| 6,042,685 A | 3/2000 | Shinada et al. |
| 6,046,898 A | 4/2000 | Seymour et al. |
| 6,052,038 A | 4/2000 | Savicki |
| 6,052,272 A | 4/2000 | Kuroda et al. |
| 6,054,754 A | 4/2000 | Bissey |
| 6,054,758 A | 4/2000 | Lamson |
| 6,061,227 A | 5/2000 | Nogi |
| 6,061,228 A | 5/2000 | Palmer et al. |
| 6,064,286 A | 5/2000 | Ziegner et al. |
| 6,069,786 A | 5/2000 | Horie et al. |
| 6,072,687 A | 6/2000 | Naito et al. |
| 6,072,690 A | 6/2000 | Farooq et al. |
| 6,075,211 A | 6/2000 | Tohya et al. |
| 6,075,285 A | 6/2000 | Taylor et al. |
| 6,078,117 A | 6/2000 | Perrin et al. |
| 6,078,229 A | 6/2000 | Funada et al. |
| 6,084,779 A | 7/2000 | Fang |
| 6,088,235 A | 7/2000 | Chiao et al. |
| 6,091,310 A | 7/2000 | Utsumi et al. |
| 6,092,269 A | 7/2000 | Yializis et al. |
| 6,094,112 A | 7/2000 | Goldberger et al. |
| 6,094,339 A | 7/2000 | Evans |
| 6,097,260 A | 8/2000 | Whybrew et al. |
| 6,097,581 A | 8/2000 | Anthony |
| 6,104,258 A | 8/2000 | Novak |
| 6,104,599 A | 8/2000 | Ahiko et al. |
| 6,108,448 A | 8/2000 | Song et al. |
| 6,111,479 A | 8/2000 | Myohga et al. |
| 6,120,326 A | 9/2000 | Brooks |
| 6,121,761 A | 9/2000 | Herbert |
| 6,125,044 A | 9/2000 | Cherniski et al. |
| 6,130,585 A | 10/2000 | Whybrew et al. |
| 6,133,805 A | 10/2000 | Jain et al. |
| 6,137,161 A | 10/2000 | Gilliland et al. |
| 6,137,392 A | 10/2000 | Herbert |
| 6,142,831 A | 11/2000 | Ashman et al. |
| 6,144,547 A | 11/2000 | Retseptor |
| 6,147,587 A | 11/2000 | Hadano et al. |
| 6,150,895 A | 11/2000 | Steigerwald et al. |
| 6,157,528 A | 12/2000 | Anthony |
| 6,157,547 A | 12/2000 | Brown et al. |
| 6,160,705 A | 12/2000 | Stearns et al. |
| 6,163,454 A | 12/2000 | Strickler |
| 6,163,456 A | 12/2000 | Suzuki et al. |
| 6,165,814 A | 12/2000 | Wark et al. |
| 6,175,287 B1 | 1/2001 | Lampen et al. |
| 6,180,588 B1 | 1/2001 | Walters |
| 6,181,004 B1 | 1/2001 | Koontz et al. |
| 6,181,231 B1 | 1/2001 | Bartilson |
| 6,183,685 B1 | 2/2001 | Cowman et al. |
| 6,184,477 B1 | 2/2001 | Tanahashi |
| 6,184,769 B1 | 2/2001 | Nakamura et al. |
| 6,185,091 B1 | 2/2001 | Tanahashi et al. |
| 6,188,565 B1 | 2/2001 | Naito et al. |
| 6,191,472 B1 | 2/2001 | Mazumder |
| 6,191,475 B1 | 2/2001 | Skinner et al. |
| 6,191,479 B1 | 2/2001 | Herrell et al. |
| 6,191,669 B1 | 2/2001 | Shigemura |
| 6,191,932 B1 | 2/2001 | Kuroda et al. |
| 6,191,933 B1 | 2/2001 | Ishigaki et al. |
| 6,195,269 B1 | 2/2001 | Hino |
| 6,198,123 B1 | 3/2001 | Linder et al. |
| 6,198,362 B1 | 3/2001 | Harada et al. |
| 6,200,400 B1 | 3/2001 | Farooq et al. |
| 6,204,448 B1 | 3/2001 | Garland et al. |
| 6,205,014 B1 | 3/2001 | Inomata et al. |
| 6,207,081 B1 | 3/2001 | Sasaki et al. |
| 6,208,063 B1 | 3/2001 | Horikawa |
| 6,208,225 B1 | 3/2001 | Miller |
| 6,208,226 B1 | 3/2001 | Chen et al. |

US 8,587,915 B2

Page 6

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,208,494 B1 | 3/2001 | Nakura et al. |
| 6,208,495 B1 | 3/2001 | Wieloch et al. |
| 6,208,501 B1 | 3/2001 | Ingalls et al. |
| 6,208,502 B1 | 3/2001 | Hudis et al. |
| 6,208,503 B1 | 3/2001 | Shimada et al. |
| 6,208,521 B1 | 3/2001 | Nakatsuka |
| 6,208,525 B1 | 3/2001 | Imasu et al. |
| 6,211,754 B1 | 4/2001 | Nishida et al. |
| 6,212,060 B1 | 4/2001 | Liu |
| 6,212,078 B1 | 4/2001 | Hunt et al. |
| 6,215,373 B1 | 4/2001 | Novak et al. |
| 6,215,647 B1 | 4/2001 | Naito et al. |
| 6,215,649 B1 | 4/2001 | Appelt et al. |
| 6,218,631 B1 | 4/2001 | Hetzel et al. |
| 6,219,240 B1 | 4/2001 | Sasov |
| 6,222,427 B1 | 4/2001 | Kato et al. |
| 6,222,431 B1 | 4/2001 | Ishizaki et al. |
| 6,225,876 B1 | 5/2001 | Akino et al. |
| 6,226,169 B1 | 5/2001 | Naito et al. |
| 6,226,182 B1 | 5/2001 | Maehara |
| 6,229,226 B1 | 5/2001 | Kramer et al. |
| 6,236,572 B1 | 5/2001 | Teshome et al. |
| 6,240,621 B1 | 5/2001 | Nellissen et al. |
| 6,243,253 B1 | 6/2001 | DuPre et al. |
| 6,249,047 B1 | 6/2001 | Corisis |
| 6,249,439 B1 | 6/2001 | DeMore et al. |
| 6,252,161 B1 | 6/2001 | Hailey et al. |
| 6,252,761 B1 | 6/2001 | Branchevsky |
| 6,262,895 B1 | 7/2001 | Forthun |
| 6,266,228 B1 | 7/2001 | Naito et al. |
| 6,266,229 B1 | 7/2001 | Naito et al. |
| 6,272,003 B1 | 8/2001 | Schaper |
| 6,281,704 B2 | 8/2001 | Ngai et al. |
| 6,282,074 B1 | 8/2001 | Anthony |
| 6,282,079 B1 | 8/2001 | Nagakari et al. |
| 6,285,109 B1 | 9/2001 | Katagiri et al. |
| 6,285,542 B1 | 9/2001 | Kennedy, III et al. |
| 6,288,344 B1 | 9/2001 | Youker et al. |
| 6,288,906 B1 | 9/2001 | Sprietsma et al. |
| 6,292,350 B1 | 9/2001 | Naito et al. |
| 6,292,351 B1 | 9/2001 | Ahiko et al. |
| 6,300,846 B1 | 10/2001 | Brunker |
| 6,307,450 B2 | 10/2001 | Takahashi et al. |
| 6,309,245 B1 | 10/2001 | Sweeney |
| 6,310,286 B1 | 10/2001 | Troxel et al. |
| 6,310,759 B2 | 10/2001 | Ishigaki et al. |
| 6,313,584 B1 | 11/2001 | Johnson et al. |
| 6,320,547 B1 | 11/2001 | Fathy et al. |
| 6,323,116 B1 | 11/2001 | Lamson |
| 6,324,047 B1 | 11/2001 | Hayworth |
| 6,324,048 B1 | 11/2001 | Liu |
| 6,325,672 B1 | 12/2001 | Belopolsky et al. |
| 6,327,134 B1 | 12/2001 | Kuroda et al. |
| 6,327,137 B1 | 12/2001 | Yamamoto et al. |
| 6,331,808 B2 | 12/2001 | Mikami et al. |
| 6,331,926 B1 | 12/2001 | Anthony |
| 6,331,930 B1 | 12/2001 | Kuroda |
| 6,342,681 B1 | 1/2002 | Goldberger et al. |
| 6,344,961 B1 | 2/2002 | Naito et al. |
| 6,346,743 B1 | 2/2002 | Figueroa et al. |
| 6,351,120 B2 | 2/2002 | Goldfine et al. |
| 6,351,194 B2 | 2/2002 | Takahashi et al. |
| 6,351,369 B1 | 2/2002 | Kuroda et al. |
| 6,352,914 B2 | 3/2002 | Ball et al. |
| 6,353,375 B2 | 3/2002 | Kurata |
| 6,353,540 B1 | 3/2002 | Akiba et al. |
| 6,365,828 B1 | 4/2002 | Kinoshita et al. |
| 6,367,133 B2 | 4/2002 | Ikada et al. |
| 6,370,010 B1 | 4/2002 | Kuroda et al. |
| 6,370,011 B1 | 4/2002 | Naito et al. |
| 6,370,937 B2 | 4/2002 | Hsu |
| 6,373,349 B2 | 4/2002 | Gilbert |
| 6,373,673 B1 | 4/2002 | Anthony |
| 6,373,711 B2 | 4/2002 | Yamauchi et al. |
| 6,377,439 B1 | 4/2002 | Sekidou et al. |
| 6,381,153 B1 | 4/2002 | Brussels |
| 6,388,207 B1 | 5/2002 | Figueroa et al. |
| 6,388,856 B1 | 5/2002 | Anthony |
| 6,388,865 B1 | 5/2002 | Honda et al. |
| 6,392,502 B2 | 5/2002 | Sweeney et al. |
| 6,392,868 B2 | 5/2002 | Ohya et al. |
| 6,395,996 B1 | 5/2002 | Tsai et al. |
| 6,396,088 B2 | 5/2002 | Kitsukawa et al. |
| 6,407,906 B1 | 6/2002 | Ahiko et al. |
| 6,414,572 B2 | 7/2002 | Satoh et al. |
| 6,420,941 B2 | 7/2002 | Okada et al. |
| 6,430,025 B2 | 8/2002 | Naito et al. |
| 6,430,030 B1 | 8/2002 | Farooq et al. |
| 6,437,240 B2 | 8/2002 | Smith |
| 6,437,409 B2 | 8/2002 | Fujii |
| 6,448,873 B1 | 9/2002 | Mostov |
| 6,449,828 B2 | 9/2002 | Pahl et al. |
| 6,456,481 B1 | 9/2002 | Stevenson |
| 6,462,628 B2 | 10/2002 | Kondo et al. |
| 6,462,932 B1 | 10/2002 | Naito et al. |
| 6,466,107 B2 | 10/2002 | Yamamoto |
| 6,469,595 B2 | 10/2002 | Anthony et al. |
| 6,473,292 B1 | 10/2002 | Yoshida et al. |
| 6,475,854 B2 | 11/2002 | Narwankar et al. |
| 6,477,034 B1 | 11/2002 | Chakravorty et al. |
| 6,480,425 B2 | 11/2002 | Yanagisawa et al. |
| 6,483,394 B2 | 11/2002 | Kim |
| 6,493,202 B2 | 12/2002 | Kappel et al. |
| 6,496,354 B2 | 12/2002 | Naito et al. |
| 6,498,710 B1 | 12/2002 | Anthony |
| 6,501,344 B2 | 12/2002 | Ikata et al. |
| 6,504,451 B1 | 1/2003 | Yamaguchi |
| 6,507,200 B2 | 1/2003 | Brandelik et al. |
| 6,509,640 B1 | 1/2003 | Li et al. |
| 6,509,807 B1 | 1/2003 | Anthony et al. |
| 6,510,038 B1 | 1/2003 | Satou et al. |
| 6,522,182 B2 | 2/2003 | Tomita et al. |
| 6,522,516 B2 | 2/2003 | Anthony |
| 6,525,628 B1 | 2/2003 | Ritter et al. |
| 6,525,635 B2 | 2/2003 | Murata et al. |
| 6,532,143 B2 | 3/2003 | Figueroa et al. |
| 6,534,787 B1 | 3/2003 | Hsu |
| 6,538,527 B2 | 3/2003 | Hidaka |
| 6,549,389 B2 | 4/2003 | Anthony et al. |
| 6,549,395 B1 | 4/2003 | Naito et al. |
| 6,559,484 B1 | 5/2003 | Li et al. |
| 6,563,688 B2 | 5/2003 | Anthony et al. |
| 6,567,257 B2 | 5/2003 | Brown |
| 6,573,805 B2 | 6/2003 | Hidaka et al. |
| 6,577,493 B2 | 6/2003 | Honda et al. |
| 6,580,595 B2 | 6/2003 | Anthony et al. |
| 6,587,016 B2 | 7/2003 | Kadota |
| 6,587,327 B1 | 7/2003 | Devoe et al. |
| 6,594,128 B2 | 7/2003 | Anthony |
| 6,594,136 B2 | 7/2003 | Kuroda et al. |
| 6,603,372 B1 | 8/2003 | Ishizaki et al. |
| 6,603,646 B2 | 8/2003 | Anthony et al. |
| 6,606,011 B2 | 8/2003 | Anthony et al. |
| 6,606,237 B1 | 8/2003 | Naito et al. |
| 6,608,538 B2 | 8/2003 | Wang |
| 6,611,419 B1 | 8/2003 | Chakravorty |
| 6,618,268 B2 | 9/2003 | Dibene, II et al. |
| 6,618,943 B2 | 9/2003 | Ashe et al. |
| 6,624,692 B2 | 9/2003 | Suzuki et al. |
| 6,633,528 B2 | 10/2003 | Watanabe |
| 6,636,406 B1 | 10/2003 | Anthony |
| 6,638,686 B2 | 10/2003 | Sawada et al. |
| 6,643,903 B2 | 11/2003 | Stevenson et al. |
| 6,650,203 B2 | 11/2003 | Gerstenberg et al. |
| 6,650,525 B2 | 11/2003 | Anthony |
| 6,665,053 B2 | 12/2003 | Korenaga |
| 6,674,343 B2 | 1/2004 | Gould et al. |
| 6,687,108 B1 | 2/2004 | Anthony et al. |
| 6,696,952 B2 | 2/2004 | Zirbes |
| 6,700,181 B1 | 3/2004 | Coccioli |
| 6,704,190 B2 | 3/2004 | Honda et al. |
| 6,707,685 B2 | 3/2004 | Kabumoto et al. |
| 6,710,263 B2 | 3/2004 | Kobayashi et al. |
| 6,710,997 B2 | 3/2004 | Honda et al. |

**US 8,587,915 B2**

Page 7

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,717,301 | B2 | 4/2004 | De Daran et al. |
| 6,738,245 | B1 | 5/2004 | Anthony et al. |
| 6,750,739 | B2 | 6/2004 | Enokihara et al. |
| 6,767,787 | B2 | 7/2004 | Koh et al. |
| 6,768,630 | B2 | 7/2004 | Togashi |
| 6,794,961 | B2 | 9/2004 | Nagaishi et al. |
| 6,801,422 | B2 | 10/2004 | Mosley |
| 6,806,806 | B2 | 10/2004 | Anthony |
| 6,812,411 | B2 | 11/2004 | Belau et al. |
| 6,823,730 | B2 | 11/2004 | Buck et al. |
| 6,828,666 | B1 | 12/2004 | Herrell et al. |
| 6,849,945 | B2 | 2/2005 | Horiuchi et al. |
| 6,873,513 | B2 | 3/2005 | Anthony |
| 6,879,481 | B2 | 4/2005 | Honda et al. |
| 6,894,884 | B2 | 5/2005 | Anthony, Jr. et al. |
| 6,909,593 | B2 | 6/2005 | Kuroda et al. |
| 6,942,469 | B2 | 9/2005 | Seale et al. |
| 6,950,293 | B2 | 9/2005 | Anthony |
| 6,954,346 | B2 | 10/2005 | Anthony |
| 6,956,174 | B2 | 10/2005 | Khandros et al. |
| 6,980,414 | B1 | 12/2005 | Sutardja |
| 6,995,983 | B1 | 2/2006 | Anthony et al. |
| 7,042,303 | B2 | 5/2006 | Anthony et al. |
| 7,042,703 | B2 | 5/2006 | Anthony et al. |
| 7,050,284 | B2 | 5/2006 | Anthony |
| 7,106,570 | B2 | 9/2006 | Anthony, Jr. et al. |
| 7,109,569 | B2 | 9/2006 | Breisch et al. |
| 7,110,227 | B2 | 9/2006 | Anthony et al. |
| 7,110,235 | B2 | 9/2006 | Anthony, Jr. et al. |
| 7,113,383 | B2 | 9/2006 | Anthony et al. |
| 7,141,899 | B2 | 11/2006 | Anthony et al. |
| 7,180,718 | B2 | 2/2007 | Anthony et al. |
| 7,193,831 | B2 | 3/2007 | Anthony |
| 7,224,564 | B2 | 5/2007 | Anthony |
| 7,262,949 | B2 | 8/2007 | Anthony |
| 7,274,549 | B2 | 9/2007 | Anthony |
| 7,301,748 | B2 | 11/2007 | Anthony et al. |
| 7,321,485 | B2 | 1/2008 | Anthony et al. |
| 7,336,467 | B2 | 2/2008 | Anthony et al. |
| 7,336,468 | B2 | 2/2008 | Anthony et al. |
| 7,423,860 | B2 | 9/2008 | Anthony et al. |
| 7,428,134 | B2 | 9/2008 | Anthony |
| 7,433,168 | B2 | 10/2008 | Anthony |
| 7,440,252 | B2 | 10/2008 | Anthony |
| 7,443,647 | B2 | 10/2008 | Anthony |
| 7,586,728 | B2 | 9/2009 | Anthony |
| 7,593,208 | B2 | 9/2009 | Anthony et al. |
| 7,609,500 | B2 | 10/2009 | Anthony et al. |
| 7,609,501 | B2 | 10/2009 | Anthony et al. |
| 7,630,188 | B2 | 12/2009 | Anthony |
| 7,675,729 | B2 | 3/2010 | Anthony et al. |
| 7,688,565 | B2 | 3/2010 | Anthony et al. |
| 7,733,621 | B2 | 6/2010 | Anthony et al. |
| 7,768,763 | B2 | 8/2010 | Anthony et al. |
| 7,782,587 | B2 | 8/2010 | Anthony et al. |
| 7,817,397 | B2 | 10/2010 | Anthony |
| 7,894,176 | B1 | 2/2011 | Anthony |
| 7,916,444 | B2 | 3/2011 | Anthony et al. |
| 7,920,367 | B2 | 4/2011 | Anthony et al. |
| 7,974,062 | B2 | 7/2011 | Anthony et al. |
| 8,004,812 | B2 | 8/2011 | Anthony et al. |
| 8,014,119 | B2 | 9/2011 | Anthony |
| 8,018,706 | B2 | 9/2011 | Anthony et al. |
| 8,023,241 | B2 * | 9/2011 | Anthony ............. 361/118 |
| 8,026,777 | B2 | 9/2011 | Anthony |
| 2001/0001989 | A1 | 5/2001 | Smith |
| 2001/0002105 | A1 | 5/2001 | Brandelik et al. |
| 2001/0002624 | A1 | 6/2001 | Khandros et al. |
| 2001/0008288 | A1 | 7/2001 | Kimura et al. |
| 2001/0008302 | A1 | 7/2001 | Murakami et al. |
| 2001/0008478 | A1 | 7/2001 | McIntosh et al. |
| 2001/0008509 | A1 | 7/2001 | Watanabe |
| 2001/0009496 | A1 | 7/2001 | Kappel et al. |
| 2001/0010444 | A1 | 8/2001 | Pahl et al. |
| 2001/0011763 | A1 | 8/2001 | Ushijima et al. |
| 2001/0011934 | A1 | 8/2001 | Yamamoto |
| 2001/0011937 | A1 | 8/2001 | Satoh et al. |
| 2001/0013626 | A1 | 8/2001 | Fujii |
| 2001/0015643 | A1 | 8/2001 | Goldfine et al. |
| 2001/0015683 | A1 | 8/2001 | Mikami et al. |
| 2001/0017576 | A1 | 8/2001 | Kondo et al. |
| 2001/0017579 | A1 | 8/2001 | Kurata |
| 2001/0019869 | A1 | 9/2001 | Hsu |
| 2001/0020879 | A1 | 9/2001 | Takahashi et al. |
| 2001/0021097 | A1 | 9/2001 | Ohya et al. |
| 2001/0022547 | A1 | 9/2001 | Murata et al. |
| 2001/0023983 | A1 | 9/2001 | Kobayashi et al. |
| 2001/0024148 | A1 | 9/2001 | Gerstenberg et al. |
| 2001/0028581 | A1 | 10/2001 | Yanagisawa et al. |
| 2001/0029648 | A1 | 10/2001 | Ikada et al. |
| 2001/0031191 | A1 | 10/2001 | Korenaga |
| 2001/0033664 | A1 | 10/2001 | Poux et al. |
| 2001/0035801 | A1 | 11/2001 | Gilbert |
| 2001/0035802 | A1 | 11/2001 | Kadota |
| 2001/0035805 | A1 | 11/2001 | Suzuki et al. |
| 2001/0037680 | A1 | 11/2001 | Buck et al. |
| 2001/0039834 | A1 | 11/2001 | Hsu |
| 2001/0040484 | A1 | 11/2001 | Kim |
| 2001/0040487 | A1 | 11/2001 | Ikata et al. |
| 2001/0040488 | A1 | 11/2001 | Gould et al. |
| 2001/0041305 | A1 | 11/2001 | Sawada et al. |
| 2001/0043100 | A1 | 11/2001 | Tomita et al. |
| 2001/0043129 | A1 | 11/2001 | Hidaka et al. |
| 2001/0043450 | A1 | 11/2001 | Seale et al. |
| 2001/0043453 | A1 | 11/2001 | Narwankar et al. |
| 2001/0045810 | A1 | 11/2001 | Poon et al. |
| 2001/0048581 | A1 | 12/2001 | Anthony et al. |
| 2001/0048593 | A1 | 12/2001 | Yamauchi et al. |
| 2001/0048906 | A1 | 12/2001 | Lau et al. |
| 2001/0050550 | A1 | 12/2001 | Yoshida et al. |
| 2001/0050600 | A1 | 12/2001 | Anthony et al. |
| 2001/0050837 | A1 | 12/2001 | Stevenson et al. |
| 2001/0052833 | A1 | 12/2001 | Enokihara et al. |
| 2001/0054512 | A1 | 12/2001 | Belau et al. |
| 2001/0054734 | A1 | 12/2001 | Koh et al. |
| 2001/0054756 | A1 | 12/2001 | Horiuchi et al. |
| 2001/0054936 | A1 | 12/2001 | Okada et al. |
| 2002/0000521 | A1 | 1/2002 | Brown |
| 2002/0000583 | A1 | 1/2002 | Kitsukawa et al. |
| 2002/0000821 | A1 | 1/2002 | Haga et al. |
| 2002/0000893 | A1 | 1/2002 | Hidaka et al. |
| 2002/0000895 | A1 | 1/2002 | Takahashi et al. |
| 2002/0003454 | A1 | 1/2002 | Sweeney et al. |
| 2002/0005880 | A1 | 1/2002 | Ashe et al. |
| 2002/0024787 | A1 | 2/2002 | Anthony |
| 2002/0027263 | A1 | 3/2002 | Anthony et al. |
| 2002/0027760 | A1 | 3/2002 | Anthony |
| 2002/0044401 | A1 | 4/2002 | Anthony et al. |
| 2002/0075096 | A1 | 6/2002 | Anthony |
| 2002/0079116 | A1 | 6/2002 | Anthony |
| 2002/0089812 | A1 | 7/2002 | Anthony et al. |
| 2002/0113663 | A1 | 8/2002 | Anthony et al. |
| 2002/0122286 | A1 | 9/2002 | Anthony |
| 2002/0131231 | A1 | 9/2002 | Anthony |
| 2002/0149900 | A1 | 10/2002 | Anthony |
| 2002/0158515 | A1 | 10/2002 | Anthony, Jr. et al. |
| 2002/0186100 | A1 | 12/2002 | Anthony et al. |
| 2003/0029632 | A1 | 2/2003 | Anthony, Jr. et al. |
| 2003/0029635 | A1 | 2/2003 | Anthony, Jr. et al. |
| 2003/0048029 | A1 | 3/2003 | DeDaran et al. |
| 2003/0067730 | A1 | 4/2003 | Anthony et al. |
| 2003/0161086 | A1 | 8/2003 | Anthony |
| 2003/0202312 | A1 | 10/2003 | Anthony et al. |
| 2003/0206388 | A9 | 11/2003 | Anthony et al. |
| 2003/0210125 | A1 | 11/2003 | Anthony |
| 2003/0231451 | A1 | 12/2003 | Anthony |
| 2003/0231456 | A1 | 12/2003 | Anthony et al. |
| 2004/0004802 | A1 | 1/2004 | Anthony et al. |
| 2004/0008466 | A1 | 1/2004 | Anthony et al. |
| 2004/0027771 | A1 | 2/2004 | Anthony |
| 2004/0032304 | A1 | 2/2004 | Anthony et al. |
| 2004/0054426 | A1 | 3/2004 | Anthony |
| 2004/0085699 | A1 | 5/2004 | Anthony |
| 2004/0105205 | A1 | 6/2004 | Anthony et al. |

US 8,587,915 B2

Page 8

(56)         **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2004/0124949 | A1 | 7/2004 | Anthony et al. |
| 2004/0130840 | A1 | 7/2004 | Anthony |
| 2004/0218332 | A1 | 11/2004 | Anthony et al. |
| 2004/0226733 | A1 | 11/2004 | Anthony et al. |
| 2005/0016761 | A9 | 1/2005 | Anthony, Jr. et al. |
| 2005/0018374 | A1 | 1/2005 | Anthony |
| 2005/0063127 | A1 | 3/2005 | Anthony |
| 2005/0248900 | A1 | 11/2005 | Anthony |
| 2005/0286198 | A1 | 12/2005 | Anthony et al. |
| 2006/0023385 | A9 | 2/2006 | Anthony et al. |
| 2006/0139836 | A1 | 6/2006 | Anthony |
| 2006/0139837 | A1 | 6/2006 | Anthony et al. |
| 2006/0193051 | A1 | 8/2006 | Anthony et al. |
| 2006/0202414 | A1 | 9/2006 | Chen |
| 2006/0203414 | A1 | 9/2006 | Anthony |
| 2007/0019352 | A1 | 1/2007 | Anthony |
| 2007/0047177 | A1 | 3/2007 | Anthony |
| 2007/0057359 | A1 | 3/2007 | Anthony et al. |
| 2007/0103839 | A1 | 5/2007 | Anthony et al. |
| 2007/0109709 | A1 | 5/2007 | Anthony et al. |
| 2008/0160681 | A1 | 7/2008 | Anthony et al. |
| 2009/0321127 | A1 | 12/2009 | Anthony et al. |
| 2010/0078199 | A1 | 4/2010 | Anthony et al. |
| 2010/0180438 | A1 | 7/2010 | Anthony et al. |
| 2010/0294555 | A1 | 11/2010 | Anthony et al. |
| 2010/0307810 | A1 | 12/2010 | Anthony et al. |
| 2010/0319978 | A1 | 12/2010 | Anthony et al. |
| 2011/0032657 | A1 | 2/2011 | Anthony |
| 2011/0141653 | A1 | 6/2011 | Anthony |
| 2011/0174523 | A1 | 7/2011 | Anthony et al. |
| 2011/0192642 | A1 | 8/2011 | Anthony et al. |
| 2012/0000045 | A1 | 1/2012 | Anthony et al. |
| 2012/0023741 | A1 | 2/2012 | Anthony et al. |
| 2012/0023742 | A1 | 2/2012 | Anthony et al. |
| 2012/0034774 | A1 | 2/2012 | Anthony et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 197 28 692 | A1 | 1/1999 |
| DE | 198 57 043 | C1 | 3/2000 |
| EP | 295948 | | 12/1988 |
| EP | 563873 | | 10/1993 |
| EP | 279769 | | 9/1994 |
| EP | 0623363 | | 11/1994 |
| EP | 98915364 | | 11/1994 |
| EP | 763867 | | 3/1997 |
| EP | 0776016 | | 5/1997 |
| EP | 872888 | | 10/1998 |
| EP | 0933871 | | 8/1999 |
| EP | 1022751 | | 7/2000 |
| EP | 1024507 | | 8/2000 |
| EP | 1061535 | | 12/2000 |
| EP | 1128434 | | 8/2001 |
| EP | 735606 | | 1/2002 |
| EP | 1873872 | | 12/2008 |
| FR | 2496970 | | 6/1982 |
| FR | 2606207 | | 5/1988 |
| FR | 2765417 | | 12/1998 |
| FR | 2808135 | | 10/2001 |
| GB | 2217136 | | 4/1988 |
| GB | 2310967 | | 3/2000 |
| GB | 2341980 | | 3/2000 |
| JP | 57-172130 | | 10/1982 |
| JP | 63-269509 | | 11/1988 |
| JP | 1-27251 | | 1/1989 |
| JP | 01-120805 | | 5/1989 |
| JP | 01-212415 | | 8/1989 |
| JP | 02-267879 | | 11/1990 |
| JP | 03-018112 | | 1/1991 |
| JP | 03-071614 | | 3/1991 |
| JP | 05-205966 | | 8/1993 |
| JP | 5-283284 | | 10/1993 |
| JP | 05-299292 | | 11/1993 |
| JP | 06-020870 | | 1/1994 |

| | | |
|---|---|---|
| JP | 06-053048 | 2/1994 |
| JP | 06-053049 | 2/1994 |
| JP | 06-053075 | 2/1994 |
| JP | 06-053077 | 2/1994 |
| JP | 06-053078 | 2/1994 |
| JP | 06-084695 | 3/1994 |
| JP | 06-120704 | 4/1994 |
| JP | 06-151014 | 5/1994 |
| JP | 06-151244 | 5/1994 |
| JP | 06-151245 | 5/1994 |
| JP | 06-231995 | 8/1994 |
| JP | 06-251981 | 9/1994 |
| JP | 06-275463 | 9/1994 |
| JP | 6-302471 | 10/1994 |
| JP | 06-325977 | 11/1994 |
| JP | 11-214244 | 11/1994 |
| JP | 06-267790 | 12/1994 |
| JP | 07-022757 | 1/1995 |
| JP | 07-122757 | 5/1995 |
| JP | 07 161568 | 6/1995 |
| JP | 07-201651 | 8/1995 |
| JP | 07-202477 | 8/1995 |
| JP | 07-235406 | 9/1995 |
| JP | 07-235852 | 9/1995 |
| JP | 07-235862 | 9/1995 |
| JP | 07-240651 | 9/1995 |
| JP | 07-263871 | 10/1995 |
| JP | 07-263280 | 11/1995 |
| JP | 08-97328 | 4/1996 |
| JP | 08-124795 | 5/1996 |
| JP | 08-163122 | 6/1996 |
| JP | 08-172025 | 7/1996 |
| JP | 08-181035 | 7/1996 |
| JP | 8172025 | 7/1996 |
| JP | 08-273973 | 10/1996 |
| JP | 09-232185 | 9/1997 |
| JP | 9-266130 | 10/1997 |
| JP | 09-275145 | 10/1997 |
| JP | 09-284076 | 10/1997 |
| JP | 09-284077 | 10/1997 |
| JP | 09-284078 | 10/1997 |
| JP | 09-293987 | 11/1997 |
| JP | 9-294041 | 11/1997 |
| JP | 10-12490 | 1/1998 |
| JP | 10-41637 | 2/1998 |
| JP | 10-41677 | 2/1998 |
| JP | 10-223470 | 8/1998 |
| JP | 11-21456 | 4/1999 |
| JP | 11-97291 | 4/1999 |
| JP | 11-102839 | 4/1999 |
| JP | 11-21456 | 8/1999 |
| JP | 11-214256 | 8/1999 |
| JP | 11-223396 | 8/1999 |
| JP | 11-219824 | 10/1999 |
| JP | 11-294908 | 10/1999 |
| JP | 11-305302 | 11/1999 |
| JP | 11-319222 | 11/1999 |
| JP | 11-345273 | 12/1999 |
| JP | 2000-188218 | 4/2000 |
| JP | 00-188218 | 7/2000 |
| JP | 2000-243646 | 8/2000 |
| JP | 00-261235 | 9/2000 |
| JP | 00-299249 | 10/2000 |
| JP | 2000-286665 | 10/2000 |
| WO | WO9007785 | 7/1990 |
| WO | WO 91/15046 | 10/1991 |
| WO | WO9622008 | 7/1996 |
| WO | WO9641376 | 12/1996 |
| WO | WO 97/20332 | 6/1997 |
| WO | WO 97/43786 | 11/1997 |
| WO | WO 98/45921 | 10/1998 |
| WO | WO 99/04457 | 1/1999 |
| WO | WO 99/19982 | 4/1999 |
| WO | WO 99/37008 | 7/1999 |
| WO | WO 99/52210 | 10/1999 |
| WO | WO 00/16446 | 3/2000 |
| WO | WO 00/65740 | 11/2000 |
| WO | WO 00/74197 | 12/2000 |
| WO | WO 00/77907 | 12/2000 |

**US 8,587,915 B2**

Page 9

(56)        **References Cited**

FOREIGN PATENT DOCUMENTS

| WO |   01/06631 | 1/2001 |
| WO | WO 01/10000 | 2/2001 |
| WO | WO 01/41232 | 6/2001 |
| WO | WO 01/41233 | 6/2001 |
| WO | WO 01/45119 | 6/2001 |
| WO | WO 01/71908 | 9/2001 |
| WO | WO 01/75916 | 10/2001 |
| WO | WO 01/84581 | 11/2001 |
| WO | WO 01/86774 | 11/2001 |
| WO | WO 02/59401 | 1/2002 |
| WO | WO 02/11160 | 2/2002 |
| WO | WO 02/15360 | 2/2002 |
| WO | WO 02/27794 | 4/2002 |
| WO | WO 02/33798 | 4/2002 |
| WO | WO 02/45233 | 6/2002 |
| WO | WO 02/065606 | 8/2002 |
| WO | WO 02/080330 | 10/2002 |
| WO | WO 03/005541 | 1/2003 |
| WO | WO 2004/070905 | 8/2004 |
| WO | WO 2005/002018 | 1/2005 |
| WO | WO 2005/015719 | 2/2005 |
| WO | WO 2005/065097 | 7/2005 |
| WO | WO 2006/093830 | 9/2006 |
| WO | WO 2006/093831 | 9/2006 |
| WO | WO 2006/099297 | 9/2006 |
| WO | WO 2006/104613 | 10/2006 |
| WO | WO 2007/103965 | 9/2007 |

OTHER PUBLICATIONS

Jan. 2, 2003, PCT International Search Report for PCT/US01/44681.
Jan. 1, 1994, Greb, "An Intuitive Approach to EM Fields," EMC Test & Design, Jan. 1991, pp. 30-33.
Dec. 1, 1993, Greb, "An Intuitive Approach to EM Coupling," EMC Test & Design, Dec. 1993, pp. 20-25.
Jun. 1, 1986, Sakamoto, "Noiseproof Power Supplies: What's Important in EMI Removal Filters?" JEE, Jun. 1986, pp. 80-85.
Jan. 1, 1999, Montrose, "Analysis on Loop Area Trace Radiated Emissions from Decoupling Capacitor Placement on Printed Circuit Boards," IEEE, 1999, pp. 423-428.
Jan. 1, 1999, Miyoshi, "Surface Mounted Distributed Constant Type Noise Filter," IEEE, 1999, pp. 157-160.
Jan. 1, 1999, Shigeta et al., "Improved EMI Performance by Use of a Three-Terminal-Capacitor Applied to an IC Power Line," IEEE, 1999, pp. 161-164.
Jul. 19, 1999, PCT International Search Report for PCT/US99/07653.
Oct. 13, 1999, IPER for PCT/US99/07653.
U.S. Appl. No. 10/479,506, Claims 1-46 from Preliminary Amendment filed Dec. 10, 2003.
U.S. Appl. No. 10/189,339, Claims 1-41 from Preliminary Amendment filed Oct. 28, 2003.
U.S. Appl. No. 10/443,792, Claims 1-41 from Preliminary Amendment filed Oct. 28, 2003.
Aug. 19, 1998, PCT International Search Report for PCT/US98/06962.
Apr. 19, 1999, PCT International Search Report for PCT/US99/01040.
Sep. 18, 2000, PCT International Search Report for PCT/US00/11409.
Sep. 13, 2000, PCT International Search Report for PCT/US00/14626.
Nov. 8, 2000, PCT International Search Report for PCT/US00/16518.
Dec. 28, 2000, PCT International Search Report for PCT/US00/21178.
Sep. 1, 1996, Carpenter, Jr. et al., "A New Approach to TVSS Design," Power Quality Assurance, Sep./Oct. 1996 p. 60-63.
Jan. 1, 1996, Raychem, "Polyswitch Resettable Fuses," Circuit Protection Databook, Jan. 1996, pp. 11-18.

Dec. 28, 2001, PCT International Search Report for PCT/US01/41720.
Jun. 13, 2001, PCT International Search Report for PCT/US01/09185.
Jul. 1, 2000, Polka et al., "Package-Level Interconnect Design for Optimum Electrical Performance," Intel Technology Journal Q3, 2000, pp. 1-17.
May 10, 2002, PCT International Search Report for PCT/US01/43418.
Mar. 13, 2002, PCT International Search Report for PCT/US01/32480.
Aug. 19, 2002, PCT International Search Report for PCT/US02/10302.
Feb. 28, 2003, PCT International Search Report for PCT/US02/21238.
Mar. 18, 2002, PCT International Search Report for PCT/US01/13911.
Jul. 16, 1991, PCT International Search Report for PCT/US91/02150.
Jun. 28, 2001, PCT International Search Report for PCT/US01/03792.
Dec. 16, 1998, "Johanson Dielectrics, Inc. Licenses X2Y Circuit Conditioning Technology," Press Release, Dec. 16, 1998, 1 page.
Mar. 1, 1997, Beyne et al., "PSGA—an innovative IC package for single and multichip designs," Components, Mar. 1997, pp. 6-9.
Sep. 15, 1997, "EMC Design for Brush Commutated DC Electric Motors," Sep. 15, 1997, pp. 1-2.
Apr. 1, 1996, "Tomorrow's Capacitors," Components, 1996, No. 4, p. 3.
Mason, "Valor—Understanding Common Mode Noise," Mar. 30, 1998, pp. 1-7.
Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/237,079, Claims 21-81; filed Sep. 9, 2002.
David Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/766,000, Claims 1-63; filed Jan. 29, 2004.
William Anthony, Pending specification, claims, figures for U.S. Appl. No. 10/399,630, Claims 1-35; filed Aug. 27, 2003.
William Anthony, Pending specification, claims, figures for U.S. Appl. No. 10/432,840, Claims 1-39; filed May 28, 2003.
William Anthony, Pending specification, claims, figures for U.S. Appl. No. 10/443,482, Claims 1-25; filed Jun. 12, 2003.
Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/435,199, Claims 1-32; filed May 12, 2003.
Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/115,159, Claims 1-31; filed Apr. 2, 2002.
Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/189,338, Claims 1-69; filed Jul. 2, 2002.
Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/189,339, Claims 1-41; filed Jul. 2, 2002.
Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/479,506, Claims 1-46; filed Dec. 10, 2003.
Anthony Anthony, Pending specification, claims, figures for U.S. Appl. No. 10/443,764, Claims 26-40; filed Sep. 16, 2003.
Anthony Anthony, Pending specification, claims, figures for U.S. Appl. No. 10/443,792, Claims 1-41; May 23, 2003.
Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/443,788, Claims 1; 21-45; filed May 23, 2003.
Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/443,778, Claims 1; 21-59; filed May 23, 2003.
Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/460,361, Claims 1-16; filed Jun. 13, 2003.
Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/705,962, Claims 19-33; filed May 25, 2005.
Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/369,335, Claims 1-20; Feb. 18, 2003.
Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 09/647,648, Claims 1-48; filed Nov. 17, 2000.
Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/328,942, Claims 1-20; filed Dec. 23, 2002.
Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 09/632,048, Claims 1-20, filed Aug. 3, 2000.
Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 09/996,355, Claims 1-73; filed Nov. 29, 2001.

US 8,587,915 B2

Page 10

(56)            **References Cited**

OTHER PUBLICATIONS

Willian Anthony, Pending specification, claims, figures for U.S. Appl. No. 10/023,467, Claims 1-20; filed Dec. 17, 2001.

Jan. 1, 2005, Weir, et al., "DesignCon 2005, High Performance FPGA Bypass Networks".

Apr. 25, 2002, Pending claims 1-40 and figures (3 pages) for U.S. Appl. No. 10/399,590; the specification is contained in WO 02/33798, filed Oct. 17, 2001, which is the published version of PCT/US01/32480, which is Neifeld Reference: X2YA0015UPCT-US, which is reference F-063 in the Information Disclosure Statement filed Apr. 23, 2004.

Feb. 11, 2005, PCT International Search Report for PCT/US04/00218.

Feb. 18, 2005, PCT International Search Report for PCT/US04/14539.

Mar. 24, 2005, Australian Patent Office Examination Report for SG 200303041-8; Neifeld Ref: X2YA0025UPCT-SG.

Apr. 11, 2005, PCT International Search Report for PCT/US04/18938.

Nov. 2000, Muccioli, "EMC Society Seattle and Oregon Chapters—New X2Y Filter Technology Emerges as Singles Component Solution for Noise Suppression".

Sep. 27, 2005, PCT Corrected IPER for PCT/US04/00218.

Nov. 8, 2005, Supplementary Partial European Search Report EP 99916477.

Oct. 27, 2005, Supplementary European Search Report EP 98915364.

Dec. 9, 2005, PCT ISR for PCT/US04/39777.

May 8, 2006, EP Examination Report for 99916477.5-2215.

PCT Written Opinion of the International Search Authority.

PCT International Search Report, PCT/US2007/063463.

Oct. 31, 2007, PCT International Search Report PCT/US06/06609.

Oct. 31, 2007, PCT Written Opinion of the International Search.

Jun. 12, 2008, PCT International Search Report PCT/US06/06608.

Jun. 12, 2008, PCT Written Opinion of the International Search Authority PCT/US06/06608.

Jun. 12, 2008, PCT International Search Report PCT/US06/06607.

Jun. 12, 2008, PCT Written Opinion of the International Search Authority PCT/US06/06607.

Jun. 17, 2008, PCT International Search Report PCT/US06/08901.

Jun. 17, 2008, PCT Written Opinion of the International Search Authority PCT/US06/08901.

Jun. 6, 2008, European Search Report EP 07 01 9451.

Sep. 25, 2008, European Search Report EP 01 99 4116.

Sep. 25, 2008, European Search Report EP 01 99 9170.

Sep. 25, 2008, European Search Report EP 01 99 0677.

Sep. 18, 2008, PCT Written Opinion of the International Search Report PCT/US07/063463.

Sep. 25, 2008, European Search Report EP 01 90 8876.

Sep. 25, 2008, European Search Report EP 01 92 2559.

Sep. 25, 2008, European Search Report EP 01 98 1731.

Jan. 24, 1995, Patent Abstracts of Japan, English translation of abstract for JP 07-022757.

Oct. 13, 2000, Patent Abstracts of Japan, English translation of abstract for JP 2000-28665.

Jan. 1, 1994, Greb, "An Intuitive Approach to EM Fields," EMC Test & Design, Jan. 1994, pp. 30-33.

Mar. 30, 1998, Mason, "Valor—Understanding Common Mode Noise," Mar. 30, 1998, pp. 1-7.

Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/237,079, Claims 21-81, filed Sep. 9, 2002.

David Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/766,000, Claims 1-63, filed Jan. 29, 2004.

William Anthony, Pending specification, claims, figures for U.S. Appl. No. 10/399,630, Claims 1-35, filed Aug. 27, 2003.

Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/432,840, Claims 1-39, filed May 28, 2003.

William Anthony, Pending specification, claims, figures for U.S. Appl. No. 10/443,482, Claims 1-25, filed Jun. 12, 2003.

Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/435,199, Claims 1-32, filed May 12, 2003.

Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/115,159, Claims 1-31, filed Apr. 2, 2002.

Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/189,338, Claims 1-69, filed Jul. 2, 2002.

Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/189,339, Claims 1-41, filed Jul. 2, 2002.

Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/479,506, Claims 1-46, filed Dec. 10, 2003.

Anthony Anthony, Pending specification, claims, figures for U.S. Appl. No. 10/443,764, Claims 26-40, filed Sep. 16, 2003.

Anthony Anthony, Pending specification, claims, figures for U.S. Appl. No. 10/443,792, Claims 1-41, filed May 23, 2003.

Anthony Anthony, Pending specification, claims, figures for U.S. Appl. No. 10/443,788, Claims 1-20, filed May 23, 2003.

Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/443,778, Claims 1; 21-59, filed May 23, 2003.

Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/460,361, Claims 1-16, filed Jun. 13, 2003.

Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 10/705,962, Claims 19-33, filed May 25, 2005.

Anthony Anthony, Pending specification, claims, figures for U.S. Appl. No. 10/369,335, Claims 1-20, filed Feb. 18, 2003.

Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 09/647,648, Claims 1-48, filed Nov. 17, 2000.

Anthony Anthony, Pending specification, claims, figures for U.S. Appl. No. 10/328,942, Claims 1-20, filed Dec. 23, 2002.

Anthony Anthony et al., Pending specification, claims, figures for U.S. Appl. No. 09/996,355, Claims 1-73, filed Nov. 29, 2001.

Willian Anthony, Pending specification, claims, figure for U.S. Appl. No. 10/023,467, Claims 1-20, filed Dec. 17, 2001.

Apr. 25, 2002, Pending claims 1-40 and figures (3 pages) for U.S. Appl. No. 10/399,590; the specification is contained in WO 02/33798, filed Oct. 17, 2001, which is the published version of PCT/US01/32480, which is Neifeld Reference: X2YA0015UPCT-US, which is reference F-063 in the Information Disclosure Statement, filed Apr. 23, 2004.

PCT Written Opinion of the International Search Authority, PCT/US2007/063463.

Oct. 31, 2007, PCT Written Opinion of the International Search Authority PCT/US06/06609.

Jun. 12, 2008, PCT Interntional Search Report PCT/US06/06607.

Nov. 1, 1960, Cohn, "Characteristic Impedances of Broadside-Coupled Strip Transmission Lines", IRE Transactions on Microwave Theory and Techniques, vol. 8.6, 633-637.

May 1, 1969, Goldmann, "Geometric Optimization of Controlled Collapse Interconnections", IBM Journal of Research and Development, vol. 13.3, pp. 251-265.

Jan. 1, 1974, Howe, Stripline Circuit Design, pp. 1-308.

May 1, 1971, Hines, "Reciprocal and Nonreciprocal Modes of Propagation in Ferrite Stripline and Microstrip Devices", IEEE Transactions on Mircowave Theory and Techniques, vol. MTT-19.5, pp. 442-451.

Sep. 1, 1976, Coda et al., "Design Considerations for High-Frequency Ceramic Chip Capacitors", IEEE, vol. PHP-12.3, pp. 206-212.

Apr. 1, 1985, King, Texas Instruments Design Group Electromagnetic Compatibility Design Guide, pp. 1-98.

Sep. 1, 1987, Robinson et al., "A Midrange VLSI Hewlett-Packard Precision Architecture Computer", Hewlett-Packard Journal, vol. 38.9, pp. 26-37.

Jan. 1, 1988, Chao et al., "Multilayer Thin-Film Substrate for Multichip Packaging", Electronic Components Conference, Proceedings of the 38th, pp. 276-281.

Jan. 1, 1989, Quint et al., "Electrical Design Methodology of a 407 Pin Multi-Layer Ceramic Package", Electronic Components Conference, Proceedings of the 39th, pp. 392-397.

Jan. 1, 1989, Bhat et al., Stripline-Like Transmission Lines for Microwave Integrated Circuits, pp. 1-695.

US 8,587,915 B2

Page 11

(56)        **References Cited**

OTHER PUBLICATIONS

May 1, 1989, Paul, "A Comparison of the Contributions of Common-mode and Differential Mode Currents in Radiated Emissions", IEEE Transactions on Electromagnetic Compatability, vol. 31.2, pp. 189-193.

Aug. 1, 1989, King et al., Michael King Lecture Notes, pp. 1-14.

May 1, 1982, Bonner et al., "Advanced Printed-Circuit Board Design for High Performance Computer Applications", IBM Journal of Research and Development, vol. 26.3, pp. 297-305.

Jan. 1, 1989, Hnatek et al., "Quality Issues of High Pin Count Fine Pitch VLSI Packages", IEEE International Test Conference, pp. 397-421.

May 1, 1989, Jayaraj et al., "Performance of Low Loss, High Speed Interconnects for Multi-GHz Digitial Systems", IEEE Proceedings of the Aerospace and Electronics Conference, vol. 4, pp. 1674-1681.

Jan. 1, 1989, Liang et al., "High-Performance VLSI Through Package-Level Interconnects", IEEE Proceedings 39th Electronic Components Conference, pp. 518-523.

Jun. 1, 1987, Palusinski et al., "Electrical Modeling of Interconnections in Multilayer Packaging Structures", IEEE Transactions on Components, Hybrids, and Manufacturing Technology, vol. 10.2, pp. 217-223.

Sep. 1, 1987, Kwon et al., "Closely Packed Microstrip Lines as Very High-Speed Chip-to-Chip Interconnects", IEEE Transactions on Components, Hybrids, and Manufacturing Technology, vol. 10.3, pp. 314-320.

Dec. 1, 1985, Watari et al., "Packaging Technology for the NEC SX Supercomputer", IEEE Transactions on Components, Packaging, and Manufacturing Technology, vol. 8.4 pp. 462-467.

Jan. 1, 1989, Seraphim et al., "Principles of Electronic Packaging", McGraw-Hill series in electrical engineering.

Nov. 1, 1989, Gisin, "Minimizing Electromagnetic Interference Through Proper Printed Circuit Board Layout Techniques", Wescon/89 Conference Record, pp. 352-354.

Jan. 1, 1983, Wilson et al., "Theoretical and Experimental Analysis of Coupling Characteristics of Dual TEM Cells", IEEE 1983 International Symposium on Electromagnetic Compatibility, pp. 513-517.

Jan. 1, 1985, Keenan, Decoupling and Layout of Digital Printed Circuits, 1.0 to A4-4.

Jan. 1, 1989, AMS International, Electronic Materials Handbook Packaging, vol. 1, pp. 18-34; 76-88; 127-141; 597-610.

Sep. 1, 1987, Mangelsdorf et al., "A VLSI Processor for HP Precision Architecture", Hewlett-Packard Journal, vol. 38.9, pp. 4-11.

Apr. 1, 1989, Jessen, "VXIbus Product Development Tools", Hewlett-Packard Journal, vol. 40.2, 96-97.

Apr. 1, 1989, Jessen, "VXIbus: A New Interconnection Standard for Modular Instruments", Hewlett-Packard Journal, vol. 40.2, pp. 91-95.

Jan. 1, 1990, Akihiro et al., "Packaging Technology for the NEC SX-3/SX Supercomputer", IEEE Electronic Components and Technology Conference, pp. 525-533.

Jan. 1, 1990, Smith and Savara, "High-Speed Characteristics of Multilayer Ceramic Packages and Test Fixtures", Gallium Arsenide Integrated Circuit (GaAs IC) Symposium, 1990. Technical Digest 1990, 12th Annual, pp. 203-206.

Jan. 1, 1990, Shimada et al., "Large Scale Multilayer Glass-Ceramic Substrate for Supercomputer", IEEE 40th Electronic Components and Technology Conference, 1990, vol. 1, pp. 76-83.

Jan. 1, 1990, Mielke et al., "High-Speed Fixture Interconnects for Mixed-Signal IC Testing", IEEE International Test Conference, pp. 891-895.

Jan. 1, 1990, Walker, Capacitance Inductance, and Crosstalk Analysis, pp. 1-231.

May 1, 1990, Prymak, "Advanced Decoupling Using Ceramic MLC Capacitors", 40th Electronic Components and Technology Conference, pp. 1014-1023.

Sep. 1, 1990, Moresco, "Electronic System Packaging: The Search for Manufacturing the Optimum in a Sea of Constraints", IEEE Transactions on Components, Hybrids, and Manufacturing Technology, vol. 13.3, pp. 494-508.

Oct. 1, 1990, Quint et al., "Measurement of R, L, and C Parameters in VLSI Packages", Hewlett-Packard Journal, vol. 41.5, pp. 73-77.

Feb. 1, 1991, Henke et al., "A Checklist for EMC-Controlled Printed Circuit Board Designs", Printed Circuit Design, vol. 8.2.

Feb. 1, 1991, Tomlinson, "Bringing Board Layout Up to Speed", Printed Circuit Design, vol. 8.2, pp. 6-10.

Aug. 1, 1991, Montrose, "Overview on Design Techniques for Printed Circuit Board Layout Used in High Technology Products", IEEE International Symposium on Electromagnetic Compatibility, 1991, pp. 61-66.

Sep. 1, 1991, Nghiem et al., "A General Analysis of Propagation Along Multi-Layer Superconducting Stripline and Microstrip Transmission Lines", IEEE Transactions on Microwave Theory and Techniques, vol. 39.9, pp. 1553-1565.

Jan. 1, 1991, Tummala et al., "Packaging Technology for IBM's Latest Mainframe Computers (S/390/ES9000)", IEEE, pp. 682-688.

Jan. 1, 1991, Institute for Interconnecting and Packaging Electronic Circuits, IPC-D-275: Design Standard for Rigid Printed Boards and Rigid Printed Board Assemblies, pp. 1-97.

Jan. 1, 1991, Fluke, Controlling Conducted Emissions by Design, pp. 1-334.

Jan. 1, 1992, Becker et al., "Time Domain Electromagnetic Analysis of a Via in a Multilayer Computer Chip Package", Microwave Symposium Digest, 1992, IEEE MTT-S International, pp. 1229-1232.

Jan. 1, 1992, Papsioannou et al., "Generic Design Rules for High-Speed MCM's", IEMT 12th International Electronic Manufacturing Technology Symposium, 1992, pp. 237-244.

Jan. 1, 1992, Wu, "Resistance Computations for Multilayer Packaging Structures by Applying the Boundary Element Method", IEEE Transactions on Components, Packaging, and Manufacturing Technology, vol. 15.1, pp. 87-96.

Feb. 1, 1992, Teener, "A Bus on a Diet—The Serial Bus Alternative—An Introduction to the P1394 High Performance Serial Bus", IEEE Digest of Papers of 37th Computer Society International Conference, Compcon Spring 1992, pp. 316-321.

Feb. 1, 1992, Wyatt, "EMC Design of the HP 54600 Series Oscilloscopes", Hewlett-Packard Journal, vol. 43.1, pp. 41-45.

Apr. 1, 1992, Carey, "Trends in Low Cost, High-Performance Substrate Technology", IEEE Micro, pp. 19-27.

Apr. 1, 1992, DesJardin, "VXIbus: A Standard for Test and Measurement System Architecture", Hewlett-Packard Journal, vol. 43.2, pp. 6-14.

May 1, 1992, Gravelle et al., "EMI/EMC in Printed Circuit Board—a Literature Review", IEEE Transactions on Electromagnetic Compatibility, vol. 34.2, pp. 109-116.

Jul. 1, 1992, de Vreede, et al., "A High Frequency Model Based on the Physical Structure of the Ceramic Multilayer Capacitor", IEEE Transactions on Microwave Theory and Techniques, vol. 40.7, pp. 1584-1587.

Jan. 1, 1992, Murano et al., "Packaging Technology for the NEC SX-3 Supercomputer", IEEE Transaction on Components, Hybrids, and Manufacturing Technology, pp. 411-417.

Aug. 1, 1992, Pan et al., "The Simulation of High-Speed, High-Density Digital Interconnects in Single Chip Packages and Multichip Modules", IEEE Transactions on Components, Hybrids, and Manufacturing Technology, vol. 15, No. 4, pp. 465-477.

Aug. 1, 1992, Daijavad et al., "Methodology for Evaluating Practical EMI Design Guidelines Using EM Analysis Programs", IEEE International Symposium on Electromagnetic Compatibility, 1992, pp. 30-34.

Aug. 1, 1992, Frink et al., "High-Performance Designs for the Low-Cost PA-RISC Desktop", Hewlett-Packard Journal, vol. 43.4, pp. 55-63.

Aug. 1, 1992, Gleason et al., "VLSI Circuits for Low-End and Midrange PA-RISC Computers", Hewlett-Packard Journal, vol. 43.4, pp. 12-22.

Aug. 1, 1992, Lettang, "ECL Clocks for High-Performance RISC Workstations", Hewlett-Packard Journal, vol. 43.4, pp. 23-25.

Sep. 1, 1992, Davidson et al., "Physical and electrical design features of the IBM Enterprise System/9000 circuit module", IBM J. Res. Develop. vol. 36, No. 5, pp. 877-888.

Oct. 1, 1992, Foss et al., "Fast Interfaces for DRAMs", IEEE Spectrum, vol. 29.10.

US 8,587,915 B2

Page 12

(56) **References Cited**

OTHER PUBLICATIONS

Nov. 1, 1992, Bussman, "Active Compensation of Interconnection Losses for Multi-GHz Clock Distribution Networks", IEEE Transactions on Circuits and Systems II: Analog and Digital Signal Processing, vol. 39.11, pp. 790-798.

Dec. 1, 1992, Matta, "Advances in Integrated Circuit Packaging: Demountable TAB", Hewlett-Packard Journal, vol. 43.6, pp. 62-77.

Dec. 1, 1992, Thomas et al., "Software for the HP EISA SCSI Card", Hewlett-Packard Journal, vol. 43.6, pp. 97-108.

Jan. 1, 1993, Rao et al., "Manufacture of Advanced Cu-PI Multi Chip Modules", IEEE Proceedings 43rd Electronic Components and Technology Conference, pp. 920-934.

Jan. 1, 1993, "Finite-Difference Time-Domain Modeling of Noise in Computer Packages", IEEE, pp. 123-127.

Feb. 1, 1993, Jouppi et al., "A 300MHz 115W 32b Bipolar ECL Microprocessor with On-Chip Caches", IEEE 40th International Solid-State Circuits Conference, 1993 Digest of Papers, pp. 84-85.

Jan. 1, 1993, Iqbal et al., "Design Tradeoffs Among MCM-C, MCM-D and MCM-D/C Technologies", Multi-Chip Module Conference, 1993. MCMC-93, Proceedings, 1993 IEEE, pp. 12-18.

Jan. 1, 1993, Becker et al., "Power Distribution Modelling of High Performance First Level Computer Packages", IEEE Electrical Performance of Electronic Packaging, 1993, pp. 202-205.

Aug. 1, 1993, Downing et al., "Decoupling Capacitor Effects on Switching Noise", IEEE Transactions on Components, Hybrids, and Manufacturing Technology, vol. 16.5, pp. 484-489.

Nov. 1, 1993, Blennemann et al., "High Aspect Ratio Lines as Low Distortion High Frequency Off-Chip Interconnects", IEEE Transactions on Components, Hybrids, and Manufacturing Technology, vol. 16.7, pp. 692-698.

Oct. 1, 1993, Becker et al., "Finite-Difference Time-Domain Modeling of Currents in Multi-Layered Computer Chip Packages", IEEE Electrical Performance of Electronic Packaging, 1993, pp. 181-184.

Oct. 1, 1993, Yamaguchi et al., "Packaging Technology for High-Speed Multichip Module Using Copper-Polyimide Thin Film Multilayer Substrate [for B-ISDN]", Electronic Manufacturing Technology Symposium, 1993, Fifteenth IEEE/CHMT International, pp. 406-410.

Dec. 1, 1993, Intel, "AP-125: Designing Microcontroller Systems for Electrically Noisy Environments", pp. 1-21.

Jan. 1, 1993, Institute for Interconnecting and Packaging Electronic Circuits, IPC-T-50: Terms and Definitions Interconnecting and Packaging Electronic Circuits, pp. 1-71.

Feb. 1, 1993, IEEE, IEEE Std 1155-1992: IEEE Standard for VMEbus Extensions for Instrumentation: VXIbus, pp. 1-199.

Jun. 1, 1993, Asprey et al., "Performance Features of the PA7100 Microprocessor", IEEE Micro, vol. 13.3, pp. 22-35.

Jun. 1, 1993, McLellan, "The Alpha AXP Architecture and 21064 Processor", IEEE Micro, vol. 13.3, pp. 36-47.

Jan. 1, 1994, Kambe et al., "MCM Substrate with High Capacitance", Proceedings of the 1994 International Conference on Multichip Modules, pp. 136-141.

Jan. 1, 1994, Center for Electronic Packaging Research, "Simultaneous Switching Noise: Influence of Plane-Plane and Plane-Signal Trace Coupling", Electronic Components and Technology Conference, 1994 Proceedings, 44th, pp. 957-961.

Jan. 1, 1994, Dimos et al., "Thin-Film Decoupling Capacitors for Multichip Modules", Electronic Components and Technology Conference, 1994. Proceedings, 44th, pp. 894-899.

Jan. 1, 1994, Ida et al., "An L-Band Power Amplifier Multi-Chip-Module Using Multi-Layered Planar Circuits", IEEE MTT-S International Microwave Symposium Digest 1994, vol. 3, pp. 1649-1652.

Jan. 1, 1994, Schaper et al., "Electrical Characterization of the Interconnected Mesh Power System (IMPS) MCM Topology", IEEE Proceedings 44th Electronic Components and Technology Conference, 1994, pp. 791-795.

Jan. 1, 1994, Hirano et al., "Characterization and Reduction of Simultaneous Switching Noise for a Multilayer Package", IEEE Proceedings of 44th Electronic Components and Technology Conference, 1994, pp. 949-956.

Jan. 1, 1994, Huang et al., "CBGA Package Design for C4 PowerPC Microprocessor Chips: Trade-off Between Substrate Routability and Performance", Electronic Components and Technology Conference, 1994. Proceedings, 44th, pp. 88-93.

Jan. 1, 1994, AT&T, Carrierless AM/PM (CAP) Host-DSL Transceiver Layout Guide, pp. 1-24.

May 1, 1994, Yamanak et al., "320 Gb/s High-Speed ATM Switching System Hardware Technologies Based on Copper-Polyimide MCM", IEEE 44th Electronic Components and Technology Conference, pp. 776-785.

Jan. 1, 1994, Iqbal et al., "Design Tradeoffs Among MCM-C, MCM-D and MCM-D/C Technologies", IEEE Transactions on Components, Packaging, and Manufacturing Technology—Part B: Advanced Packaging, pp. 22-29.

Jul. 1, 1994, Schwab et al., "Multilayer Suspended Stripline and Coplanar Line Filters", IEEE Transactions on Microwave Theory and Techniques, vol. 42.7, pp. 1403-1407.

Oct. 1, 1994, Garg et al., "Thermal Design of an Advanced Multichip Module for a RISC Processor", IEEE International Conference on Computer Design: LVSI in Computers and Processors, 1994, pp. 608-611.

May 1, 1994, Light et al., "Process Considerations in the Fabrication of Teflon Printed Circuit Boards", IEEE Proceedings of the Electronic Components and Technology Conference, 1994, pp. 542-549.

Jan. 1, 1994, Swaminathan et al., "Electrical Design of an MCM for a Multiprocessor System", MCM '94 Proceedings, pp. 480-486.

May 1, 1994, Wu et al., "Modeling and Simulation of Integral Decoupling Capacitors in Single and Multichip Module Electronics Packaging", IEEE Proceedings 44th Electronic Components and Technology Conference, 1994, pp. 945-948.

May 1, 1994, Panicker et al., "Low-Cost Ceramic Thin-Film Ball Grid Arrays", IEEE Proceedings 44th Electronic Components and Technology Conference, 1994, pp. 29-31.

Jun. 1, 1994, Sudo, "Present and Future Directions for Multichip Module Technologies", IEEE Symposium on VLSI Circuits, 1994. Digest of Technical Papers, pp. 51-54.

May 1, 1994, DeHaven and Dietz, "Controlled Collapse Chip Connection (C4)—an Enabling Technology", IEEE Proceedings of 44th Electronic Components and Technology Conference, 1994, pp. 1-6.

Jan. 1, 1994, Fang et al., "Effects of Losses in Power Planes in the Simulation of Simultaneous Switching Noise", Proceedings of the 3rd Topical Meeting on Electrical Performance of Electronic Packaging, pp. 110-112.

Apr. 1, 1994, Light et al., "Integrated Flex: Rigid-Flex Capability in a High Performance MCM", MCM '94 Proceedings, pp. 430-442.

Jan. 1, 1994, Jastech, Advanced EMC Printed Circuit Board Design, pp. 1 to 8-15.

Jan. 1, 1994, Hannemann et al., Semiconductor Packaging A Multidisciplinary Approach, pp. 1-886.

Feb. 23, 2009, Intel Corp, Intel Corp Form 10-K for period ending Dec. 17, 2008.

Feb. 20, 2008, Intel Corp, Intel Corp Form 10-K for period ending Dec. 29, 2007.

Sep. 1, 1994, Ogasawara et al., "High Isolation Analog 4 × 4 Matrix Switch LSI for Centralized Control Microcell Radio Systems", 5th IEEE International Symposium on Personal, Indoor and Mobile Radio Communications, 1994. Wireless Networks—Catching the Mobile Future, vol. 1, pp. 369-371.

Dec. 1, 1994, IEEE Standards Board, IEEE Standard for Medical Device Communications—Physical Layer Interface—Cable Connected.

Jan. 1, 1995, Vaidyanath et al., "Simultaneous Switching Noise: Influence of Plane-Plane and Plane-Signal Trace Coupling", IEEE Transactions on Components, Packaging, and Manufacturing Technology—Part B, vol. 18.3, pp. 496-502.

Jan. 1, 1995, Lester et al., "Low Cost Miniaturized EHF Satcom Transceiver Featuring HEMT MMICS and LTCC Multilayer Packaging", IEEE 1995 Microwave and Millimeter-Wave Monolithic Circuits Symposium, pp. 35-38.

Jan. 1, 1995, Liaw, "Simulation and Modeling of Mode Conversion at Vias in Multilayer Interconnections", IEEE Proceedings of the 45th Electronic Components and Technology Conference, 1995, pp. 361-367.

US 8,587,915 B2

Page 13

(56)          **References Cited**

OTHER PUBLICATIONS

Jan. 1, 1996, Montrose, Printed Circuit Board Design Techniques for EMC Compliance, pp. 1-238.

Feb. 1, 1995, Yamanaka et al., "320 Gb/s High-speed ATM Switching System Hardware Technologies Based on Copper-Polyimide MCM", IEEE Transactions on Components, Packaging, and Manufacturing Technology—Part B: Advanced Packaging, vol. 18.1, pp. 83-91.

Apr. 1, 1995, Pearson, "A Low-Cost, High-Performance PA-RISC Workstation with Built-in Graphics Multimedia, and Networking Capabilities", Hewlett-Packard Journal, vol. 46.2, pp. 6-11.

Feb. 1, 1995, Kambe, et al., "MCM Substrate with High Capacitance", IEEE Transactions on Components, Packaging, and Manufacturing Technology—Part B, vol. 18.1, pp. 23-27.

Oct. 1, 1995, Cohn, "Shielded Coupled-Strip Transmission Line", IRE Transactions on Microwave Theory and Techniques, vol. 3.5, pp. 29-38.

Sep. 1, 1995, Murphy et al., "High Frequency Performance of Multilayer Capacitors", IEEE Transactions on Microwave Theory and Techniques, vol. 43, No. 9, 2007-2015.

Mar. 1, 1995, Dimos et al., "Thin-Film Decoupling Capacitors for Multichip Modules", IEEE Transactions on Components, Packaging, and Manufacturing Technology, Part A, vol. 18.1, pp. 174-179.

Feb. 1, 1995, Sarfaraz et al., "Electrical Design of an MCM Package for a Multi-Processor Digital System", IEEE Transactions on Components, Packaging, and Manufacturing Technology, Part B. vol. 18, No. 1, pp. 127-143.

Nov. 1, 1995, Lee et al., "Modeling and Analysis of Multichip Module Power Supply Planes", IEEE Transactions on Components, Packaging, and Manufacturing Technology, Part B: Advanced Packaging, vol. 18.4, pp. 628-639.

May 1, 1995, Hussein, "FDTD Applications to Electromagnetic Interference and Shielding, WESCANEX 95. Communications, Power, and Computing", Conference Proceedings. IEEE, pp. 478-482.

Feb. 1, 1995, Light et al., "Integrated Flex: Rigid-Flex Capability in a High Performance MCM", IEEE Transactions on Components, Packaging, and Manufacturing Technology, Part B, vol. 18.1, pp. 47-52.

Dec. 1, 1995, Huang et al., "A Packaging System for Built-in Microcircuits in Multilayer Substrates", 1995 Japan IEMT Symposium: Proceedings of 1995 International Electronic Manufacturing Technology Symposium, pp. 460-463.

Jan. 1, 1995, Institute for Interconnecting and Packaging Electronic Circuits, IPC-D-317A: Design Guidelines for Electronic Packaging Utilizing High-Speed Techniques, pp. 1-70.

Nov. 6, 1995, Miskell, "Avoid EMI Woes in Power-Bus Layouts", Electronic Design, vol. 43.23, pp. 147-150.

Jan. 1, 1995, Wu et al., "Precise CMOS Current Sample/Hold Circuits Using Differential Clock Feedthrough Attenuation Techniques", IEEE Journal of Solid-State Circuitry, vol. 30.1, pp. 76-80.

Apr. 1, 1995, Lee, "Accelerating Multimedia with Enhanced Microprocessors", IEEE Micro, vol. 15.2, p. 22-32.

Mar. 1, 1995, Hunt, "Advanced Performance Features of the 64-bit PA-8000", Compcon '95, 'Technologies for the Information Superhighway', Digest of Papers, pp. 123-128.

Dec. 1, 1995, IEEE Standards Board, IEEE Standard for a High Performance Serial Bus.

Apr. 1, 1995, Emondson et al., "Superscalar Instruction Execution in the 21164 Alpha Microprocessor", IEEE Micro, vol. 15.2, 33-43.

Apr. 1, 1995, Bass et al., "The PA 7100LC Microprocessor: A Case Study of IC Design Decisions in a Competitive Environment", Hewlett-Packard Journal, vol. 46.2, 12-22.

Feb. 1, 1996, Fessler et al., "The Effectiveness of an Image Plane in Reducing Radiated Emissions", IEEE Transactions on Electromagnetic Compatibility, vol. 38.1, pp. 51-61.

Feb. 1, 1996, Kromann et al., "A Hi-Density C4/CBGA Interconnect Technology for a CMOS Microprocessor", IEEE Transactions on Components, Packaging, and Manufacturing Technology, Part B: Advanced Packaging, vol. 19.1, pp. 166-173.

Feb. 1, 1996, Intel, AP-711: EMI Design Techniques for Microcontrollers in Automotive Applications, pp. 1-21.

Feb. 1, 1996, Wu et al., "1.2V CMOS Switched-Capacitor Circuits", IEEE 42nd International Solid-State Circuits Conference, 1996, pp. 388-389, 479.

Feb. 1, 1996, Bryg et al., "A High-Performance, Low-Cost Multiprocessor Bus for Workstations and Midrange Servers", Hewlett-Packard Journal, vol. 47.1, pp. 18-24.

Feb. 1, 1996, Chan et al., "Design of the HP PA 7200 CPU", Hewlett-Packard Journal, vol. 47.1, pp. 25-33.

Feb. 1, 1996, Harline et al., "Symmetric Multiprocessing Workstations and Servers System-Designed for High Performance and Low Cost", Hewlett-Packard Journal, vol. 47.1, pp. 8-17.

Feb. 1, 1996, Hotchkiss et al., "A New Memory System Design for Commercial and Technical Computing Products", Hewlett-Packard Journal, vol. 47.1, pp. 44-51.

Mar. 1, 1996, Intel, AP-524: Pentium® Pro Processor GTL+Guidelines, pp. 1-26.

Mar. 21, 1996, IEEE Standards Board, IEEE Standard for Low-Voltage Differential Signals (LVDS) for Scalable Coherent Interface (SCI), pp. 1-29.

Apr. 26, 1996, Bauer, "BGA and Flip-Chip Technologies: A to Z", SEMICON/Test, Assembly & Packaging 96.

May 1, 1996, Aguirre et al., "Numerical Investigation of Radiated Emissions Mechanisms in Single-Chip Packages", IEEE Proceedings of 46th Electronic Components and Technology Conference, 1996, pp. 996-1001.

May 1, 1996, Madhavan et al., "A Novel High Speed Low Skew Clock Distribution Scheme in 0.8 Micron CMOS", 1996 IEEE International Symposium on Circuits and Systems, 1996. ISCAS '96., Connecting the World, vol. 4, pp. 149-152.

Jul. 1, 1996, Ommodt et al., "Vertical Interconnects for Phased Array Packaging", IEEE Antennas and Propagation Society International Symposium, vol. 2, pp. 1334-1337.

Oct. 1, 1996, Fang et al., "Reduction of Power and Ground Noise Coupling in Mixed Signal Modules", IEEE 5th Topical Meeting on Electrical Performance of Electronic Packaging, 1996, pp. 90-92.

Oct. 1, 1996, Lei et al., "Power Distribution Noise Suppression Using Transmission Line Termination Techniques", Proceedings of the 5th Topical Meeting on the Electrical Performance of Electrical Packaging, pp. 100-102.

Jan. 1, 1996, Libous et al., "Measurement, Modeling and Simulation of Flip-Chip CMOS ASIC Simultaneous Switching Noise on a Multi-Layer Ceramic BGA", IEEE, pp. 120-122.

Jan. 1, 1996, Institute for Interconnecting and Packaging Electronic Circuits, IPC-T-50: Terms and Definitions Interconnecting and Packaging Electronic Circuits, pp. 1-101.

Dec. 1, 1996, Slater, "The Microprocessor Today", IEEE Micro, vol. 16.6, pp. 32-44.

Dec. 1, 1996, Yu, The Future of Microprocessors, IEEE Micro, vol. 16.6, pp. 46-53.

Jan. 1, 1997, Korsowski et al., Electronic Packaging of High Speed Circuitry, pp. 1-417.

Jan. 1, 1997, Allan et al., "A Low-Cost Workstation with Enhanced Performance and I/O Capabilities", Hewlett-Packard Journal, vol. 48.3, pp. 82-88.

Oct. 1, 1997, Pillai, "Coax Via—A Technique to Reduce Crosstalk and Enhance Impedance Match at Vias in High-Frequency Multilayer Packages Verified by FDTD and MoM Modeling", IEEE Transactions on Microwave Theory and Techniques, vol. 45, No. 10, pp. 1981-1985.

Nov. 1, 1997, Koike et al., "High-Speed Signal Transmission at the Front of a Bookshelf Packaging System", IEEE Transactions on Components, Packaging, and Manufacturing Technology, Part B. vol. 20, No. 4, pp. 353-360.

Jan. 1, 1998, Petefish et al., "High Density Organic Flip Chip Package Substrate Technology", IEEE 1998 Electronic Components and Technology Conference, pp. 1089-1097.

Feb. 1, 1998, Deutsch, "Electrical Characteristics of Interconnections for High-Performance Systems", Proceedings of the IEEE, vol. 86.2, pp. 315-355.

Feb. 1, 1998, Vichot et al., "Numerical Modeling of a Clock Distribution Network for a Superconducting Multichip Module", IEEE

US 8,587,915 B2

Page 14

(56)         **References Cited**

OTHER PUBLICATIONS

Transactions on Components, Packaging, and Manufacturing Technology—Part B, vol. 21, No. 1, pp. 98-104.

Feb. 1, 1998, Institute for Interconnecting and Packaging Electronic Circuits, IPC-2221: Generic Standard on Printed Board Design, pp. 1-97.

Aug. 1, 1998, Kaires, "Radiated Emissions from Printed Circuit Board Traces Including the Effect of Vias, as a Function of Source, Termination and Board Characteristics", IEEE International Symposium on Electromagnetic Compatibility 1998, vol. 2, pp. 872-877.

Oct. 1, 1998, Brown, Advanced Electronic Packaging with Emphasis on Multichip Modules, pp. 1-791.

Jan. 1, 1998, Low et al., "Via Design Optimisation for High Speed Device Packaging", IEEE/CPMT Electronics Packaging Technology Conference, pp. 112-118.

Jan. 1, 1998, Lau et al., Electronic Packaging Design, Materials, Process, and Reliability, pp. 1-482.

Jan. 1, 1998, Martens, High-Frequency Characterization of Electronic Packaging, pp. 1-155.

Jan. 1, 1999, Shigeta et al., "Improved EMI Performance by Use of a Three-Terminal-Capacitor Applied to an IC Power Line", IEEE International Symposium on Electromagnetic Compatibility, 1999, vol. 1, pp. 161-164.

Feb. 1, 1999, Intel Corporatio, AP-589: Design for EMI, pp. 1-14.

Aug. 1, 1999, Erdin et al., "Mixed Circuit/Electromagnetic Analysis of Field Coupling to High Speed Interconnects in Inhomogenous Medium", IEEE International Symposium on Electromagnetic Compatibility, 1999, vol. 1, pp. 446-449.

Aug. 1, 1999, Armstrong, "PCB Design Techniques for Lowest-Cost EMC Compliance: Part 1", Electronics & Communication Engineering Journal, pp. 218-226.

Oct. 1, 1999, Armstrong, "PCB Design Techniques for Lowest-Cost EMC Compliance: Part 2", Electronics & Communication Engineering Journal, pp. 185-194.

Jan. 1, 1999, Li et al., "Validation of Integrated Capacitor—Via-Planes Model", IEEE, pp. 121-124.

Jan. 1, 1999, Yew et al., "Design and Performance Evaluation of Chip Capacitors on Microprocessor Packaging", IEEE 8th Topical Meeting on Electrical Performance of Electronic Packaging, pp. 175-178.

Jan. 1, 2000, Chen, "Effects of 20-H Rule and Shielding Vias on Electromagnetic Radiation From Printed Circuit Boards", IEEE, pp. 193-196.

Jan. 1, 2000, Ilavarasan et al., "Current and Future EMI Challenges at Intel and How to Manage Them", IEEE, pp. 281-283.

Jan. 1, 2000, Tadayon, "Thermal Challenges During Microprocessor Testing", Intel Technology Journal.

Jan. 1, 2000, Dory et al., "Simultaneous Chip—Join and Underfill Assembly Technology for Flip-Chip Packaging", Intel Technology Journal.

Jan. 1, 2000, Grayeli, "Microprocessor Packaging: Evolution and Future Challenges", Intel Technology Journal.

Jan. 1, 2000, Viswanath et al., "Thermal Performance Challenges From Silicon to Systems", Intel Technology Journal.

Jul. 1, 2000, Benedict, "PCB Design for EMI/EMC Compliance", WEMPEC Seminar.

Aug. 1, 2000, Li et al., "Design and Performance Evaluation of Microprocessor Packaging Capcitors Using Integrated Capcitor-Via-Plane Model", IEEE Transactions on Advanced Packaging, vol. 23.3, pp. 361-367.

Aug. 1, 2000, Mahajan et al., "The Evolution of Microprocessor Packaging", Intel Technology Journal, vol. 4.3, pp. 1-10.

Aug. 1, 2000, Lii et al., "Flip-Chip Technology on Organic Pin Grid Array Packages", Intel Technology Journal, vol. 4.3, pp. 1-9.

Aug. 1, 2000, Mencinger, "A Mechanism-Based Methodology for Processor Package Reliability Assessments", Intel Technology Journal, vol. 4.3, pp. 1-8.

Jan. 1, 2001, Ye et al., "EMI Mitigation with Multilayer Power-Bus Stacks and Via Stitching of Reference Planes", IEEE Transactions on Electromagnetic Compatibility, vol. 43.4, pp. 538-548.

Jan. 1, 2001, zilog.com, Product Update for Z86C02/E02/L02, Z86C04/E04/L04, Z86C08/E08/L08 to Clarify the Output Drive in Low-EMI Mode.

Aug. 1, 2001, Shim et al., "20-H Rule Modeling and Measurements", IEEE International Symposium on Electromagnetic Compatibility 2001, vol. 2, pp. 939-942.

Sep. 1, 2001, Gisin et al., "Minimizing EMI Caused by Radially Propagating Waves Inside High Speed Digital Logic PCBs", TELSIKS 2001, pp. 624-631.

Jan. 1, 2002, He et al., "Study of Package EMI Reduction for GHz Microprocessors", IEEE, pp. 271-274.

Jan. 1, 2003, Muccioli et al., "A Microwave Test Fixture for Measuring Four-Terminal Passive Components from DC to 10 GHz", Interference Technology.

Jan. 1, 2004, Sanders et al., "Comparison of MLCC and X2Y Technology for Use in Decoupling Circuits", CARTS 2004: 24th Annual Capacitor and Resistor Technology Symposium, Mar. 29-Apr. 1.

Aug. 1, 2004, Sanders, A Better Approach to DC Power Filtering.

Mar. 21, 2005, Sanders et al., "The Quantitative Measurement of the Effectiveness of Decoupling Capacitors in Controlling Switching Transients from Microprocessors", 25th Annual Passive Components Conference CARTS 2005 , pp. 1-16.

May 1, 2005, Montrose et al., "Analysis on the Effectiveness of the 20-H Rule for Printed-Circuit-Board Layout to Reduce Edge-Radiated Coupling", IEEE Transactions on Electromagnetic Compatibility, vol. 47.2, pp. 227-233.

Nov. 9, 2005, Various, Intel Technology Journal.

May 1, 2008, Ikami et al., "Practical analysis on 20H Rule for PCB", 2008 Asia-Pacific Symposium on Electromagnetic Compatibility, pp. 180-183.

Apr. 26, 2012, Swigget of Prismark Partners LLC, "Product Teardown Report", filed in ITC Investigation No. 337-TA-781.

Jan. 1, 1999, Montrose, EMC and the Printed Circuit Board—Design, Theory, and Layout Made Simple, pp. 1-325.

U.S. Appl. No. 60/033,673, filed Dec. 18, 1996, Lamson.

* cited by examiner

U.S. Patent

Nov. 19, 2013

Sheet 1 of 7

US 8,587,915 B2



FIG. 1

FIG. 1B

FIG. 1C

FIG. 1A

U.S. Patent

Nov. 19, 2013

Sheet 2 of 7

US 8,587,915 B2



FIG. 2A

FIG. 2B

FIG. 3A

FIG. 3B

FIG. 3C

FIG. 4A

FIG. 4B

FIG. 4C

U.S. Patent

Nov. 19, 2013

Sheet 3 of 7

US 8,587,915 B2



**FIG. 4D**



**FIG. 4E**



**FIG. 4F**



**FIG. 4G**



**FIG. 4H**



**FIG. 4I**

U.S. Patent Nov. 19, 2013 Sheet 4 of 7 US 8,587,915 B2



**FIG. 5A**

**FIG. 5B**



FIG. 5C

U.S. Patent

Nov. 19, 2013

Sheet 6 of 7

US 8,587,915 B2

# FIG. 6



U.S. Patent

Nov. 19, 2013

Sheet 7 of 7

US 8,587,915 B2

# FIG. 7

US 8,587,915 B2

1

## ARRANGEMENT FOR ENERGY CONDITIONING

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 13/079,789, filed Apr. 4, 2011, now U.S. Pat. No. 8,023,241, which is a continuation of application Ser. No. 12/749,040, filed Mar. 29, 2010, now issued as U.S. Pat. No. 7,920,367, which is a continuation of application Ser. No. 12/030,253, filed Feb. 13, 2008, now issued as U.S. Pat. No. 7,688,565, which is a continuation of application Ser. No. 10/479,506, filed Dec. 10, 2003, now issued as U.S. Pat. No. 7,336,468, which is a U.S. National Stage Application of International Application PCT/US02/21238, filed Jul. 2, 2002, which is a continuation-in-part of application Ser. No. 10/023,467, filed Dec. 17, 2001, now abandoned, which is a continuation-in-part of application Ser. No. 09/996,355, filed Nov. 29, 2001, now abandoned, which is a continuation-in-part of application Ser. No. 10/003,711, filed Nov. 15, 2001, now abandoned, which is a continuation-in-part of application Ser. No. 09/982,553, filed Oct. 17, 2001, now abandoned;

and this application is a continuation of application Ser. No. 13/079,789, filed Apr. 4, 2011, which is a continuation of application Ser. No. 12/749,040, filed Mar. 29, 2010, now issued as U.S. Pat. No. 7,920,367, which is a continuation of application Ser. No. 12/030,253, filed Feb. 13, 2008, now issued as U.S. Pat. No. 7,688,565, which is a continuation of application Ser. No. 10/479,506, filed Dec. 10, 2003, now issued as U.S. Pat. No. 7,336,468, which is a continuation-in-part of application Ser. No. 10/115,159, filed Apr. 2, 2002, now issued as U.S. Pat. No. 6,894,884, which is a continuation-in-part of application Ser. No. 09/845,680, filed Apr. 30, 2001, now issued as U.S. Pat. No. 6,580,595, which is a continuation-in-part of application Ser. No. 09/777,021, filed Feb. 5, 2001, now issued as U.S. Pat. No. 6,687,108, which is a continuation-in-part of application Ser. No. 09/632,048, filed Aug. 3, 2000, now issued as U.S. Pat. No. 6,738,249, which is a continuation-in-part of application Ser. No. 09/594,447, filed Jun. 15, 2000, now issued as U.S. Pat. No. 6,636,406, which is a continuation-in-part of application Ser. No. 09/579,606, filed May 26, 2000, now issued as U.S. Pat. No. 6,373,673, which is a continuation-in-part of application Ser. No. 09/460,218, filed Dec. 13, 1999, now issued as U.S. Pat. No. 6,331,926, which is a continuation of application Ser. No. 09/056,379, filed Apr. 7, 1998, now issued as U.S. Pat. No. 6,018,448, which is a continuation-in-part of application Ser. No. 09/008,769, filed Jan. 19, 1998, now issued as U.S. Pat. No. 6,097,581, which is a continuation-in-part of application Ser. No. 08/841,940, filed Apr. 8, 1997, now issued as U.S. Pat. No. 5,909,350;

and application Ser. No. 10/115,159 claims the benefit of provisional Application No. 60/280,819, filed Apr. 2, 2001, provisional Application No. 60/302,429, filed July 2, 2001, provisional Application No. 60/310,962, filed Aug. 8, 2001;

and application Ser. No. 09/845,680 claims the benefit of provisional Application No. 60/200,327, filed Apr. 28, 2000, provisional Application No. 60/215,314, filed Jun. 30, 2000, provisional Application No. 60/225,497, filed Aug. 15, 2000, provisional Application No. 60/255,818, filed Dec. 15, 2000;

and application Ser. No. 09/777,021 claims the benefit of provisional Application No. 60/180,101, filed Feb. 3, 2000, provisional Application No. 60/185,320, filed Feb. 28, 2000, provisional Application No. 60/191,196, filed Mar. 22, 2000, provisional Application No. 60/200,327, filed Apr. 28, 2000, provisional Application No. 60/203,863, filed May 12, 2000,

2

provisional Application No. 60/215,314, filed Jun. 30, 2000, provisional Application No. 60/225,497, filed Aug. 15, 2000, provisional Application No. 60/241,128, filed Oct. 17, 2000, provisional Application No. 60/248,914, filed Nov. 15, 2000, provisional Application No. 60/252,766, filed Nov. 22, 2000, provisional Application No. 60/253,793, filed Nov. 29, 2000, provisional Application No. 60/255,818, filed Dec. 15, 2000;

and application Ser. No. 09/632,048 claims the benefit of provisional Application No. 60/146,987, filed Aug. 3, 1999, provisional Application No. 60/165,035, filed Nov. 12, 1999, provisional Application No. 60/180,101, filed Feb. 3, 2000, provisional Application No. 60/185,320, filed Feb. 28, 2000, provisional Application No. 60/191,196, filed Mar. 22, 2000, provisional Application No. 60/200,327, filed Apr. 28, 2000, provisional Application No. 60/203,863, filed May 12, 2000, provisional Application No. 60/215,314, filed Jun. 30, 2000;

and application Ser. No. 09/594,447 claims the benefit of provisional Application No. 60/139,182, filed Jun. 15, 1999, provisional Application No. 60/146,987, filed Aug. 3, 1999, provisional Application No. 60/165,035, filed Nov. 12, 1999, provisional Application No. 60/180,101, filed Feb. 3, 2000, provisional Application No. 60/185,320, filed Feb. 28, 2000, provisional Application No. 60/191,196, filed Mar. 22, 2000, provisional Application No. 60/200,327, filed Apr. 28, 2000, provisional Application No. 60/203,863, filed May 12, 2000;

and application Ser. No. 09/579,606 claims the benefit of provisional Application No. 60/136,451, filed May 28, 1999, provisional Application No. 60/139,182, filed Jun. 15, 1999, provisional Application No. 60/146,987, filed Aug. 3, 1999, provisional Application No. 60/165,035, filed Nov. 12, 1999, provisional Application No. 60/180,101, filed Feb. 3, 2000, provisional Application No. 60/185,320, filed Feb. 28, 2000, provisional Application No. 60/200,327, filed Apr. 28, 2000, provisional Application No. 60/203,863, filed May 12, 2000;

and application Ser. No. 10/023,467 claims the benefit of provisional Application No. 60/255,818, filed Dec. 15, 2000, provisional Application No. 60/280,819, filed Apr. 2, 2001, provisional Application No. 60/302,429, filed Jul. 2, 2001, provisional Application No. 60/310,962, filed Aug. 8, 2001;

and application Ser. No. 09/982,553 claims the benefit of provisional Application No. 60/241,128, filed Oct. 17, 2000;

and application Ser. No. 09/996,355 claims the benefit of provisional Application No. 60/253,793, filed Nov. 29, 2000, provisional Application No. 60/255,818, filed Dec. 15, 2000, provisional Application No. 60/280,819, filed Apr. 2, 2001, provisional Application No. 60/302,429, filed Jul. 2, 2001, provisional Application No. 60/310,962, filed Aug. 8, 2001;

and application Ser. No. 10/003,711 claims the benefit of provisional Application No. 60/248,914, filed Nov. 15, 2000, provisional Application No. 60/252,766, filed Nov. 22, 2000, provisional Application No. 60/253,793, filed Nov. 29, 2000, provisional Application No. 60/255,818, filed Dec. 15, 2000, provisional Application No. 60/280,819, filed Apr. 2, 2001, provisional Application No. 60/302,429, filed Jul. 2, 2001, and provisional Application No. 60/310,962, filed Aug. 8, 2001;

and PCT application No. PCT/US02/21238 claims the benefit under 35 U.S.C. 119(e) of provisional Application No. 60/302,429, filed Jul. 2, 2001, provisional Application No. 60/310,962, filed Aug. 8, 2001, provisional Application No. 60/388,388, filed Jun. 12, 2002.

This application incorporates by reference the disclosure of parent application Ser. No. 13/079,789, which is a continuation of application Ser. No. 12/749,040, which is a continuation of application Ser. No. 12/030,253, which is a continuation of application Ser. No. 10/479,506, which is a U.S. national stage entry of PCT application No. PCT/US02/

**3**

21238, filed Jul. 2, 2002, which is continuation-in-part of co-pending application Ser. No. 10/023,467, filed Dec. 17, 2001, which is a continuation-in-part of co-pending application Ser. No. 09/996,355, filed Nov. 29, 2001, which is a continuation-in-part of co-pending application Ser. No. 10/003,711, filed Nov. 15, 2001, which is a continuation-in-part of co-pending application Ser. No. 09/982,553, filed Oct. 17, 2001, each of which is incorporated by reference herein.

In addition, grandparent application Ser. No. 10/479,506 claims the benefit of provisional Application No. 60/302,429, filed Jul. 2, 2001, provisional Application No. 60/310,962, filed Aug. 8, 2001, provisional Application No. 60/349,954, filed Jan. 8, 2002, and provisional Application No. 60/388,388, filed Jun. 12, 2002, each of which is incorporated by reference herein.

### TECHNICAL FIELD

This application relates to balanced shielding arrangements that use complementary relative groupings of energy pathways, such as pathways for various energy propagations for multiple energy conditioning functions. These shielding arrangements may be operable as discrete or non-discrete embodiments that can sustain and condition electrically complementary energy confluences.

### BACKGROUND OF THE INVENTION

Today, as the density of electronics within applications increases, unwanted noise byproducts of the increased density may limit the performance electronic circuitry.

Consequently, the avoidance of the effects of unwanted noise byproducts, such as by isolation or immunization of circuits against the effects of the undesirable noise is an important consideration for circuit arrangements and circuit design.

Differential and common mode noise energy may be generated by, and may propagate along or around, energy pathways, cables, circuit board tracks or traces, high-speed transmission lines, and/or bus line pathways. These energy conductors may act as, for example, an antenna that radiates energy fields. This antenna-analogous performance may exacerbate the noise problem in that, at higher frequencies, propagating energy utilizing prior art passive devices may experience increased levels of energy parasitic interference, such as various capacitive and/or inductive parasitics.

These increases may be due, in part, to the combination of constraints resulting from functionally or structurally limitations of prior art solutions, coupled with the inherent manufacturing or design imbalances and performance deficiencies of the prior art. These deficiencies inherently create, or induce, unwanted and unbalanced interference energy that may couple into associated electrical circuitry, thereby making at least partial shielding from these parasitics and electromagnetic interference desirable. Consequently, for broad frequency operating environments, solving these problems necessitates at least a combination of simultaneous filtration, careful systems layout having various grounding or anti-noise arrangements, as well as extensive isolating in combination with at least partial electrostatic and electromagnetic shielding.

### BRIEF SUMMARY OF THE INVENTION

Thus, a need exists for a self-contained, energy-conditioning arrangement utilizing simplified energy pathway arrangements, which may additionally include other elements, amal-

**4**

gamated into a discrete or non-discrete component, which may be utilized in almost any circuit application for providing effective, symmetrically balanced, and sustainable, simultaneous energy conditioning functions selected from at least a decoupling function, transient suppression function, noise cancellation function, energy blocking function, and energy suppression functions.

### BRIEF DESCRIPTION OF THE DRAWINGS

Understanding of the present invention will be facilitated by consideration of the following detailed description of the preferred embodiments of the present invention taken in conjunction with the accompanying drawings, in which like numerals refer to like parts and in which:

FIG. **1** is a relative location compass operable for determining relative locations of the various pathway extensions disclosed;

FIGS. **1A-1C** show relative locations of the various pathway extensions disclosed according to an aspect of the present invention;

FIG. **2A** shows a circuit schematic of the plan view of an embodiment of **2**B according to an aspect of the present invention;

FIG. **2B** is a plan view of an embodiment according to an aspect of the present invention;

FIG. **3A** shows a circuit schematic of the plan view of an embodiment of **3**B according to an aspect of the present invention;

FIG. **3B** is a plan view of an embodiment according to an aspect of the present invention; FIG. **3C** shows a plan view of a shield according to an aspect of the present invention;

FIG. **4A** shows a relative plan view of an embodiment according to an aspect of the present invention;

FIG. **4B** shows a relative plan view of an embodiment according to an aspect of the present invention;

FIG. **4C** shows a relative plan view of an embodiment according to an aspect of the present invention;

FIG. **4D** shows a relative plan view of an embodiment according to an aspect of the present invention;

FIG. **4E** shows a relative plan view of an embodiment according to an aspect of the present invention;

FIG. **4F** shows a relative plan view of an embodiment according to an aspect of the present invention;

FIG. **4G** shows a relative plan view of an embodiment according to an aspect of the present invention;

FIG. **4H** shows a relative plan view of an embodiment according to an aspect of the present invention;

FIG. **4I** shows a relative plan view of an embodiment according to an aspect of the present invention;

FIG. **5A** shows a stacked multiple, circuit network including groups of pathways according to an aspect of the present invention;

FIG. **5B** shows a stacked shield according to an aspect of the present invention;

FIG. **5C** shows a relative plan view of a stacked multiple, non-shared circuit network having VIAs including groups of pathways according to an aspect of the present invention;

FIG. **6** shows a relative plan view of circuit arrangement variant according to an aspect of the present invention; and,

FIG. **7** shows a relative plan view of circuit arrangement variant according to an aspect of the present invention.

### DETAILED DESCRIPTION OF THE INVENTION

It is to be understood that the figures and descriptions of the present invention have been simplified to illustrate elements

5
6

that are relevant for a clear understanding of the present invention, while eliminating, for the purpose of clarity, many other elements found in typical energy conditioning systems and methods. Those of ordinary skill in the art will recognize that other elements and/or steps are desirable and/or required in implementing the present invention. However, because such elements and steps are well known in the art, and because they do not facilitate a better understanding of the present invention, a discussion of such elements and steps is not provided herein. The disclosure herein is directed to all such variations and modifications to such elements and methods known to those skilled in the art.

Additionally, it will be apparent to those skilled in the art that terms used herein that may include a whole, or a portion of a whole, such as "energy", "system", circuit, and the like, are contemplated to include both the portions of the whole, and the entire of the whole, as used, unless otherwise noted.

As used herein, an "energy pathway" or "pathway" may be at least one, or a number, of conductive materials, each one operable for sustained propagation of energy. Pathways may be conductive, thereby better propagating various electrical energies as compared to non-conductive or semi-conductive materials directly or indirectly coupled to, or adjacent to, the pathways. An energy pathway may facilitate propagation of a first energy by allowing for various energy conditioning functions, such as conditioning functions arising due to any one or a number of aspects, such as, but not limited to, the shielding, the orientation and/or the positioning of the energy pathways within the energy pathway arrangement, which various arrangements having an orientation and/or positioning thereby allow for interaction of the first energy with propagating energies that are complementary to at least the first energy. An energy pathway may include an energy pathway portion, an entire energy pathway, a conductor, an energy conductor, an electrode, at least one process-created conductor, and/or a shield. A plurality of energy pathways may include a plurality of each device or element discussed hereinabove with respect to energy pathway. Further, as used generally herein, a conductor may include, for example, an individual conductive material portion, a conductive plane, a conductive pathway, a pathway, an electrical wire, a via, an aperture, a conductive portion such as a resistive lead, a conductive material portion, or an electrical plate, such as plates separated by at least one medium **801**, for example.

A shield may include a shielding electrode, a shielding pathway portion, a shielded pathway, a shielded conductor, a shielded energy conductor, a shielded electrode, and/or at least one process-created shielded pathway portion. A plurality of shields may include a plurality of the devices discussed hereinabove with respect to a shield.

As used generally herein, a pathway may be complementary positioned, or complementary orientated, with respect to a main-body **80,81**, having various pathway extensions, designated **79"X"**, **812"X"**, **811"X"**and **99"X"**. Main-bodies **80, 81** may be in three-dimensional physical relationships individually, in pairs, groups, and/or pluralities as to distance, orientation, position, superposition, non-superposition, alignment, partial alignment, lapping, non-lapping, and partial lapping. Superposed main-body pathway **80**, may, for example include a pairing of physically opposing and oppositely orientated main-body pathways **80** that are any one of, or any combination of, electrically null, electrically complementary, electrically differential, or electrically opposite.

A pathway arrangement may include at least a shield at least partially shielding at least one energy pathway, or a group of shields forming a shield structure that at least partially shielding, via a conductive shielding, at least a conductively isolated pairing of at least two energy pathways, such as vias, apertures or complementary paired pathways.

An exemplary embodiment may allow energy propagation on a conductively isolated pairing, such as complementary paired pathways, causing energy propagation on common shields, or at least one grouping of shields, serving an isolated circuit. This embodiment may allow a low inductance pathway to form among at least a single pair of isolated and separate parallel pathways serving at least one separate and distinct isolated circuit system. An exemplary embodiment may allow for the development of at least a low inductance pathway for utilization of energy propagating on at least one parallel pathway of at least two sets of isolated and separate parallel pathways and the development along at least one parallel pathway of at least one other low inductance pathway for utilization of energy propagating along at least one other separate and distinct isolated circuit system.

An exemplary embodiment utilized as part of a circuit assembly may have at least one pathway of relatively lower inductance, while other pathways may be electrically coupled to an energy source or an energy load. A pathway of a second plurality of pathways may have a lower impedance operable for portions of energy to be taken away from either of the same at least one energy source or at least one energy load of the circuit assembly. This same pathway of low impedance may not be electrically directly coupled to either the same at least one energy source or at least one energy load of the circuit assembly as the one pathway of lower inductance. A system may have both a pathway of least inductance and a pathway of least impedance which are not the same pathway.

In contrast to capacitors found in the industry wherein an equivalent series inductance (ESL) of a capacitor device is normally size dependant, in the present invention the pathway of least impedance and the pathway of least inductance for a circuit for energy conditioning may be achieved independent of the physical size of the device. These aspects depend on a predetermined capacitance developed by a predetermined layers in the present invention.

Arranging the pathways allows the resistance of the conductive material of the pathways to primarily determine the energy delivery, or relative efficiency or effect between at least one source of energy and one energy utilizing load of an integrated circuit, for example.

The ESL may be a negligible factor, rather than a primary factor for delivery outcome or decoupling void of debilitating inductances.

In an illustrative pathway arrangement illustrated in FIGS. **1A**, **1B**, **1C**, **5A** and **5B**, wherein the various propagating energies may be complementary, the pathway arrangement, upon placement into a circuit arrangement, may allow for energy propagation within or along certain energy pathways of the pathway arrangement, thereby allowing for the mutual interaction of opposite portions of pathway-sourced magnetic fields produced by the propagation of energy field currents emanating outwardly from each set of the complementary conductors. This mutual interaction may be a mutual cancellation in embodiments wherein certain pathways may be partially or totally physically shielded from other complementary pathways, and may be placed within an influencing distance of those other complementary pathways. Further, a substantial similarity in size and shape of the respective complementary pathways, including the spaced-apart relationship and the interpositioning of a shielding between pathways, and the conductively isolated relationship of the pathways, may contribute to this mutual cancellation effect. Additionally, the shielding operations may be predicated on a relative positioning of a mating of the paired pathways rela-

7

tive to the conductive electrostatic shielding. At least the complementary energy conditioning functions and electrostatic shielding dynamics discussed herein may operate on various energy propagating in various directions along various predetermined pathways, and may operate on circuits having dynamic operation utilizing the pathway arrangement.

A sub-combination of electromagnetically/electrostatically actuated impedance states may develop along or within a pathway arrangement, or along or within a closely coupled external conductive portion conductively coupled to separate or multiple groupings of shields, to thereby form an energy conditioning circuit. These electromagnetically/electrostatically actuated impedance states may develop, for example, because of the energization of one paired set of pathways of one circuit portion, but not necessarily develop on another paired set of pathways from another circuit portion, for example.

According to an aspect of the present invention, each shield may include a main-body **81**. Main-bodies **81** may collectively and conductively couple to one another and at the same time may substantially immure and shield the main-body **80** of the energy pathways. In other embodiments of the present invention, the collective shielding main-body **81** may only partially immure or shield the pathway main-body **80**s in at least one portion of the shielding.

According to an aspect of the present invention, a balanced, symmetrical, pathway arrangement may result from the symmetry of certain superposed shields, from complementary pathway sizing and shaping, and/or from reciprocal positioning and pairing of the complementary pathways. Manufacturable balanced or symmetrical physical arrangements of pathways, wherein dynamic energy propagation, interactions, pairings or match-ups of various dynamic quantities occur, may operate at less than a fundamental limit of accuracy of testing equipment. Thus, when portions of these complementary energy quantities interact simultaneously, the energy may be beyond the quantifiable range of the typical testing equipment. Thus, the extent to which the measurement may be obtained may employ increased controllability, and thereby the electrical characteristics and the effect on electrical characteristics may be controlled, such as by predetermining the desired measurability, behavior or enhancement to be provided, and by a correspondent arrangement of the elements, such as specifically by an arrangement of the elements to provide the desired measurability or effect. For example, a desired electrical characteristic may be predetermined for a desired enhancement by varying at least a portion of the complementary balance, size, shape, and symmetry of at least one pathway pairing, as set forth herein below and as illustrated in FIGS. **1**A, **1**B, **1**C, **5**A and **5**B, for example.

Thus, the extent of energy interactions, mutual energy propagation timings and interferences, for example, may be controlled by tolerances within the pathway arrangement.

A manufacturing process, or computer tolerance control, such as semiconductor process control, may control these tolerances, for example. Thus, the pathways of an embodiment may be formed using manufacturing processes, such as passive device processes, apparent to those skilled in the art. Mutual energy propagation measurements may thereby be cancelled or suppressed by the formation, and process of formation, of the pathway arrangement.

A pathway arrangement may, as set forth hereinabove, include a sequentially positioned grouping of pathways in an amalgamated electronic structure having balanced groupings of pathways. The balanced grouping may include a predetermined pathway architecture having a stacked hierarchy of pathways that are symmetrical and complementary in num-

8

ber, and that are positioned complementary to one another, thereby forming pairs, each of which pair is substantially equidistant from each side of a centrally positioned shield, wherein each shield may provide a symmetrical balancing point for each pair pathway and the overall pathway hierarchy as depicted in FIGS. **1**A to **4**I, for example. Thus, predetermined identically sized, shaped and complementary positioned pathways may be present on either side of a centrally positioned shield for each separate circuit portion. A total circuit may have its complementary portions symmetrically divided into a complementary physical format including a reverse-mirror image positioning of paired shielded, complementary sized and shaped pathways, sandwiching at least one interposing shield.

According to an aspect of the present invention, each pathway may be, for example, a first interconnect substrate wrapping around, or holding, an integrated circuit wafer, a deposit, an etching, or a resultant of a doping process, and the shield may be, for example, a pathway substrate, an energy conditioning embodiment or energy conditioning substrate, a deposit, an etching, a resultant of a doping process, and may have, for example, resistive properties.

Additional elements may be utilized, including conductive and nonconductive elements, between the various pathways. These additional elements may take the form of ferromagnetic materials or ferromagnetic-like dielectric layers, and/or inductive-ferrite dielectric derivative materials. Additional pathway structural elements may be utilized, including conductive and nonconductive multiple pathways of different conductive material compositions, conductive magnetic field-influencing material hybrids and conductive polymer sheets, various processed conductive and nonconductive laminates, straight conductive deposits, multiple shielding pathways utilizing various types of magnetic material shields and selective shielding, and conductively doped and conductively deposited on the materials and termination solder, for example, in addition to various combinations of material and structural elements, to provide a host of energy conditioning options.

Non-conductor materials may also provide structural support of the various pathways, and these non-conductor materials may aid the overall energized circuit in maintaining the simultaneous, constant and uninterrupted energy propagation moving along the pathways.

Dielectric materials for example, may include one or more layers of material elements compatible with available processing technology. These dielectric materials may be a semiconductor material such as silicon, germanium, gallium arsenide, or a semi-insulating and insulating material such as, but not limited to any K, high K and low K dielectrics.

Pathway and conductor materials may be selected from a group consisting of Ag, Ag/Pd, Cu, Ni, Pt, Au, Pd and other such conductive materials and metals. Combinations of these metal materials are suitable for the purposes discussed herein, and may include appropriate metal oxides, such as ruthenium oxide, which, depending on the exigencies of a particular application, may be diluted with a suitable metal. Other pathways may be formed of a substantially non-resistive conductive material. Any substances and processes that may create pathways from conductive, non-conductive, semi-conductive material, and/or Mylar films printed circuit board materials, or any substances or processes that may create conductive areas such as doped polysilicons, sintered polycrystallines, metals, polysilicon silicates, or polysilicon silicide may be used within or with the pathway arrangement.

An exemplary embodiment of the present invention may utilize an internal shield structural architecture to insure

9

energy balancing configurations within the various arrangements, rather than a specific external circuit balance. This balancing configuration is dependent upon the relative positioning of all the shields in relationship to the shared and centrally positioned shield, and the actual paired shields positioned in specific quantities, to simultaneously provide shielding for the electrically opposing shielded paired pathways utilized by propagating energy. This allows these electrically opposing complementary pathways to be located both electrically and physically on the opposite sides of the centrally positioned and shared common conductive shield. This interposition of the central and shared shields may create a voltage divider that divides various circuit voltages in half and that provides, to each of the oppositely paired shielded conductors, one half of the voltage energy normally expected. The energized circuitry, including shielded conductors, may be balanced electrically or in a charge-opposing manner and with respect to a centrally positioned shield, to a common and shared pathway, or to each respective, isolated circuit system portion.

Each common circuit member of an isolated circuit system may be attached or coupled to a common area or common pathway, thereby providing an external common zero voltage.

Thus, the embodiment may have multiple sets of shields electrically or physically located between at least one of the various electrically or charge opposing, shielded pairs or grouped complementary pairs of pathways in an interposed shielding relationship, supported with additional outer sandwiching shields, designated herein as-IM that are additionally coupled and, in part, form the shielding structure.

An exemplary embodiment may also be placed into one or more energy circuits that utilize different energy sources and that may supply one or more separate and distinct energy-utilizing loads. When energized for multiple energy conditioning operations and for providing simultaneous and effective energy conditioning functions, such as electromagnetic interference filtering, suppression, energy decoupling and energy surge protection, each separate and distinct circuit is utilizing the multiple commonly shared universal shield structure and circuit reference image, or node.

According to an aspect of the present invention, energy-conditioning functions may maintain an apparent balanced energy voltage reference and energy supply for each respective energy-utilizing load within a circuit. This energized arrangement may allow for specific energy propagation utilizing a single, or multiple, isolated pathway arrangement, and may not require balancing on a single, centralized shield. A shield may be physically and electrically located between one or multiple energy sources and one or multiple energy utilizing loads, depending upon the number of separate and isolated pathways. Thus shielding relative, centralized pathways may be in both co-planar and stacked variants of exemplary embodiment.

When the internally positioned paired shielded pathways are subsequently attached, or conductively coupled, to externally manufactured pathways, the internally positioned paired shields may be substantially enveloped within the cage-like shield structure, thereby minimizing internally generated energy strays and parasitics that may normally escape or couple to an adjacent shielded pathway. These shielding modes utilize propagating energy to the various pathways and may be separate of the electrostatic shield effect created by the energization of the shield structure. The propagating energy propagating in a complementary manner provides energy fields of mutually opposed, mutually cancelled fields as a result of the close proximity of opposite propagation. The

10

complementary and paired pathways may provide an internally balanced opposing resistance load function.

A device according to an aspect of the present invention may mimic the functionality of at least one electrostatically shielded transformer. Transformers may be widely used to provide common mode isolation dependent upon a differential mode transfer across the inputs in order to magnetically link the primary windings to the secondary windings to transfer energy. As a result, common mode voltage across the primary winding is rejected. One flaw inherent in the manufacturing of transformers is the propagating energy source capacitance between the primary and secondary windings. As the frequency of the circuit increases, so does capacitive coupling, until circuit isolation may be compromised. If enough parasitic capacitance exists, high frequency RF energy may pass through the transformer and cause an upset in the circuits on the other side of the isolation gap subjected to the transient event.

A shield may be provided between the primary and secondary windings by coupling to a common pathway reference source designed to prevent capacitive coupling between the multiple sets of windings. A device according to an aspect of the present invention improves upon, and reduces the need for, transformers in circuits. The device may use a physical and relative, common pathway shield to suppress parasitics and also may use relative positioning of common pathway shields, a complementary paired pathway layering, the various couplings of the pathway layering, and an external conductive coupling to a conductive area per isolated circuit system, in combination with the various external circuitry, to effectively function as a transformer. If an isolated circuit system is upset by transients, the electrostatically shielded, transformer function of the device discussed herein may be effective for transient suppression and protection, and may simultaneously operate as a combined differential mode and common mode filter. Each set of relative shields and relative conductors may be conductively coupled to at least the same external pathway to provide a transformer functionality for example.

Propagated electromagnetic interference may be the product of both electric and magnetic fields. A device according to an aspect of the present invention may be capable of conditioning energy that uses DC, AC, and AC/DC hybrid-type propagation, including conditioning energy in systems that may contain different types of energy propagation formats and in systems that may contain more than one circuit propagation characteristic.

In an exemplary embodiment, perimeter conductive coupling material for coupling or connecting, by conductive joining, of external portions of a typical embodiment into an assembly may be accomplished by conductive or non-conductive attachments to various types of angled, parallel or perpendicular, as those terms apply relative to at least another pathway, conductors known as apertures or blind or non-blind VIAs, passing through, or almost through, portions respectively of an exemplary embodiment. Couplings to at least one or more load (s), such as a portion of an integrated circuit, for one aspect of the invention may involve a selective coupling, or not, to these various types of conductors, such as apertures and VIAs.

Fabricating a pathway may include forming one or more plated through hole (PTH) via (s) through one or more levels of a pathway. Electronic packages commonly include multiple interconnect levels. In such a package, the invention may include layering of patterned conductive material on one interconnect level that may be electrically insulated from

11

patterned conductive material on another interconnect level, such as by dielectric material layers.

Connections or couplings between the conductive material at the various interconnect levels may be made by forming openings, referred to herein as vias or apertures, in the insulating portions or layers, that in turn can provide an electrically conductive structure such that the patterned or shaped conductive material portions or pathways from different levels are brought into electrical contact with each other. These structures can extend through one or more of the interconnect levels. Use of conductive, non-conductive or conductively-filled apertures and VIAs allows propagating energy to transverse an exemplary embodiment as if utilizing a by-pass or feed-through pathway configuration of an embodiment. An embodiment may serve as a support, a system or a subsystem platform that may contain both or either active and passive components layered to provide the benefits described for conditioning propagated energy between at least one source and at least one load.

An aspect of the present invention may provide a conductive architecture or structure suitable for inclusion in a packaging or an integrated circuit package having other elements.

Other elements may be directly coupled to the device for simultaneous physical and electrical shielding by allowing simultaneous energy interactions to take place between grouped and energized complementary conductors that are fed by other pathways. Typical capacitive balances found between at least one shielding pathway may be found when measuring opposite sides of the shared shield structure per isolated circuit, and may be maintained at measured capacitive levels within this isolated circuit portion, even with the use of common non-specialized dielectrics or pathway conductive materials. Thus, complementary capacitive balancing, or tolerance balancing characteristics, of this type of electrical circuit due to element positioning, size, separations and attachment positioning allow an exemplary embodiment having an isolated circuit system manufactured at 3% capacitive tolerance, internally, to pass to a conductively coupled and energized isolated circuit system a maintained and correlated 3% capacitive tolerance between electrically opposing and paired complementary pathways of each respective isolated circuit system, with respect to the dividing shield structures placed into the isolated circuit system.

An exemplary embodiment may allow utilization of relatively inexpensive dielectrics, conductive materials and various other material elements in a wide variety of ways. Due to the nature of the architecture, the physical and electrical dividing structure created may allow the voltage dividing and balancing among the grouped, adjacent elements, and may allow for the minimization of the effect of material hysteresis and piezoelectric phenomenon to such a degree that propagating energy normally disrupted or lost to these effects may be essentially retained in the form of active component switching response time, as well as instantaneous ability to appear to the various energy-utilizing loads as an apparent open energy flow simultaneously on both electrical sides of a pathway connecting or coupling from an energy source to a respective load, and from the load back to the source.

A structured layer may be shaped, buried within, enveloped by, or inserted into various electrical systems and subsystems to perform line conditioning or decoupling, for example, and to aid in or to allow for a modifying of an electrical transmission of energy to a desired or predetermined electrical characteristic. Expensive, specialized, dielectric materials that attempt to maintain specific or nar-

12

row energy conditioning or voltage balancing may no longer be needed for bypass, feed through, or energy decoupling operations for a circuit.

A device according to an aspect of the present invention may, as set forth hereinabove, be placed between each isolated circuit and a paired plurality of pathways or differential pathways. This exemplary device may operate effectively across a broad frequency range, as compared to a single discrete capacitor or inductor component, and may continue to perform effectively within an isolated circuit system operating beyond, for example, a GHz.

As set forth hereinabove, the exemplary device may perform shielding functions in this broad frequency range. A physical shielding of paired, electrically opposing and adjacent complementary pathways may result from the size of the common pathways in relationship to the size of the complementary pathways, and from the energized, electrostatic suppression or minimization of parasitics originating from the sandwiched complementary conductors and preventing external parasitics. Further, the positioning of the shielding, relative to shielding that is more conductive, may be used to protect against inductive energy and "H-Field" coupling. This technique is known as mutual inductive cancellation.

Parasitic coupling is known as electric field coupling. The shielding function discussed hereinabove provides primary shielding of the various shielded pathways electrostatically against electric field parasitics. Parasitic coupling involving the passage of interfering propagating energy because of mutual or stray parasitic energy originating from the complementary conductor pathways may be thereby suppressed. A device according to an aspect of the present invention may, for example, block capacitive coupling by enveloping oppositely phased conductors in the universal shield architecture with stacked conductive hierarchical progression, thereby providing an electrostatic or Faraday shield effect with respect to the pathway positioning as to the respective layering and position, both vertically and horizontally, of the pathways. The shielding pathway architecture may be used to suppress and prevent internal and external parasitic coupling between potentially noisy conductors and victim conductors, such as by an imposition of a number of common pathway layers that are larger than the smaller paired complementary pathways, but that are positioned between each of the complementary pathway conductor pairs to suppress and to contain the stray parasitics.

Further, as set forth hereinabove, positioning of the shielding, relative to shielding that is more conductive, may be used against inductive energy and "H-Field" coupling. This cancellation is accomplished by physically shielding energy, while simultaneously using a complementary and paired pathway positioned to allow for the insetting of the contained and paired complementary pathways within an area size correspondent to the shield size. A device according to an aspect of the present invention is adapted to use shields separately as internal shields or groupings, thereby substantially isolating and sandwiching pairs of electrically opposing complementary pathways, and thereby providing a physically tight or minimized energy and circuit loop propagation path between each shield and the active load.

Close proximity of shields and non-shields may allow energy along shields even if a direct electrical isolation exists because of 801 material type or the spacing.

Flux cancellation of propagating energy along paired and electrically opposing or differential pathways may result from spacing of pathways apart by a very small distance for oppositely phased electrically complementary operations, thereby resulting in a simultaneous stray parasitic suppres-

**13**

sion and containment function attributable to tandem shielding, and thereby enhancing energy conditioning.

In attaining minimum areas for various current loops in an isolated circuit system, additional shielding energy currents may be distributed around component shielding architectures. A plurality of shields as described hereinabove may be electrically coupled as either an isolated circuit's reference node, or chassis ground, and may be relied on as a commonly used reference pathway for a circuit. Thus, the various groups of internally paired, complementary pathways may include propagating energy originating from one or more energy sources propagating along external pathways coupled to the circuit by a conductive material. Energy may thus enter the device, undergo conditioning, and continue to each respective load.

The shielding structure may allow for a portion of a shield to operate as the pathway of low impedance for dumping and suppressing, as well as at least partially blocking return of unwanted electromagnetic interference noise and energy into each of the respective energized circuits. In an embodiment, internally located shields may be conductively coupled to a conductive area, thereby adaptively utilizing shielding structure for low impedance dumping and suppressing and at least partially blocking return blocking of unwanted electromagnetic interference noise and energy. Additionally, another set of internally located shields may be conductively coupled to a second conductive area, thereby utilizing shields for low impedance dumping, suppressing and at least partially blocking the return of unwanted electromagnetic interference noise and energy. The conductive areas may be electrically or conductively isolated from one another.

Simultaneous suppression of energy parasitics may be attributed to the enveloping shielding pathway structure, in combination with the cancellation of mutually opposing energy fields, and may be further attributed to the electrically opposing shielded pathways and propagating energy along the various circuit pathways interacting within the various isolated circuits to undergo a conditioning effect taking place upon the propagating energy.

This conditioning may include minimizing effects of H-field energy and E-field energy through simultaneous functions, such as through isolated circuits that contain and maintain a defined electrical area adjacent to dynamic simultaneous low and high impedance pathways of shielding in which various paired pathways have their respective potentials respectively switching as a result of a given potential located on a shielding and used instantaneously and oppositely by these pairings with respect to the utilization by energy found along paired routings of the low and high impedance shields.

The various distance relationships created by the positional overlapping of energy routings within the isolated circuits combine with the various dynamic energy movements to enhance and cancel the various degrees of detrimental energy disruptions normally occurring within active components or loads. The efficient energy conditioning functions occurring within the passive layering architecture allow for development of a dynamic "0" impedance energy "black hole", or energy drain, along a third pathway coupled common to both complementary pathways and adapted to allow energy to be contained and dissipated upon the shielding, within the various isolated circuits and attached or conductively coupled circuits. Thus, electrically opposing energies may be separated by dielectric material and/or by an interposition shield structure, thereby allowing dynamic and close distance relationship within a specific circuit architecture, and thereby taking advantage of propagating energy and relative distances

**14**

to allow for exploitation of mutual enhancing cancellation phenomenon and an electrostatic suppression phenomenon to exponentially allow layered conductive and dielectric elements to become highly efficient in energy handling ability.

According to an aspect of the present invention, a device may utilize a single low impedance pathway or a common low impedance pathway as a voltage reference, while utilizing a circuit maintained and balanced within a relative electrical reference point, thereby maintaining minimal parasitic contribution and disruptive energy parasitics in the isolated circuit system. The various attachment schemes described herein may allow a "0" voltage reference, as discussed hereinabove, to develop with respect to each pair or plurality of paired complementary conductors located on opposite sides of the shared central shield, thereby allowing a voltage to be maintained and balanced, even with multiple Simultaneous Switching Operations states among transistor gates located within an active integrated circuit, with minimal disruptive energy parasitics in an isolated circuit.

Shields may be joined using principals of a cage-like conductive shield structure to create one or more shieldings. The conductive coupling of shields together with a larger external conductive area may suppress radiated electromagnetic emissions and as a larger area provides a greater conductive area in which dissipation of voltages and surges may occur. One or more of a plurality of conductive or dielectric materials having different electrical characteristics may be maintained between shields. A specific complementary pathway may include a plurality of commonly conductive structures performing differentially phased conditioning with respect to a "mate", or paired, plurality of oppositely phased or charged structures forming half of the total sum of manufactured complementary pathways, wherein one half of the complementary pathways forms a first plurality of pathways, and wherein the second half forms a second plurality of pathways. The sum of the complementary pathways of the first and the second plurality of pathways may be evenly separated electrically, with an equal number of pathways used simultaneously, but with half the total sum of the individual complementary pathways operating from, for example, a range of 1 degree to approximately 180 degrees electrically out of phase from the oppositely positioned groupings. Small amounts of dielectric material, such as microns or less, may be used as the conductive material separation between pathways, in addition to the interposing shield, which dielectric may not directly physically or conductively couple to any of the complementarily operating shielded pathways.

An external ground area may couple or conductively connect as an alternative common pathway. Additional numbers of paired external pathways may be attached to lower the circuit impedance. This low impedance phenomenon may occur using alternative or auxiliary circuit return pathways.

A shield architecture may allow shields to be joined together, thereby facilitating energy propagation along a newly developed low impedance pathway, and thereby allowing unwanted electromagnetic interference or noise to move to this created low impedance pathway.

Referring now to FIG. **1**A through FIG. **5**B, which generally show various common principals of both common and individual variants of an exemplary embodiment configured in a co-planar variant (FIGS. **1**A-**4**I) and a stacked variant (FIGS. **5**A and **5**B).

In FIG. **1**A, there are shown relative locations of the various pathway extensions disclosed according to an aspect of the present invention. A portion of a relative balanced and complementary-symmetrical arrangement utilizing a center shielding pathway designated **8**"XX"-"X"M is adapted in the

15

arrangement as the fulcrum of balanced conductive portions in a co-planar variant. A pathway arrangement including at least a first and a second plurality of pathways, wherein the first plurality has at least one pair of pathways arranged electrically isolated from each other and orientated in a first complementary relationship, is illustrated.

Additionally, at least a first half of the second plurality is arranged electrically isolated from a second half of the second plurality, wherein at least two pathways of the second plurality are electrically isolated from the pathways of first plurality. The pathway arrangement may also include a material having properties, such as dielectric, ferromagnetic, or varistor for example, spacing apart pathways of the pathway arrangement. The pathways of the first half of the second plurality are electrically coupled to one another, and the pathways of the second half of the second plurality are electrically coupled to one another. A total number of pathways of the first half of the second plurality may be an odd number greater than one, and a total number of pathways of a second half of the second plurality may also be an odd number greater than one. According to an aspect of the present invention, the pathways of the first half of the second plurality are positioned in a first superposed alignment, while the pathways of the second half of the second plurality are positioned in a second superposed alignment, with the first and second superposed alignments in a mutual superposed alignment herein defined as a co-planar arrangement.

In a non co-planar arrangement, the pathways of the first half of the second plurality may be positioned in a first superposed alignment, and the pathways of the second half of the second plurality may be positioned in a second superposed alignment, with the first and second superposed alignments in arrangement one atop the other. In one arrangement, at least four pathways are electrically isolated.

An illustrative embodiment of the present invention may include at least three pluralities of pathways, including a first plurality of pathways and a second plurality of pathways. The first and second pluralities of pathways may include pathway members of the first plurality having an equal and opposite pathway member found in the second plurality of pathways. Members of the first and second pluralities of pathways may be substantially the same size and shape, and may be positioned complementary, and may also operate in an electrically complementary manner. Thus, the pairings of the first and second pluralities of pathways may result in identical numbers of members of the first and second pluralities of pathways. An exemplary embodiment may provide at least a first and a second shield allowing for development of individual isolated low circuit impedance pathways. Structurally, the shields may be accomplished by a third plurality of pathways and a fourth plurality of pathways. Each shielding plurality may include shields of equal size and shape. Each of the third and fourth plurality of pathways may be conductively coupled. Conductive coupling may be accomplished by a variety of methods and materials known to those possessing an ordinary skill in the pertinent arts. Thus, when the third and a fourth plurality are grouped as two sets of shields utilizing the first and second plurality receiving shielding, the third and fourth pluralities may be coupled to a common pathway to develop a low circuit impedance pathway for energy propagation for conditioning of the circuit energy.

Pathways may additionally be arranged in a bypass arrangement, such that when placed face to face, main-body pathways **80** may be aligned superposed, with the exception of any pathway extensions such as **812**NNE, **811**NNE,

16

**812**SSW and **811**SSW of the lower sub-circuit portion, for example, shown as mirror images depicted in FIG. **5**A and FIG. **5**B, for example.

Within the pluralities, individual pathway members may be of substantially the same size and shape and may be conductively coupled. However, individual pathway members of one plurality may not be conductively coupled to members of a different plurality of pathways.

There may be situations wherein members of one plurality may be connected to members of a different plurality, such as wherein a first plurality of shields and a second plurality of shields are externally coupled to the same conductor.

Common elements may include energy flow in accordance with conceptual energy indicators **600**, **601**, **602**, **603** depicting the dynamic energy movements in co-planar shielded by-pass pathways, such as those shown in FIG. **1**A-**1**C. An embodiment may provide for at least multiple shields for development of multiple isolated low circuit impedance pathways for multiple circuits.

Referring still to FIG. **1**A, pathways may be shielded by the relative, common pathways, and may include a main-body pathway **80** with at least one pathway extension **812**"X". The shields shown include a main-body shield pathway **81** with at least one pathway extension designated **99**"X"/**79**"X". The shields may sandwich and envelope the main-body **799**, including a conductive inner pathway formed of conductive materials from the family of noble or base metals traditionally used in co-fired electronic components or conductive material, such as Ag, Ag/Pd, Cu, Ni, Pt, Au, Pd, or combination materials such as metal oxide and glass frit. A capacitance and a resistance value may be achieved in one family of pathways, as described hereinabove, such as by use of ruthenium oxide as the resistive material and Ag/Pd as the conductive material. Further, variations in pathway geometry may yield different resistance and capacitance values. Variations may be achieved by altering the materials from which the pathways are made. For example, a conductive metal, such as silver, may be selectively added to the metal oxide/glass frit material to lower the resistance of the material.

A plurality of pathways, **865-1** and **865-2**, are shown positioned co-planar and spaced apart on a same portion of material **801**. Each pathway of the co-planar pathways **865-1** and **865-2**, may be formed of conductive material **799**, or a hybrid of conductive material and another material, herein designated as **799**"x". Each co planar pathway **865-1** and **865-2** may also be formed as a bypass pathway, wherein each pathway includes a main-body pathway **80** having a corresponding main-body edge and perimeter, **803**A and **803**B, respectively and at least one pathway contiguous extension **812**"X". Each co-planar pathway **865-1** and **865-2**, may include at least one pathway contiguous extension **812**SSW and **811**SSW with a portion of the main-body edge **803**A and **803**B extending therefrom. Extension **812**"X" is a portion of the pathway material formed in conjunction with a main-body pathway **80** from which it extends. Main-body pathway **80**, an **812**"X" may be found as an extension of material **799** or **799**"x" extending beyond an accepted average perimeter edge **803**"X". Extensions **812**"X" and **79**"X" may be found respectively positioned as a contiguous portion of the pathway from which it is formed. Each main-body pathway may have edge **803**A, **803**B positioned relative and spaced apart a distance **814**F from the embodiment edge **817**. Embodiment edge **817** may include a material **801**. Co-planar main-body pathway's edge **803**"x" may be positioned and spaced apart a distance **814**J. Pathway extensions **812**SSW and **811**SSW may conductively couple a respective pathway main-body **80** to an outer pathway **890**SSW and **891** SSW, which may be

US 8,587,915 B2

17

positioned at edge **817**. The co-planar arranged, main-body pathway **80** may be positioned "sandwiched " between the area of registered coverage of two layering of co-planar, main-body pathway **81** s.

Combining mutually opposing fields causes a cancellation or minimization effect. The closer the complementary, symmetrically oriented shields, the better the resulting mutually opposing cancellation effect on opposing energy propagation. The more superposed the orientation of the complementary, symmetrically oriented shields is, the better the resulting suppression of parasitics and cancellation effect.

Referring still to FIG. **1**A, the edges of the plurality of co-planar shields may be represented by dotted lines **805**A and **805**B. Main-body pathways **81** of each of the plurality of shields are larger than a sandwiching main-body pathway **80** of any corresponding sandwiched pathway. This may create an inset area **806** relative to the positions of the shields and remaining pathways. The size of main-bodies **80** and **81** may be substantially similar, and thus the insetting positioning relationships may be minimal in certain embodiments. Increased parasitic suppression may be obtained by insetting pathways, including a main-body **80**, to be shielded by larger pathway main-body **81**s. For example, an inset of a main-body **80** of pathways **865**-1 inset may be separated a distance of 1 to 20+ times the spacing provided by the thickness of the material **801** separating pathway **865**-1 and adjacent center co-planar pathway **800**-1-IM, as illustrated in FIG. **1**B.

Plurality of co-planar shield edges **805**A and **805**B may be positioned and spaced apart a distance **814**K, and may be a distance **814** relative to edges **805**A and **805**B and the edge **817**. Other distances **814**J relative from either edges **803**A and **803**B may be provided.

Further, distance **814**F may be present between one **803**"X" and an edge **817**. Each co- planar shield may include a plurality of contiguous pathway extension portions, such as, for example, portions **79**NNE, **79**SSE, **99**NNE and **99**SSE, extending from the plurality of co- planar shield edges **805**A and **805**B. Plurality of co-planar shields may include a plurality of outer pathway material **901** NNE, **901** SSE, **902**NNE and **902**SSE positioned at the edge **817**.

Conceptual energy indicators **602** represent the various dynamic energy movements within the co-planar pathways **865**-1 and **865**-2. Unwanted energy may be transferred to the co-planar shields in accordance with the provision by the shields providing for a low impedance pathway, which shields may additionally be electrically coupled to another pathway or conductive area.

Referring now to FIGS. **1**B and **1**C, layer sequences are illustrated for a first plurality of co-planar pathways **865**-1, **865**-2, a second plurality of co-planar pathways **855**-1, **855**-2, and a third plurality of co-planar pathways **825**-1-IM, **825**-2-IM, **815**-1, **815**-2, **800**-1-IM, **800**-2-IM, **810**-1, **810**-2, and **820**-1-IM, **820**-2-IM. The first, second, and third pluralities may be stacked to form an embodiment **3199**, **3200**, **3201**. The third plurality of co-planar pathways may provide shielding. Main-bodies **81** of the plurality of co-planer shields **825**-1-IM, **825**-2-IM; **815**-1, **815**-2; **800**-1-IM, **800**-2-IM; **810**-1, **810**-2; and **820**-1-IM, **820**-2-IM may be substantially similar in size and shape, and may be spaced apart in co-planar locations on different layers of material **801**. The first plurality of co-planar pathways **865**-1 and **865**-2 may have at least the corresponding, opposing, and complementary second plurality of co-planar pathways **855**-1 and **855**-2. These first and second pluralities of co-planar pathways, when oriented face to face, may have main-body pathways **80**s co- registered and aligned except for the various contiguous pathway extensions **812**"X", **811**"X". As shown in FIGS. **1**B and

18

**1**C, a pair of outer co-planar pathways **820**-1-IM, **825**-1-IM may serve as pathway shields, thereby improving the shielding effectiveness of the other conductively coupled pluralities of pathways with a main-body **81**s.

As illustrated in the varied embodiments **3199**, **3200**, **3201**, the location of extensions **79**NNE, **79**SSE, of shields **825**-1-IM, **815**-1, **800**-1-IM, **810**-1, and **820**-1-IM and extensions **99**NNE, **99**SSE of the shields **825**-2-IM, **815**-2, **800**-2-IM, **810**-2, and **820**-2-IM, may be varied. In FIG. **1**B, for example, extensions **79**NNE and **99**NNE may be arranged spaced apart, diagonally from extensions **79**SSE and **99**SSE and on opposite sides of shield main- body **81**. In FIG. **1**C, for example, extensions **79**NNE and **99**NNE may be arranged spaced apart in line with extensions **79**SSE and **99**SSE on opposite sides of shield main-body **81**. In FIG. **1**B, extensions **812**NNE and **811**NNE may be arranged spaced apart, extending toward the same edge **812** of layer of material **801**, and extensions **812**SSW and **811**SSW may be arranged spaced apart, each extending toward the opposite edge **812** of layer of material **801**. In FIG. **1**C, pathways **865**-1 and **865**-2 may be mirror images, as discussed hereinabove. Comparably to FIG. **1**B, extensions **812**NNE and **811**NNE may be arranged spaced apart, extending toward opposite edges **817** of layer of material **801**. Extensions **812**SSW and **811**SSW may be arranged spaced apart, extending toward the opposite edge of layer of material **801**, such that extensions **812**NNE and **811**SSW extend toward opposite edges **812**"X" of the respective layer of material **801**.

Referring now to FIGS. **2**A and **2**B, FIG. **2**A illustrates a schematic plan view of an embodiment of FIG. **2**B according to an aspect of the present invention. FIG. **2**B depicts a pathway arrangement including a layout of a first, a second, a third, a fourth, a fifth, a sixth, a seventh, a eighth, a ninth and a tenth pathway, wherein at least the third and the fourth pathway, for example, may be co-planar and arranged spaced apart from each other. FIG. **2**B illustrates the first and the second pathway arranged below the third and the fourth pathway, and the fifth and the sixth pathway arranged above the third and the fourth pathway, and the seventh and the eighth pathway arranged above the fifth and the sixth pathway, and the ninth and the tenth pathway, arranged above the seventh and the eighth pathway. These pathways have various respective internal contiguous pathway extensions **812**"X", **811**"X", **79**"X" and **99**"X", and may be discrete components having the same minimal number of layering.

Internal contiguous pathway extensions **812**"X", **811**"X", **79**"X" and **99**"X", and conductively coupled external pathways **890**"X", **891**"X" **802**"X" and **902**"X", may be coupled to the inner pathway of the plurality of co-planar pathways of the main-body pathway **80** and **81**.

Referring now to FIGS. **3**A and **3**B, in FIG. **3**A there is shown a schematic plan view of an embodiment of FIG. **3**B, wherein outer pathways may be selectively conductively coupled in at least two isolated circuit portions. FIG. **3**B depicts an pathway arrangement including a minimal layout of a first, a second, a third, a fourth, a fifth, a sixth, a seventh, a eighth, a ninth and a tenth pathway, wherein at least the third and the fourth pathway, for example, are co- planar and arranged spaced apart from each other. The device shown in FIG. **3**B may have the first and the second pathway arranged below the third and the fourth pathway, and the fifth and the sixth pathway arranged above the third and the fourth pathway, and the seventh and the eighth pathway arranged above the fifth and the sixth pathway, and the ninth and the tenth pathway arranged above the seventh and the eighth pathway.

US 8,587,915 B2

19

20

These pathways have various respective internal contiguous pathway extensions **812**"X", **811**"X", **79**"X" and **99**"X", and may be discrete components having the same minimal number of layering.

Referring now to FIG. **3**C, a plan view of a shield according to an aspect of the present invention is illustrated. The embodiment depicted in FIG. **3**C includes at least one additional pathway, as compared to the device of FIG. **3**B. This additional pathway **1100**-IM"X" may be one of at least a plurality of shields in the stack of pathways, which shields may span across the two circuit portions. Pathway **1100**-IM"X" may be one of at least two outer sandwiching shields in the stack of pathways. Shields may span across the two circuits by adding a centrally arranged **1100**-IM"X" pathway electrically coupled to the outer **1100**-IM"X" shields.

Pathways **1100**-IM"X" may have at least one extension, and are illustrated with two extensions **1099**E and **1099**W, and may allow for sandwiching shields for all of the pathways within the present invention. At least three shields may be coupled together and may include a centering shield dividing an energy load or energy source of an isolated circuit or dividing two isolated circuits.

A shield **00**GS may be electrically isolated from other shields and may be arranged to effect an energy propagation of an isolated circuit. An isolated circuit may be sandwiched by a shield. A shield may be electrically coupled to a conductive area that is isolated from any other conductive areas thereby effecting an energy propagation.

FIGS. **4**A-**4**I depict assembled components of various embodiments according to aspects of the present invention. The arrangements of FIG. **4**A to FIG. **4**I may include minimal layouts of a first, a second, a third, a fourth, a fifth, a sixth, a seventh, a eighth, a ninth and a tenth pathway, wherein at least the third and the fourth pathway, for example, are co-planar and arranged spaced apart from each other. The first and the second pathway may be arranged below the third and the fourth pathway, and the fifth and the sixth pathway may be arranged above the third and the fourth pathway, and the seventh and the eighth pathway may be arranged above the fifth and the sixth pathway, and the ninth and the tenth pathway may be arranged above the seventh and the eighth pathway. These pathways have various respective internal contiguous pathway extensions **812**"X", **811**"X", **79**"X" and **99**"X", and may be an assembled final discrete component, for example.

Referring to FIG. **5**A, there is shown a stacking of multiple, non-shared circuits including groups of pathways according to an aspect of the present invention. Included in FIG. **5**A is a marker **1000** showing a continuation of the stacking arrangement to the next column of FIG. **5**A. Conceptual energy indicators **600**,**601**, **602**,**603** indicate energy flow.

Material **799** may be deposited on material **801** for component **6900** shields designated **815**-**1**, **800**-**1**-IM, **810**-**1**, **815**-**2**, **800**-**2**-IM, and **810**-**2**. Shields **810**-A and **810**-B are separated shields of at least part of an isolated circuit system. Shields **815**-A and **815**-B are separated shields of at least part of an isolated circuit system. Shields **800**-A and **800**-B are separated shields of at least part of an isolated circuit system. Shields **835**-A and **835**-B are separated shields of at least part of an isolated circuit system. Conductors **855**-**1** and **855**-**2** are separated and shielded pathways in bypass configuration. Conductors **865**-**1** and **865**-**2** are separated and shielded pathways in bypass configuration. In FIG. **5**A, a pathway arrangement is depicted including at least six orientations of pathways of two types of pathways, wherein each orientation of

the pathways of the at least six orientations of pathways provides conductive isolation from the remaining orientations of pathways.

Referring to FIG. **5**B, there is shown a stacked shield structure according to an aspect of the present invention. FIG. **5**B depicts an embodiment similar to that of FIG. **5**A, wherein two sets of **855**"X" and **865**"X" pathways are omitted for purposes of clarity, and wherein the shields of FIG. **5**A are oriented in flip-flop for each relative set of **855**"X" and **865**"X" pathways. The **79**"X" pathway extensions may be rotated 90 degrees relative to the various pathway extensions **811**"x" and **812**"X". A dynamic result of this configuration, as illustrated by the conceptual energy indicators, may be enhanced by nulling the extensions of the two sets of **855**"X" and **865**"X" pathways of the two isolated circuits, and by relatively positioning the shield of each isolated circuit pairing **855**A and **865**A approximately 90 degrees null to the various pathway extensions of **855**B and **865**B.

Referring to FIG. **5**B, there is shown a stacked shield structure according to an aspect of the present invention. FIG. **5**B depicts an embodiment similar to that of FIG. **5**A, wherein two sets of **855**"X" and **865**"X" pathways are omitted for purposes of clarity, and wherein the shields of FIG. **5**A are oriented in flip-flop for each relative set of **855**"X" and **865**"X" pathways. The **79**"X" pathway extensions may be rotated 90 degrees relative to the various pathway extensions **811**"x" and **812**"X". A dynamic result of this configuration, as illustrated by the conceptual energy indicators, may be enhanced by nulling the extensions of the two sets of **855**"X" and **865**"X" pathways of the two isolated circuits, and by relatively positioning the shield of each isolated circuit pairing **865**B and **865**A approximately 90 degrees null to the various pathway extensions of **865**B and **865**A.

As discussed hereinabove, in an embodiment of the present invention, multiple complementary or paired shielded pathways may include the first and second pluralities of pathways. Energy may utilize the various paired, feed-through or bypass pathway layers in a generally parallel and even manner, for example. Pathway elements may include non- insulated and conductive apertures, and conductive through-VIAs, to provide propagating energy and maintain a generally non-parallel or perpendicular relationship, and additionally maintain a separate electrical relationship with an adjoining circuit. These pathways may maintain balance internally, and may facilitate an electrical opposition along opposing complementary pairings. This relationship among complementary pairs of pathways may occur while the pathways and the energy are undergoing an opposite operational usage within the shielding structure attached externally.

Referring now to FIG. **5**C, there is shown a relative plan view of a stacked multiple, non-shared circuit network having VIAs and including groups of pathways according to an aspect of the present invention. The device according to an aspect of the present invention depicted in FIG. **5**C includes a hole-through energy conditioner. Hole-through energy conditioners may be formed such that many of the energy propagation principals disclosed herein are retained, including the use of multiple sets of shields for energy conditioning possessing. FIG. **5**C, further depicts null pathway sets with pathway arrangement **6969**.

Pathway arrangement **6969** is similar to FIG. **5**B, with the absence of pathway extensions **79**"X", **811**"x" and **812**"X", and with the substitution of **8879**"X", **8811**"X" and **8812**"X" VIAs functioning from a different direction relative to the main-body **80** and **81**.

Referring still to FIG. **5**C, during the manufacturing process, conductive holes **912**, VIAS or conductive apertures

21

may be used to interconnect **8806** an integrated circuit, and may be formed through one or more pathway layers using mechanical drilling, laser drilling, etching, punching, or other hole formation techniques. Each specific interconnection **8806** may enable various pathways to be electrically connected or insulated. Each specific interconnection **8806** may extend through all layers of pathway arrangement **6969**, or may be bounded above or below by one or more layers. Pathway arrangement **6969** may include an organic substrate, such as an epoxy material, or patterned conductive material. If an organic substrate is used, for example, standard printed circuit board materials such as FR-4 epoxy-glass, polymideglass, benzocyclobutene, Teflon, other epoxy resins, or the like could be used in various embodiments. In alternate embodiments, a pathway arrangement could include an inorganic substance, such as ceramic, for example. In various embodiments, the thickness of the levels may be approximately 10-1000 microns. Interconnections **8806** between the various conductive layers may also be formed by selectively removing dielectric and conductive materials, thereby exposing the conductive material of the lower conductive layers **904** (not shown), and by filling the holes so formed by the removal with a conductive paste **799**A or electrolytic plating **799**B, for example.

Interconnections **8806** may couple exposed conductive layers to a relative side of the pathway arrangement **6969**. Interconnections **8806** may take the form of pads or lands to which an integrated circuit may be attached, for example. Interconnections **8806** may be formed using known techniques, such as by filling the selectively removed portions of dielectric with conductive paste, electrolytic plating, photolithography, or screen printing, for example. The resulting pathway arrangement **6969** includes one or more layers of patterned conductive material **799**, separated by non-conducting layers, and interconnected by interconnects **8806**. Different techniques may be used to interconnect and isolate the various layers of patterned conductive material **799**. For example, rather than forming and selectively removing portions of the various conducting **799** and non-conducting layers **801**, openings between the various layers may be included by selectively adding the desired portions of the conducting **799** and non-conducting layers **801**. Removal techniques, such as chemical mechanical planarization, may be used to physically abrade away multiple layers of different types of conducting and non-conducting materials, resulting in the desired openings for various interconnects.

Pathway arrangement **6969** may be configured using a multi-aperture, multilayer energy conditioning pathway set, with a substrate format adapted to condition propagating energy. Pathway arrangement **6969** may condition propagating energy by utilizing a combined energy conditioning methodology of conductively filled apertures, known in the art as VIAs **8879**"X", **8811**"X" and **8812**"X", in combination with a multi-layer common conductive Faraday cage-like shielding technology with immured propagational pathways.

Interconnecting pathway arrangement and an IC may be achieved with wire bonding interconnection, flip-chip ballgrid array interconnections, microBall-grid interconnections, combinations thereof, or any other standard industry accepted methodologies. For example a "flip chip" type of integrated circuit, meaning that the input/output terminations as well as any other pathways on the chip may occur at any point on its surface. After the IC chip is prepared for attachment to pathway arrangement **6969**, the chip may be flipped over and attached, by solder bumps or balls to matching pads on the top surface of pathway arrangement **6969**. Alternatively, an integrated circuit may be wire bonded by connecting input/output

22

terminations to pathway arrangement **6969** using bond wires to pads on the top surface of pathway arrangement **6969**.

The circuits within pathway arrangement **6969** may act as a source to load pathway arrangement requiring capacitance, noise suppression, and/or voltage dampening. This capacitance may be provided by formation of the capacitance developed and embedded within pathway arrangement **6969**. This capacitance may be coupled to the integrated circuit loads using a paired pathway and the shield, as described above. Additional capacitance may be provided to a circuit electrically coupled to an integrated circuit to provide voltage dampening and noise suppression. Close proximity of off-chip energy sources may provide a capacitance each along the low inductance path to the load. Common shielding pathways may be utilized as the "0" voltage circuit reference node for both off-chip energy sources the common conductive interposer energy pathway configurations.

Pathway arrangement **6969** may be connected to an integrated circuit by commonly accepted industry connection methods and couplings **799**A and **799**B, including Bumpless Build-Up Layer (BBUL) packaging. This technology enables higher performance, thinner and lighter packages, and lowers power consumption. In a BBUL package, the silicon die or IC is embedded in a package with a pathway arrangement operable as a first level interconnect.

Thus, the BBUL package as a whole is not just attached to one surface of the IC. For example, electrical connections between the die and one or more of the various shields and the package may be made with copper lines, not necessarily C4 solder bumps. These features combine to make the package thinner and lighter than other IC packages, while delivering higher performance and reducing power consumption. BBUL may enhance the ability of a manufacturer to couple multiple silicon components to pathway arrangement **6969**.

Shielded pathways **8811**, **8812**, and **8879** may be electrically connected between respective energy sources and respective load of the IC by common industry methodologies, thereby allowing for conditioning of propagating energy. Shields **8879** may conductively coupled to a shield including **1055-2**. A shield and its other conductive portions including **8811** and **8812** may be electrically coupled to a respective complementary pathway which poses no polarity charge of significance before hook-up, thereby preventing each layer **8811** and **8812** from changing energy propagation direction functions, such preventing layer **8811** and **8812** from changing from input and output to output and input, respectively, as is understood by those possessing an ordinary skill in the pertinent arts.

For stacked variants depicted in FIGS. **5**A, **5**B and **5**C, adding three pathways **110000**-IM-"X", including one between **810-1** and **815-2**, designated as **1100**-IM-"C", may bisect a balanced symmetry of the total number of pathways located into equal numbers on opposite sides of **1100**-IM-"C". The addition of **1100**-IM-**1** and **1100**-IM-**2**, electrically coupled to **1100**-IM-C, creates a common or a shield structure (not all shown). Shields of a shield structure may be of substantially the same size or not. Shields may or may not be physically isolated from any other shields for any one or more embodiments of the present invention. Thus, shields may or may not be electrically or conductively isolated from any other shields for any one or more embodiments of the present invention.

An odd number of shields may be coupled together thereby allowing formation of a common reference or node utilizing all other shields. The number of shields **1100**-IM-"X" is not confined to using extensions **1099**E and **1099**W such as shield **00**GS, as any number of extensions in almost any direction

US 8,587,915 B2

23

may be used to facilitate a coupling. A relative balanced and complementary-symmetrical arrangement may be formed with respect to a center shield **8**"XX" or shield **800**/**800**-IM for a arrangement fulcrum of balanced conductive portions. At least a partial flux field cancellation of energy propagating along or between paired and electrically opposing complementary pathways occurs in this balanced but shifted embodiment. Further, simultaneous stray energy parasitics, complementary charged suppression, physical and electrical shielding containment and a faraday effect may also occur. This result is achieved because the magnetic flux energies travel at least partially along the shield wherein the RF return path is parallel and adjacent to a corresponding pathway. Thus, the magnetic flux energy may be measured or observed relative to a return. Shifted pathways may be in relative balance and complementarily and symmetrically positioned with respect to center shields, such as shields **800**/**800**-"X"-IM, and may include a relatively shifted, balanced, complementary, and symmetrical arrangement of predetermined shields and pathways complementarily sandwiched around a centrally positioned shield, such as **800**/**800**-IM, for example.

The exemplary embodiments of FIGS. **1**A, **1**B, **1**C, through FIG. **4**l, for example may include these 'shifted' embodiments. These shifted embodiments may include a multiplicity of layers having a shielding, a pathway, a shielding, a pathway, and a shielding. Each of these multiplicity of layers may be centered and complementary about a center shield **800**/**800**-"X"-IM, such as for co-planar variants, and the entire multiplicity of layers may be centered about a main center shield. Complementarity and balance may be maintained about the center shield, and the main center shield, although individual shields may be shifted to create discrete imbalances as between a given matched pathway pair, for example. Shifting may expose a portion of at least one pathway outside the perimeter of the superposed shielding, thereby allowing for parasitics and thereby varying, for example, impedance characteristics.

For example, a given pathway may be shifted 5 points to the left. This shifting may be accounted for in the matched pairs about a center shield, and, consequently, either an adjacent matched pair pathway of opposing polarity may be shifted 5 points, or 5 adjacent pathways of opposite polarity may each shift 1 point, thereby maintaining complementarity and balance. Further, pathways may remain within the perimeter of the superposed shielding, and nonetheless be shifted thereunder. Such a shifting under the shielding may, nonetheless, make desirable a balancing. However, certain exemplary embodiments not shown may include situations wherein pathways are pulled toward the center of a shield, and remain under the shield evidencing differing electrical characteristics, such as inductive behavior, in a balanced or unbalanced state.

Referring now to FIG. **6**, there is shown a stacked multiple circuit including embodiment **6900**, conductive energy pathways, isolated energy sources, isolated energy-utilizing loads, and isolated common conductive pathways. The conductive energy pathways may be conductively coupled to embodiment **6900** by a conductive coupling material, such as, for example, by a solder or industry equivalent. Vias **315**, conductive pathways continuing below the surface of the substrate, may couple to the conductive pathways, and may include conductive material that serves as a contiguous conductive pathway for propagating energies. The isolated common conductive pathways may not be directly coupled to the isolated energy sources or the isolated energy-utilizing loads. As discussed hereinabove, embodiment **6900** may include four pluralities of pathways including electrodes and shields,

24

with each plurality electrically isolated. The shields may be conductively coupled. The conductively coupled shields may be externally coupled to an isolated common conductive pathway, which is not directly conductively coupled to the electrodes, using a conductive coupling material. As shown in FIG. **6** an electrode, **815**-**1**, **800**-**1**-IM and **810**-**1**, may be conductively coupled to **802**GA, **802**GB. A shield, **815**-**2**, **800**-**2**-IM, and **810**-**2**, may be conductively coupled to **902**GA and **902**GB. These couplings may not be conductively coupled to the first plurality of electrodes or the second plurality of electrodes. In this configuration, both isolated circuits may be utilizing the isolated and separate voltage references and an isolated common impedance path such as REF **1** and REF **2** in FIG. **6**.

Referring now to FIG. **7**, there is shown a stacked co-planar multiple circuit including embodiment **3210**, conductive energy pathways, isolated energy sources, isolated energy-utilizing loads, and isolated common conductive pathways. The conductive energy pathways may be conductively coupled to embodiment **3210** by a conductive coupling material. Vias **315**, conductive pathways continuing below the surface of the substrate, may couple to the conductive pathways and may include conductive material that serves as a contiguous conductive pathway for propagating energies. The isolated common conductive pathways may not be directly coupled to the isolated energy sources or the isolated energy-utilizing loads. As discussed hereinabove, embodiment **3210** may include four pluralities of pathways including electrodes and shields, with each plurality electrically isolated. The conductively coupled shields may be externally coupled to an isolated common energy pathway, which is not directly conductively coupled to the first or the second plurality of electrodes in this co-planar arrangement. A third plurality of electrodes, **815**-**1**, **800**-**1**-IM and **810**-**1** may be conductively coupled to **802**GA, **802**GB, **815**-**2** and **800**-**2**-IM, and also, may be conductively coupled to **902**GA, **902**GB, and may not be conductively coupled to the first plurality or the second plurality. In this configuration, both isolated circuits may be utilizing a separate and a respective isolated and separate voltage reference and a separate and a respective isolated impedance path, a separate and a respective isolated common impedance path and at least one separate and respective low inductance pathway such as REF **1** and REF **2** in FIG. **7**.

Referring now to FIG. **4**A thru to FIG. **7**, the termination electrodes **890**A, **890**B, and **891**A, **891**B, **802**GA, **802**GB, and **902**GA, **902**GB, may be monolithic or multi-layered.

Termination electrodes **802**GA, **802**GB, **902**GA, **902**GB, may be located at other respective portions of a sintered body. Each main body electrode layers **81** or **80**, and the associate electrode extensions **99**/**79**G"X" or **812**"X", may define an electrode which extends to, and conductively couples to, the associated termination electrodes **802**GA, **802**GB, **902**GA, **902**GB and **890**A, **890**B, and **891**A, **891**B.

The present invention may be utilized for many energy conditioning functions that utilize commonly coupled shielding structure element for emulating a center tap of resistor/voltage divider network. This resistor/voltage divider network may be normally constructed using a ratio of various integrated circuit resistors. However, various integrated circuit resistors may be replaced by a device according to an aspect of the present invention, the device utilizing, for example, specific conductive/resistive materials **799**A or naturally occurring resistance properties of pathway material **799**, or utilizing a varied physical layout.

A voltage dividing function may be present as portions of a common and shared pathway shield structure are utilized to

**25**

define a common voltage reference located at both respective sides of the common pathway shield structure.

In embodiments, whether initially stacked vertically during a manufacturing process, or in combination with a co-planar pairings as described hereinabove, the number of complementary pathways pairings may be multiplied in a predetermined manner to create a number of pathway element combinations of a generally physically or electrically parallel nature.

Further, although not shown, a device of the present invention may be fabricated in silicon and directly incorporated into integrated circuit microprocessor circuitry or microprocessor chip packaging. Any suitable method for depositing electrically conductive materials may be used, such as plating, sputtering, vapor, electrical, screening, stenciling, vacuum, and chemical including chemical vapor deposition (CVD).

While certain embodiments have been herein described in position as "upper" or "above", or "lower" or "below", or any other positional or directional description, it will be understood that these descriptions are merely relative and are not intended to be limiting.

The present invention may be implemented in a number of different embodiments, including a energy conditioning embodiment as an energy conditioner for an electronic assembly, an energy conditioning substrate, an integrated circuit package, an electronic assembly or an electronic system in the form of a energy conditioning system, and may be fabricated using various methods. Other embodiments will be readily apparent to those of ordinary skill in the art.

We claim:

**1**. An arrangement for energy conditioning, comprising:

an upper electrode comprising at least an upper electrode bottom surface area;

a first electrode comprising a first surface area that includes a first, a second, a third and a fourth perimeter edge portion of the first electrode, and wherein a top of the first surface area includes the first and second perimeter edge portions of the first electrode, and wherein the first and second perimeter edge portions of the first electrode are co-planar and spaced apart from one another, and wherein a bottom of the first surface area includes the third and fourth perimeter edge portions of the first electrode, and wherein the third and fourth perimeter edge portions of the first electrode are co-planar and spaced apart from one another by a first horizontal distance;

a third electrode comprising a third surface area that includes a first, a second, a third and a fourth perimeter edge portion of the third electrode, and wherein a top of the third surface area includes the first and second perimeter edge portions of the third electrode, and wherein the first and second perimeter edge portions of the third electrode are co-planar and spaced apart from one another, and wherein a bottom of the third surface area includes the third and fourth perimeter edge portions of the third electrode, and wherein the third and fourth perimeter edge portions of the third electrode are co-planar and spaced apart from one another by the first horizontal distance;

a fifth electrode comprising a fifth surface area that includes a first, a second, a third and a fourth perimeter edge portion of the fifth electrode, and wherein a top of the fifth surface area includes the first and second perimeter edge portions of the fifth electrode, and wherein the first and second perimeter edge portions of the fifth electrode are co-planar and spaced apart from one another, and wherein a bottom of the fifth surface area

**26**

includes the third and fourth perimeter edge portions of the fifth electrode, and wherein the third and fourth perimeter edge portions of the fifth electrode are co-planar and spaced apart from one another by the first horizontal distance;

a seventh electrode comprising a seventh surface area that includes a first, a second, a third and a fourth perimeter edge portion of the seventh electrode, and wherein a top of the seventh surface area includes the first and second perimeter edge portions of the seventh electrode, and wherein the first and second perimeter edge portions of the seventh electrode are co-planar and spaced apart from one another, and wherein a bottom of the seventh surface area includes the third and fourth perimeter edge portions of the seventh electrode, and wherein the third and fourth perimeter edge portions of the seventh electrode are co-planar and spaced apart from one another by the first horizontal distance;

a center electrode comprising a center electrode top surface area and a center electrode bottom surface area;

a second electrode comprising a second surface area that includes a first, a second, a third and a fourth perimeter edge portion of the second electrode, and wherein a top of the second surface area includes the first and second perimeter edge portions of the second electrode, and wherein the first and second perimeter edge portions of the second electrode are co-planar and spaced apart from one another, and wherein a bottom of the second surface area includes the third and fourth perimeter edge portions of the second electrode, and wherein the third and fourth perimeter edge portions of the second electrode are co-planar and spaced apart from one another by the first horizontal distance;

a fourth electrode comprising a fourth surface area that includes a first, a second, a third and a fourth perimeter edge portion of the fourth electrode, and wherein a top of the fourth surface area includes the first and second perimeter edge portions of the fourth electrode, and wherein the first and second perimeter edge portions of the fourth electrode are co-planar and spaced apart from one another, and wherein a bottom of the fourth surface area includes the third and fourth perimeter edge portions of the fourth electrode, and wherein the third and fourth perimeter edge portions of the fourth electrode are co-planar and spaced apart from one another by the first horizontal distance;

a sixth electrode comprising a sixth surface area that includes a first, a second, a third and a fourth perimeter edge portion of the sixth electrode, and wherein a top of the sixth surface area includes the first and second perimeter edge portions of the sixth electrode, and wherein the first and second perimeter edge portions of the sixth electrode are co-planar and spaced apart from one another, and wherein a bottom of the sixth surface area includes the third and fourth perimeter edge portion of the sixth electrode, and wherein the third and fourth perimeter edge portions of the sixth electrode are co-planar and spaced apart from one another by the first horizontal distance;

an eighth electrode comprising an eighth surface area that includes a first, a second, a third and a fourth perimeter edge portion of the eighth electrode, and wherein a top of the eighth surface area includes the first and second perimeter edge portions of the eighth electrode, and wherein the first and second perimeter edge portions of the eighth electrode are co-planar and spaced apart from one another, and wherein a bottom of the eighth surface

27

area includes the third and fourth perimeter edge portions of the eighth electrode, and wherein the third and fourth perimeter edge portions of the eighth electrode are co-planar and spaced apart from one another by the first horizontal distance;

a lower electrode comprising at least a lower electrode top surface area;

wherein the upper electrode bottom surface area is electrically coupled to the center electrode top surface area, and wherein the center electrode bottom surface area is electrically coupled to the lower electrode top surface area, and wherein the first, second, third, fourth, fifth, sixth, seventh and eighth electrodes are each electrically isolated from the upper, center and lower electrodes, and wherein the first, second, third, fourth, fifth, sixth, seventh and eighth electrodes are each electrically isolated from one another;

wherein the third and fourth perimeter edge portions of the first, second, third, fourth, fifth, sixth, seventh and eighth electrodes are each longer than the first horizontal distance;

wherein the first, third, fifth, and seventh surface areas are located between the upper electrode bottom surface area and the center electrode top surface area, and wherein the second, fourth, sixth, and eighth surface areas are located between the center electrode bottom surface area and the lower electrode top surface area;

wherein the first, third, fifth, and seventh surface areas are shielded from the second, fourth, sixth, and eighth surface areas by the center electrode top surface area and center electrode bottom surface area;

wherein the bottom of the first surface area, the bottom of the third surface area, the bottom of the fifth surface area and the bottom of the seventh surface area are each spaced a first vertical distance away from the center electrode top surface area; and

wherein the top of the second surface area, the top of the fourth surface area, the top of the sixth surface area and the top of the eighth surface area are each spaced the first vertical distance away from the center electrode bottom surface area;

wherein the third perimeter edge portion of the first electrode, the fourth perimeter edge portion of the first electrode, the third perimeter edge portion of the third electrode, the fourth perimeter edge portion of the third electrode, the third perimeter edge portion of the fifth electrode, the fourth perimeter edge portion of the fifth electrode, the third perimeter edge portion of the seventh electrode and the fourth perimeter edge portion of the seventh electrode are all parallel and co-planar with one another;

wherein the third perimeter edge portion of the second electrode, the fourth perimeter edge portion o the second electrode, the third perimeter edge portion of the fourth electrode, the fourth perimeter edge portion of the fourth electrode, the third perimeter edge portion of the sixth electrode, the fourth perimeter edge portion of the sixth electrode, the third perimeter edge portion of the eighth electrode and the fourth perimeter edge portion of the eighth electrode are all parallel and co-planar with one another;

wherein the bottom of the first surface area and the bottom of the second surface area are superposed such that the third perimeter edge portion of the first electrode and the third perimeter edge portion of the second electrode are aligned with one another, and the fourth perimeter edge

28

portion of the first electrode and the fourth perimeter edge portion of the second electrode are aligned with one another;

wherein the bottom of the third surface area and the bottom of the fourth surface area are superposed such that the third perimeter edge portion of the third electrode and the third perimeter edge portion of the fourth electrode are aligned with one another, and the fourth perimeter edge portion of the third electrode and the fourth perimeter edge portion of the fourth electrode are aligned with one another;

wherein the bottom of the fifth surface area and the bottom of the sixth surface area are superposed such that the third perimeter edge portion of the fifth electrode and the third perimeter edge portion of the sixth electrode are aligned with one another, and the fourth perimeter edge portion of the fifth electrode and the fourth perimeter edge portion of the sixth electrode are aligned with one another; and

wherein the bottom of the seventh surface area and the bottom of the eighth surface area are superposed such that the third perimeter edge portion of the seventh electrode and the third perimeter edge portion of the eighth electrode are aligned with one another, and the fourth perimeter edge portion of the seventh electrode and the fourth perimeter edge portion of the eighth electrode are aligned with one another.

**2**. The arrangement for energy conditioning of claim **1**, further comprising:

a substrate comprising a substrate top surface area and a substrate bottom surface area; and

wherein all the perimeter edge portions of the first, second, third, fourth, fifth, sixth, seventh and eighth electrodes are located between the substrate top surface area and the substrate bottom surface area.

**3**. The arrangement for energy conditioning of claim **2**, further comprising:

an integrated circuit chip;

wherein the first, second, third, fourth, fifth, sixth, seventh and eighth electrodes are each electrically coupled to the integrated circuit chip; and

wherein the first, second, third, fourth, fifth, sixth, seventh and eighth electrodes are each operable to transmit digital information through the substrate.

**4**. The arrangement for energy conditioning of claim **1**, further comprising:

an integrated circuit chip;

a substrate comprising a substrate top surface area and a substrate bottom surface area;

wherein the first, second, third, fourth, fifth, sixth, seventh and eighth electrodes are each electrically coupled to the integrated circuit chip; and

wherein all the perimeter edge portions of the first, second, third, fourth, fifth, sixth, seventh and eighth electrodes are located between the substrate top surface area and the substrate bottom surface area.

**5**. The arrangement for energy conditioning of claim **4**, wherein at least the upper electrode is electrically coupled to the integrated circuit chip.

**6**. The arrangement for energy conditioning of claim **4**, wherein the top of the first surface area, the top of the third surface area, the top of the fifth surface area and the top of the seventh surface area are each spaced the first vertical distance away from the upper electrode bottom surface area; and

wherein the bottom of the second surface area, the bottom of the fourth surface area, the bottom of the sixth surface

29

area and the bottom of the eighth surface area are each spaced the first vertical distance away from the lower electrode top surface area.

**7**. The arrangement for energy conditioning of claim **5**, wherein the top of the first surface area, the top of the third surface area, the top of the fifth surface area and the top of the seventh surface area are each spaced the first vertical distance away from the upper electrode bottom surface area; and

wherein the bottom of the second surface area, the bottom of the fourth surface area, the bottom of the sixth surface area and the bottom of the eighth surface area are each spaced the first vertical distance away from the lower electrode top surface area.

**8**. The arrangement for energy conditioning of claim **6**, wherein the first, second, third, fourth, fifth, sixth, seventh and eighth electrodes are each operable as a feedthrough electrode.

**9**. The arrangement for energy conditioning of claim **8**, wherein the upper, center and lower electrodes are operable together as a common electrical reference when the integrated circuit chip is energized.

**10**. The arrangement for energy conditioning of claim **6**, wherein the first, second, third, fourth, fifth, sixth, seventh and eighth electrodes are each operable as a digital data transmission line.

**11**. The arrangement for energy conditioning of claim **7**, wherein the first, second, third, fourth, fifth, sixth, seventh and eighth electrodes are each operable as a digital data transmission line when the integrated circuit chip is energized.

**12**. The arrangement for energy conditioning of claim **9**, wherein the arrangement for energy conditioning is operable with a wireless phone.

**13**. The arrangement for energy conditioning of claim **11**, wherein the arrangement for energy conditioning is operable with a wireless phone.

**14**. An arrangement for energy conditioning, comprising:

an upper conductor comprising at least an upper conductor bottom surface area;

a first conductor comprising a first surface area that includes a first, a second, a third and a fourth perimeter edge portion of the first conductor, and wherein a top of the first surface area includes the first and second perimeter edge portions of the first conductor, and wherein the first and second perimeter edge portions of the first conductor are co-planar and spaced apart from one another, and wherein a bottom of the first surface area includes the third and fourth perimeter edge portions of the first conductor, and wherein the third and fourth perimeter edge portions of the first conductor are spaced apart from one another by a first horizontal distance;

a third conductor comprising a third surface area that includes a first, a second, a third and a fourth perimeter edge portion of the third conductor, and wherein a top of the third surface area includes the first and second perimeter edge portions of the third conductor, and wherein the first and second perimeter edge portions of the third conductor are co-planar and spaced apart from one another, and wherein a bottom of the third surface area includes the third and fourth perimeter edge portions of the third conductor, and wherein the third and fourth perimeter edge portions of the third conductor are co-planar and spaced apart from one another by a second horizontal distance;

a fifth conductor comprising a fifth surface area that includes a first, a second, a third and a fourth perimeter

30

edge portion of the fifth conductor, and wherein a top of the fifth surface area includes the first and second perimeter edge portions of the fifth conductor, and wherein the first and second perimeter edge portions of the fifth conductor are co-planar and spaced apart from one another, and wherein a bottom of the fifth surface area includes the third and fourth perimeter edge portions of the fifth conductor, and wherein the third and fourth perimeter edge portions of the fifth conductor are co-planar and spaced apart from one another by a third horizontal distance;

a center conductor comprising a center conductor top surface area and a center conductor bottom surface area;

a second conductor comprising a second surface area that includes a first, a second, a third and a fourth perimeter edge portion of the second conductor, and wherein a top of the second surface area includes the first and second perimeter edge portions of the second conductor, and wherein the first and second perimeter edge portions of the second conductor are co-planar and spaced apart from one another, and wherein a bottom of the second surface area includes the third and fourth perimeter edge portions of the second conductor, and wherein the third and fourth perimeter edge portions of the second conductor are co-planar and spaced apart from one another by the first horizontal distance;

a fourth conductor comprising a fourth surface area that includes a first, a second, a third and a fourth perimeter edge portion of the fourth conductor, and wherein a top of the fourth surface area includes the first and second perimeter edge portions of the fourth conductor, and wherein the first and second perimeter edge portions of the fourth conductor are co-planar and spaced apart from one another, and wherein a bottom of the fourth surface area includes the third and fourth perimeter edge portions of the fourth conductor, and wherein the third and fourth perimeter edge portions of the fourth conductor are co-planar and spaced apart from one another by the second horizontal distance;

a sixth conductor comprising a sixth surface area that includes a first, a second, a third and a fourth perimeter edge portion of the sixth conductor, and wherein a top of the sixth surface area includes the first and second perimeter edge portions of the sixth conductor, and wherein the first and second perimeter edge portions of the sixth conductor are co-planar and spaced apart from one another, and wherein a bottom of the sixth surface area includes the third and fourth perimeter edge portions of the sixth conductor, and wherein the third and fourth perimeter edge portions of the sixth conductor are co-planar and spaced apart from one another by the third horizontal distance;

a lower conductor comprising at least a lower conductor top surface area;

wherein the upper, center and lower conductors are electrically coupled to one another, and wherein the first, second, third, fourth, fifth, and sixth conductors are each electrically isolated from the upper, center and lower conductors, and wherein the first, second, third, fourth, fifth, and sixth conductors are each electrically isolated from one another;

wherein the third and fourth perimeter edge portions of the first and second conductors are each longer than the first horizontal distance, and wherein the third and fourth perimeter edge portions of the third and fourth conductors are each longer than the second horizontal distance,

31

and wherein the third and fourth perimeter edge portions of the fifth and sixth conductors are each longer than the third horizontal distance;

wherein the first, third and fifth surface areas are located between the upper conductor bottom surface area and the center conductor top surface area, and wherein the second, fourth and sixth surface areas are located between the center conductor bottom surface area and the lower conductor top surface area;

wherein the first, third and fifth surface areas are shielded from the second, fourth and sixth surface areas by the center conductor top surface area and the center conductor bottom surface area;

wherein the third perimeter edge portion of the first conductor, the fourth perimeter edge portion of the first conductor, the third perimeter edge portion of the third conductor, the fourth perimeter edge portion of the third conductor and the fourth perimeter edge portion of the fifth conductor are all parallel and co-planar with one another;

wherein the third perimeter edge portion of the second conductor, the fourth perimeter edge portion of the second conductor, the third perimeter edge portion of the fourth conductor, the fourth perimeter edge portion of the fourth conductor, the third perimeter edge portion of the sixth conductor and the fourth perimeter edge portion of the sixth conductor are all parallel and co-planar with one another;

wherein the bottom of the first surface area and the bottom of the second surface area are superposed with one another

wherein the the bottom of the third surface area and the bottom of the fourth surface area are superposed with one another; and

wherein the bottom of the fifth surface area, and the bottom of the sixth surface area are superposed with one another.

**15**. The arrangement for energy conditioning of claim **14**, wherein the top of the first surface area, the top of the third surface area and the top of the fifth surface area are each spaced a first vertical distance away from the upper conductor bottom surface area;

wherein the bottom of the first surface area, the bottom of the third surface area and the bottom of the fifth surface area are each spaced a second vertical distance away from the center conductor top surface area;

wherein the top of the second surface area, the top of the fourth surface area and the top of the sixth surface area are each spaced a third vertical distance away from the center conductor bottom surface area; and wherein the bottom of the second surface area, the bottom of the fourth surface area and the bottom of the sixth surface area are each spaced a fourth vertical distance away from the lower conductor top surface area.

**16**. The arrangement for energy conditioning of claim **15**, further comprising:

a substrate including a substrate top surface area and a substrate bottom surface area;

a dielectric material;

wherein the second perimeter edge portion of the first conductor is spaced directly apart from the first perimeter edge portion of the third conductor by the dielectric material, and wherein the second perimeter edge portion of the third conductor is spaced directly apart from the first perimeter edge portion of the fifth conductor by the dielectric material; and

32

wherein the fourth perimeter edge portion of the first conductor is spaced directly apart from the third perimeter edge portion of the third conductor by the dielectric material, and wherein the fourth perimeter edge portion of the third conductor is spaced directly apart from the third perimeter edge portion of the fifth conductor by the dielectric material; and

wherein the first, second, third, fourth, fifth and sixth surface areas are located between the substrate top surface area and the substrate bottom surface area.

**17**. The arrangement for energy conditioning of claim **14**, further comprising:

an integrated circuit chip;

a substrate comprising a substrate top surface area and a substrate bottom surface area;

a dielectric material;

wherein the top of the first surface area, the top of the third surface area and the top of the fifth surface area are each spaced a first vertical distance away from the upper conductor bottom surface area by the dielectric material;

wherein the bottom of the first surface area, the bottom of the third surface area and the bottom of the fifth surface area are each spaced the first vertical distance away from the center conductor top surface area by the dielectric material;

wherein the top of the second surface area, the top of the fourth surface area and the top of the sixth surface area are each spaced the first vertical distance away from the center conductor bottom surface area by the dielectric material; and

wherein the bottom of the second surface area, the bottom of the fourth surface area and the bottom of the sixth surface area are each spaced the first vertical distance away from the lower conductor top surface area by the dielectric material;

wherein the second perimeter edge portion of the first conductor is spaced directly apart from the first perimeter edge portion of the third conductor by the dielectric material, and wherein the second perimeter edge portion of the third conductor is spaced directly apart from the first perimeter edge portion of the fifth conductor by the dielectric material; and

wherein the fourth perimeter edge portion of the first conductor is spaced directly apart from the third perimeter edge portion of the third conductor by the dielectric material, and wherein the fourth perimeter edge portion of the third conductor is spaced directly apart from the third perimeter edge portion of the fifth conductor by the dielectric material;

wherein the first, second, third, fourth, fifth and sixth surface areas are located between the substrate top surface area and the substrate bottom surface area; and

wherein the first, second, third, fourth, fifth, and sixth conductors are each electrically coupled to the integrated circuit chip.

**18**. The arrangement for energy conditioning of claim **14**, further comprising:

a dielectric material;

wherein the bottom of the first surface area, the bottom of the third surface area and the bottom of the fifth surface area are each spaced a first vertical distance away from the center conductor top surface area by the dielectric material; and

wherein the top of the second surface area, the top of the fourth surface area and the top of the sixth surface area

33

are each spaced the first vertical distance away from the center conductor bottom surface area by the dielectric material.

**19**. The arrangement for energy conditioning of claim **14**, further comprising:

an integrated circuit chip;

a dielectric material;

a substrate comprising a substrate top surface area and a substrate bottom surface area;

wherein the top of the first surface area, the top of the third surface area and the top of the fifth surface area are each spaced a first vertical distance away from the upper conductor bottom surface area by the dielectric material;

wherein the bottom of the first surface area, the bottom of the third surface area and the bottom of the fifth surface area are each spaced a second vertical distance away from the center conductor top surface area by the dielectric material;

wherein the top of the second surface area, the top of the fourth surface area and the top of the sixth surface area are each spaced a third vertical distance away from the center conductor bottom surface area by the dielectric material;

wherein the bottom of the second surface area, the bottom of the fourth surface area and the bottom of the sixth surface area are each spaced a fourth vertical distance away from the lower conductor top surface area by the dielectric material;

wherein the second perimeter edge portion of the first conductor is spaced directly apart from the first perimeter edge portion of the third conductor by the dielectric material, and wherein the second perimeter edge portion of the third conductor is spaced directly apart from the first perimeter edge portion of the fifth conductor by the dielectric material;

wherein the fourth perimeter edge portion of the first conductor is spaced directly apart from the third perimeter edge portion of the third conductor by the dielectric material, and wherein the fourth perimeter edge portion of the third conductor is spaced directly apart from the third perimeter edge portion of the fifth conductor by the dielectric material;

wherein the first, second, third, fourth, fifth, and sixth conductors are each electrically coupled to the integrated circuit chip; and

wherein all the perimeter edge portions of the first, second, third, fourth, fifth, and sixth conductors are located between the substrate top surface area and the substrate bottom surface area.

**20**. The arrangement for energy conditioning of claim **19**, wherein the arrangement for energy conditioning is operable with a wireless phone.

**21**. The arrangement for energy conditioning of claim **20**, wherein the first, second, third, fourth, fifth, and sixth conductors are each operable to transmit digital data when the integrated circuit chip is energized.

**22**. The arrangement for energy conditioning of claim **18**, further comprising:

an integrated circuit chip, and wherein the first, second, third, fourth, fifth, and sixth conductors are each electrically coupled to the integrated circuit chip;

wherein the top of the first surface area, the top of the third surface area and the top of the fifth surface area are each spaced the first vertical distance away from the upper conductor bottom surface area by the dielectric material;

wherein the bottom of the second surface area, the bottom of the fourth surface area and the bottom the sixth sur-

34

face area are each spaced the first vertical distance away from the lower conductor top surface area by the dielectric material;

wherein the second perimeter edge portion of the first conductor is spaced directly apart from the first perimeter edge portion of the third conductor by the dielectric material, and wherein the second perimeter edge portion of the third conductor is spaced directly apart from the first perimeter edge portion of the fifth conductor by the dielectric material; and

wherein the fourth perimeter edge portion of the first conductor is spaced directly apart from the third perimeter edge portion of the third conductor by the dielectric material, and wherein the fourth perimeter edge portion of the third conductor is spaced directly apart from the third perimeter edge portion of the fifth conductor by the dielectric material;

a substrate comprising a substrate top surface area and a substrate bottom surface area; and

wherein all the perimeter edge portions of the first, second, third, fourth, fifth, and sixth conductors are located between the substrate top surface area and the substrate bottom surface area.

**23**. The arrangement for energy conditioning of claim **22**, wherein the first, second, third, fourth, fifth, and sixth conductors are each operable as a feedthrough conductor.

**24**. The arrangement for energy conditioning of claim **23**, wherein the first, second, third, fourth, fifth, and sixth conductors are each operable to transmit digital data when the integrated circuit chip is energized.

**25**. The arrangement for energy conditioning of claim **24**, wherein the upper, center and lower conductors are operable together as a common electrical reference when the integrated circuit chip is energized.

**26**. An arrangement for energy conditioning comprising:

a. a first plurality of at least three conductors, wherein each conductor of the first plurality includes a conductor first edge, a conductor second edge and a conductor first part, and wherein the respective conductor first part of each conductor in the first plurality includes:

i. a first edge part of the respective conductor first edge and a second edge part of the respective conductor second edge, wherein the respective first and respective second edge parts are parallel to one another, and

ii. a first planar surface area that is co-planar with the respective first and respective second edge parts, and wherein the respective first planar surface area extends from the respective first edge part to the respective second edge part;

b. a second plurality of at least three conductors, wherein each conductor of the second plurality includes a third conductor edge, a fourth conductor edge and a conductor second part, and wherein the respective conductor second part of each conductor in the second plurality includes:

i. a third edge part of the respective third conductor edge and a fourth edge part of the respective fourth conductor edge, wherein the respective third and respective fourth edge parts are parallel to one another, and

ii. a second planar surface area that is co-planar with the respective third and respective fourth edge parts, wherein the respective second planar surface area extends from the respective third edge part to the respective fourth edge part;

c. a first, second and third shielding conductor that are conductively connected to one another; wherein

US 8,587,915 B2

35

i. at least the second shielding conductor is electrically isolated from all of the conductor first and conductor second parts,

ii. all the first and second edge parts of the first plurality are co-planar with one another,

iii. all the third and fourth edge parts of the second plurality are co-planar with one another,

iv. all the first planar surface areas of the first plurality are parallel to all the second planar surface areas of the second plurality,

v. the second shielding conductor physically shields all the first and second edge parts of the first plurality from all the third and fourth edge parts of the second plurality, and

vi. each conductor first part of the first plurality is aligned directly opposite to one respective corresponding conductor second part in the second plurality such that:

(a) the respective first edge part of each respective conductor first edge in each of the conductor first parts is correspondent and aligned to a corresponding respective third edge part of the respective conductor third edge in each corresponding respective conductor second part, and

(b) the respective second edge part of the respective conductor second edge in each of the conductor firsts parts is correspondent and aligned to a corresponding respective fourth edge part of the respective conductor fourth edge in each corresponding respective conductor second part.

27. The arrangement for energy conditioning of claim 26, wherein the first plurality comprises at least six conductors and the second plurality comprises at least six conductors.

28. The arrangement for energy conditioning of claim 26, wherein each respective conductor of the first and second pluralities is configured to operate as a feedthrough conductor.

29. The arrangement for energy conditioning of claim 28, wherein the respective conductor first and respective conductor second edges of at least one conductor of the first plurality are coplanar with one another along a first length.

30. The arrangement for energy conditioning of claim 26, wherein

a. all the first planar surface areas of the first plurality are positioned a first distance from a first surface area of the second shielding conductor; and

b. all the second planar surface areas of the first plurality are positioned a second distance from a second surface area of the second shielding conductor.

31. The arrangement for energy conditioning of claim 26, wherein at least one conductor of the first plurality is coupled to an integrated circuit chip.

32. The arrangement for energy conditioning of claim 26, wherein all the conductor first parts of the first plurality and all the conductor second parts of the second plurality are each at least partially imbedded within an integrated circuit chip.

33. The arrangement for energy conditioning of claim 26, wherein each of the first, second and third shielding conductors includes a shielding surface area.

34. The arrangement for energy conditioning of claim 26, wherein all the conductor first parts of the first plurality and all the conductor second parts of the second plurality are each at least partially imbedded within a substrate.

35. The arrangement for energy conditioning of claim 34, wherein no conductor is positioned between any one of the first planar surface areas of the first plurality and the second shielding conductor.

36

36. The arrangement for energy conditioning of claim 35, wherein

a. there is no conductor positioned between any two conductor first parts of the first plurality that are each next to one another; and

b. there is no conductor positioned between any two conductor second parts of the second plurality that are each next to one another.

37. The arrangement for energy conditioning of claim 31, wherein the at least one conductor of the first plurality is operable to propagate an energy signal when at least the first plurality is energized.

38. The arrangement for energy conditioning of claim 26, wherein all conductor first parts of the first plurality are electrically isolated from all conductor second parts of the second plurality.

39. The arrangement for energy conditioning of claim 32, further comprising:

a. a fourth shielding conductor that is offset from, and parallel to, the third shielding conductor;

b. a fifth shielding conductor that is offset from, and parallel to, the fourth shielding conductor;

c. a sixth shielding conductor that is offset from, and parallel to, the fifth shielding conductor, wherein

i. the fifth shielding conductor is at least partially located between the fourth and sixth shielding conductors, and

ii. the fourth, fifth and sixth shielding conductors are connected to one another;

d. a first energy conductor positioned at least partially between the fourth and the fifth shielding conductors, wherein the first energy conductor includes:

i. a first energy conductor edge of the first energy conductor and a second energy conductor edge of the first energy conductor, wherein the first energy conductor edge of the first energy conductor is parallel to the second energy conductor edge of the first energy conductor along at least a first part of the first energy conductor, and

ii. a third planar surface area that extends from the first energy conductor edge of the first energy conductor to the second energy conductor edge of the first energy conductor; and

e. a second energy conductor positioned at least partially between the fifth and the sixth shielding conductors, wherein the second energy conductor includes:

i. a first energy conductor edge of the second energy conductor and a second energy conductor edge of the second energy conductor, wherein the first energy conductor edge of the second energy conductor is parallel to the second energy conductor edge of the second energy conductor along at least a second part of the second energy conductor, and

ii. a fourth planar surface area that extends from the first energy conductor edge of the second energy conductor to the second energy conductor edge of the second energy conductor.

40. The arrangement for energy conditioning of claim 39, wherein the first energy conductor edge of the first energy conductor along the first part of the first energy conductor aligns with the first energy conductor edge of the second energy conductor along the second part of the second energy conductor.

41. The arrangement for energy conditioning of claim 40, wherein the first and second energy conductors are conductively connected to one another.

37

**42**. The arrangement for energy conditioning of claim **41**, wherein at least one of the first and second energy conductors is configured to connect to an energy source.

**43**. The arrangement for energy conditioning of claim **39**, wherein the conductor first parts and the conductor second parts are each electrically isolated from the first and second energy conductors.

**44**. The arrangement for energy conditioning of claim **42**, wherein the conductor first parts of the first plurality and the conductor second parts of the second plurality are operable for energy propagation when the arrangement for energy conditioning is energized.

**45**. The arrangement for energy conditioning of claim **44**, wherein each one of the first, second and third shielding conductors includes a shielding surface area; and

wherein the shielding surface areas of the first, second and third shielding conductors are parallel with one another.

**46**. An arrangement for energy conditioning comprising:

a. a first plurality of conductors, wherein each conductor of the first plurality includes a conductor first edge, a conductor second edge and a conductor first section, and wherein the respective conductor first section of each conductor in the first plurality includes:

  i.. a first edge portion of the respective conductor first edge and a second edge portion of the respective conductor second edge, wherein the respective first and respective second edge portions are parallel to one another, and

  ii. a first planar surface area that is co-planar with the respective first and respective second edge portions, and wherein the respective first planar surface area extends from the respective first edge portion to the respective second edge portion;

b. a second plurality of conductors, wherein each conductor of the second plurality includes a conductor third edge, a conductor fourth edge and a conductor second section, and wherein the respective conductor second section of each conductor in the second plurality includes:

  i. a third edge portion of the respective conductor third edge and a fourth edge portion of the respective conductor fourth edge, wherein the respective third and respective fourth edge portions are parallel to one another, and

  ii. a second planar surface area that is co-planar with the respective third and respective fourth edge portions, and wherein the respective second planar surface area extends from the respective third edge portion to the respective fourth edge portion;

c. a first, second and third shielding conductor; wherein

  i. all the first and second edge portions of the first plurality are co-planar with one another,

  ii. all the third and fourth edge portions of the second plurality are co-planar with one another,

  iii. all the first planar surface areas of the first plurality are parallel to all the second planar surface areas of the second plurality,

  iv. the second shielding conductor shields all the first and second edge portions of the first plurality from all the third and fourth edge portions of the second plurality, and

  v. each respective conductor first section in the first plurality is positioned directly opposite to, and aligned with, one corresponding respective conductor second section in the second plurality such that:

    a) the first edge portion in the same respective conductor first section of the first plurality is corre-

38

    spondent and aligned to the third edge portion in the same respective one corresponding respective conductor second section of the second plurality; and

    b) the second edge portion in the same respective conductor first section of the first plurality is correspondent and aligned to the fourth edge portion in the same respective one corresponding respective conductor second section of the second plurality.

**47**. The arrangement for energy conditioning of claim **46**, wherein

  i. the first plurality comprises at least three conductors; and

  ii. the second plurality comprises at least three conductors.

**48**. The arrangement for energy conditioning of claim **46**, wherein

  i. the first plurality comprises at least six conductors; and

  ii. the second plurality comprises at least six conductors.

**49**. The arrangement for energy conditioning of claim **46**, including:

a. a substrate; and

b. an integrated circuit wafer, wherein

  i. the integrated circuit wafer is attached to the substrate,

  ii. a first end of a first conductor of the first plurality is physically attached to the integrated circuit wafer at a first location of the integrated circuit wafer,

  iii. a first end of a second conductor of the first plurality is physically attached to the integrated circuit wafer at a second location of the integrated circuit wafer, and

  iv. a first end of a third conductor of the first plurality is physically attached to the integrated circuit wafer at a third location of the integrated circuit wafer.

**50**. The arrangement for energy conditioning of claim **47**, further including:

a. a substrate; and

b. an integrated circuit wafer; wherein

  i. the integrated circuit wafer is attached to the substrate,

  ii. a first end of a first conductor of the first plurality is physically attached to the integrated circuit wafer at a first location of the integrated circuit wafer,

  iii. a first end of a second conductor of the first plurality is physically attached to the integrated circuit wafer at a second location of the integrated circuit wafer,

  iv. a first end of a third conductor of the first plurality is physically attached to the integrated circuit wafer at a third location of the integrated circuit wafer,

  v. a first end of a fourth conductor of the first plurality is physically attached to the integrated circuit wafer at a fourth location of the integrated circuit wafer,

  vi. a first end of a fifth conductor of the first plurality is physically attached to the integrated circuit wafer at a fifth location of the integrated circuit wafer, and

  vii. a first end of a sixth conductor of the first plurality is physically attached to the integrated circuit wafer at a sixth location of the integrated circuit wafer.

**51**. The arrangement for energy conditioning of claim **49**, wherein

  (a) the second edge portion of the first conductor of the first plurality is next to the first edge portion of the second conductor of the first plurality,

  (b) the second edge portion of the second conductor of the first plurality is next to the first edge portion of the third conductor of the first plurality,

  (c) the second edge portion of the third conductor of the first plurality is next to the first edge portion of a fourth conductor of the first plurality,

39                                                                    40

(d) the second edge portion of a first conductor of the second plurality is next to the first edge portion of a second conductor of the second plurality,

(e) the second edge portion of the second conductor of the second plurality is next to the first edge portion of a third conductor of the second plurality, and

(f) the second edge portion of the third conductor of the second plurality is next to the first edge portion of a fourth conductor of the second plurality.

**52**. The arrangement for energy conditioning of claim **51**, wherein

i. no conductor is positioned between the second edge portion of the first conductor of the first plurality and the first edge portion of the second conductor of the first plurality,

ii. no conductor is positioned between the second edge portion of the second conductor of the first plurality and the first edge portion of the third conductor of the first plurality,

iii. no conductor is positioned between the second edge portion of the third conductor of the first plurality and the first edge portion of the fourth conductor of the first plurality,

iv. no conductor is positioned between the second edge portion of the first conductor of the second plurality and the first edge portion of the second conductor of the second plurality,

v. no conductor is positioned between the second edge portion of the second conductor of the second plurality and the first edge portion of the third conductor of the second plurality, and

vi. no conductor is positioned between the second edge portion of the third conductor of the second plurality and the first edge portion of the fourth conductor of the second plurality.

**53**. The arrangement for energy conditioning of claim **52**, wherein

i. the first conductor of the first plurality is operable to propagate a first energy signal when the first plurality is energized,

ii. the first conductor of the second plurality is operable to propagate a second energy signal when the second plurality is energized, and

iii. the first and second energy signals are each unrelated to one another when the first and second pluralities are energized.

**54**. The arrangement for energy conditioning of claim **53**, wherein

i. the second conductor of the first plurality is operable to propagate a third energy signal when the first plurality is energized,

ii. the first and third energy signals are related to one another when the first and second pluralities are energized, and

iii. the second and third energy signals are unrelated to one another when the first and second pluralities are energized.

**55**. An arrangement for energy conditioning comprising:

a. a first plurality of at least three conductors, wherein each conductor of the first plurality includes a conductor first edge, a conductor second edge and a conductor first section, wherein each respective conductor first section of each conductor in the first plurality includes

i. a first edge segment of the respective conductor first edge and a second edge segment of the respective

conductor second edge, wherein the respective first and respective second edge segments are parallel to one another, and

ii. a first planar surface area that is co-planar with the respective first and respective second edge segments such that the respective first planar surface area extends from the respective first edge segment to the respective second edge segment;

b. a second plurality of at least three conductors, wherein each conductor of the second plurality includes a conductor third edge, a conductor fourth edge and a conductor second section, and wherein the respective conductor second section of each conductor in the second plurality includes

i. a third edge segment of the respective conductor third edge and a fourth edge segment of the respective conductor fourth edge, wherein the respective third and respective fourth edge segments are parallel to one another, and

ii. a second planar surface area that is co-planar with the respective third and respective fourth edge segments such that the respective second planar surface area extends from the respective third edge segment to the respective fourth edge segment;

c. a first, second and third shielding conductor; wherein

i. at least the second shielding conductor is electrically isolated from all the conductor first sections of the first plurality and all the conductor second sections of the second plurality,

ii. all the first and second edge segments of the first plurality are co-planar with one another,

iii. all the third and fourth edge segments of the second plurality are co-planar with one another,

iv. all the first planar surface areas of the first plurality are parallel to all the second planar surface areas of the second plurality,

v. the second shielding conductor physically shields each respective first and respective second edge segment of the first plurality from a corresponding respective third and a corresponding respective fourth edge segment of the second plurality, and

vi. each conductor first section in the first plurality of conductors aligns with a respective corresponding conductor second section in the second plurality of conductors.

**56**. The arrangement for energy conditioning of claim **55**, wherein

i. the second edge segment of a first conductor in the first plurality is spaced a first distance from the first edge segment in a second conductor in the first plurality,

ii. the second edge segment of the second conductor of the first plurality is spaced a second distance from the first edge segment of a third conductor of the first plurality,

iii. the second edge segment of the third conductor of the first plurality is spaced a third distance from the first edge segment of a fourth conductor of the first plurality,

iv. the second edge segment of a first conductor of the second plurality is spaced the first distance from the first edge segment of a second conductor of the second plurality,

v. the second edge segment of the second conductor of the second plurality is spaced the second distance from the first edge segment of a third conductor of the second plurality, and

US 8,587,915 B2

41

vi. the second edge segment of the third conductor of the second plurality is spaced the third distance from the first edge segment of a fourth conductor of the second plurality.

**57**. The arrangement for energy conditioning of claim **56**, wherein

    i. no conductor is positioned between the second edge segment of the first conductor of the first plurality and the first edge segment of the second conductor of the first plurality,

    ii. no conductor is positioned between the second edge segment of the second conductor of the first plurality and the first edge segment of the third conductor of the first plurality,

    iii. no conductor is positioned between the second edge segment of the third conductor of the first plurality and the first edge segment of the fourth conductor of the first plurality,

    iv. no conductor is positioned between the second edge segment of the first conductor of the second plurality and the first edge segment of the second conductor of the second plurality,

    v. no conductor is positioned between the second edge segment of the second conductor of the second plurality and the first edge segment of the third conductor of the second plurality, and

    vi. no conductor is positioned between the second edge segment of the third conductor of the second plurality and the first edge segment of the fourth conductor of the second plurality.

**58**. The arrangement for energy conditioning of claim **57**, wherein

    i. the conductor first section of the first conductor of the first plurality is operable for first digital signal propagations when the arrangement for energy conditioning is energized,

    ii. the conductor second section of the first conductor of the second plurality is operable for second digital signal propagations when the arrangement for energy conditioning is energized,

    iii. the conductor first section of the second conductor of the first plurality is operable for third digital signal propagations when the arrangement for energy conditioning is energized,

    iv. the first digital signal propagations and the second digital signal propagations are unrelated to one another when the arrangement for energy conditioning is energized, and

    v. the first digital signal propagations and the third signal propagations are related to one another when the arrangement for energy conditioning is energized.

**59**. The arrangement for energy conditioning of claim **58**, wherein the conductor second section of the second conductor of the second plurality is operable for fourth digital signal propagations such that the second digital signal propagations and the fourth signal propagations are related to one another when the arrangement for energy conditioning is energized.

**60**. The arrangement for energy conditioning of claim **59**, wherein

    i. each conductor in the first plurality is configured to operate as a feedthrough conductor, and

    ii. each conductor in the second plurality is configured to operate as a feedthrough conductor.

**61**. The arrangement for energy conditioning of claim **58**, wherein

    i. at least one conductor in the first plurality is conductively connected to an integrated circuit chip, and

42

    ii. at least one conductor in the second plurality is conductively connected to the integrated circuit chip.

**62**. The arrangement for energy conditioning of claim **60**, wherein each conductor first section of the first plurality and each conductor second section of the second plurality are at least partially imbedded within an integrated circuit wafer.

**63**. The arrangement for energy conditioning of claim **57**, wherein

    i. the first, second and third shielding conductors each include a third planar surface area, and

    ii. the third planar surface areas of the first, second, and third shielding conductors are stacked parallel with one another.

**64**. The arrangement for energy conditioning of claim **63**, wherein each conductor first section in the first plurality and each conductor second section in the second plurality are at least partially imbedded within a substrate.

**65**. The arrangement for energy conditioning of claim **57**, wherein no conductor of the second plurality is positioned between any one of the first planar surface areas and the second shielding conductor.

**66**. The arrangement for energy conditioning of claim **64**, further comprising an integrated circuit wafer, wherein

    i. the integrated circuit wafer is attached to the substrate,

    ii. a first end of the first conductor of the first plurality is physically attached to a first location of the integrated circuit wafer,

    iii. a first end of the second conductor of the first plurality is physically attached to a second location of the integrated circuit wafer,

    iv. a first end of the third conductor of the first plurality is physically attached to a third location of the integrated circuit wafer,

    v. a first end of the fourth conductor of the first plurality is physically attached to a fourth location of the integrated circuit wafer,

    vi. a first end of the first conductor of the second plurality is physically attached to a fifth location of the integrated circuit wafer,

    vii. a first end of the second conductor of the second plurality is physically attached to a sixth location of the integrated circuit wafer,

    viii. a first end of the third conductor of the second plurality is physically attached to a seventh location of the integrated circuit wafer, and

    ix. a first end of the fourth conductor of the second plurality is physically attached to an eighth location of the integrated circuit wafer.

**67**. The arrangement for energy conditioning of claim **66**, wherein

    i. the conductor first section of the first conductor of the first plurality is operable for first digital signal propagations when the arrangement for energy conditioning is energized,

    ii. the conductor second section of the first conductor of the second plurality is operable for second digital signal propagations when the arrangement for energy conditioning is energized,

    iii. the conductor first section of the second conductor of the first plurality is operable for third digital signal propagations when the arrangement for energy conditioning is energized, and

    iv. when the arrangement for energy conditioning is energized the first digital signal propagations and the second digital signal propagations are unrelated to one another such that the first digital signal propagations and the third signal propagations will be related to one another.

**43**

**68**. The arrangement for energy conditioning of claim **67**, wherein at least one of the first, second and third shielding conductors is conductively connected to a ninth location of the integrated circuit wafer.

**69**. The arrangement for energy conditioning of claim **68**, wherein

    i. each conductor in the first plurality is configured to operate as a feedthrough conductor, and

    ii. each conductor in the second plurality is configured to operate as a feedthrough conductor.

**70**. The arrangement for energy conditioning of claim **46**, further comprising:

    a. at least a first shielding planar surface area of the first shielding conductor;

    b. at least a second shielding planar surface area of the second shielding conductor;

    c. at least a third shielding planar surface area of the third shielding conductor;

    d. a fourth shielding conductor that includes at least a fourth shielding planar surface area;

    e. a fifth shielding conductor that includes at least a fifth shielding planar surface area;

    f. a sixth shielding conductor that includes at least a sixth shielding planar surface area;

    g. a first energy conductor that includes at least a first shielded planar surface area;

    h. a second energy conductor that includes at least a second shielded planar surface area;

    i. a substrate for at least one integrated circuit wafer;

    j. a first circuit portion of a first circuit;

    k. a second circuit portion of a second circuit;

    l. a third circuit portion of a third circuit; and

    m. a fourth circuit portion of a fourth circuit; wherein

    i. the first plurality of conductors includes at least four conductors,

    ii. the second plurality of conductors includes at least four conductors,

    iii. each conductor in the first plurality is configured as a feedthrough conductor and each conductor of the second plurality is configured as a feedthrough conductor,

    iv. each conductor first section of each respective conductor in the first plurality is located within the substrate,

    v. each conductor second section of each respective conductor in the second plurality is located within the substrate,

    vi. the first, second, third, fourth, fifth and sixth shielding conductors are each electrically isolated from the first and second pluralities and the first and second energy conductors,

    vii. the first, second and third shielding conductors are conductively connected to one another and the fourth, fifth and sixth shielding conductors are conductively connected to one another,

    viii. one or more of the first, second or third shielding conductors is conductively connected to one or more of the fourth, fifth or sixth shielding conductors,

    ix. the first and second energy conductors are not of the first and second pluralities,

    x. the fifth shielding planar surface area of the fifth shielding conductor is between at least the first shielded planar surface area of the first energy conductor and the second shielded planar surface area of the second energy conductor,

    xi. the first shielded planar surface area, the fifth shielding planar surface area and the second shielded planar surface area are between the fourth and sixth shielding planar surface areas, and

**44**

    xii. the fifth shielding planar surface area extends beyond the first and second shielded planar surface areas such that the first shielded planar surface area is physically shielded from the second shielded planar surface area by the fifth shielding planar surface area.

**71**. The arrangement for energy conditioning of claim **70**, wherein

    i. the second edge portion of a first conductor in the first plurality is next to, parallel to, and spaced directly apart from the first edge portion of a second conductor in the first plurality,

    ii. the second edge portion of the second conductor in the first plurality is next to, parallel to, and spaced directly apart from the first edge portion of a third conductor in the first plurality,

    iii. the second edge portion of the third conductor in the first plurality is next to, parallel to, and spaced directly apart from the first edge portion of a fourth conductor in the first plurality,

    iv. the fourth edge portion of a first conductor in the second plurality is next to, parallel to, and spaced directly apart from the third edge portion of a second conductor in the second plurality,

    v. the fourth edge portion of the second conductor in the second plurality is next to, parallel to, and spaced directly apart from the third edge portion of a third conductor in the second plurality, and

    vi. the fourth edge portion of the third conductor in the second plurality is next to, parallel to, and spaced directly apart from the third edge portion of a fourth conductor in the second plurality.

**72**. The arrangement for energy conditioning of claim **71**, wherein

    i. only a dielectric is between the second edge portion of the first conductor in the first plurality and the first edge portion of the second conductor in the first plurality,

    ii. only the dielectric is between the second edge portion of the second conductor in the first plurality and the first edge portion of the third conductor in the first plurality,

    iii. only the dielectric is between the second edge portion of the third conductor in the first plurality and the first edge portion of the fourth conductor in the first plurality,

    iv. only the dielectric is between the fourth edge portion of the first conductor in the second plurality and the third edge portion of the second conductor in the second plurality,

    v. only the dielectric is between the fourth edge portion of the second conductor in the second plurality and the third edge portion of the third conductor in the second plurality, and

    vi. only the dielectric is between the fourth edge portion of the third conductor in the second plurality and the third edge portion of the fourth conductor in the second plurality.

**73**. The arrangement for energy conditioning of claim **72**, wherein the first planar surface area in each conductor first section in each conductor of the first plurality is superposed with a respective corresponding particular second planar surface area in the respective corresponding conductor second sections in the second plurality.

**74**. The arrangement for energy conditioning of claim **73**, wherein

    i. the first circuit portion includes the conductor first section of the first conductor in the first plurality,

    ii. the second circuit portion includes the conductor first section of the third conductor in the first plurality,

**45**

iii. the third circuit portion includes the conductor second section of the first conductor in the second plurality, and

iv. the fourth circuit portion includes the conductor second section of the third conductor in the second plurality.

**75**. The arrangement for energy conditioning of claim **74**, wherein

i. all the first edge portions in the first plurality and all the third edge portions in the second plurality are of equal length, and

ii. all the second edge portions in the first plurality and all the fourth edge portions in the second plurality are of equal length.

**76**. The arrangement for energy conditioning of claim **75**, wherein

i. electrical signals propagating along the first circuit portion are unrelated to electrical signals propagating along the third circuit portion when the arrangement for energy conditioning is energized, and

ii. electrical signals propagating along the second circuit portion are at least electrically shielded from electrical signals propagating along the fourth circuit portion by at least the second shielding conductor when the arrangement for energy conditioning is energized.

**77**. The arrangement for energy conditioning of claim **76**, wherein the substrate for at least one integrated circuit wafer is operable for at least one conductive attachment to an integrated circuit wafer.

**78**. The arrangement for energy conditioning of claim **77**, wherein one or more of the first and second energy conductors is operable for a conductive connection to a power supply.

**79**. The arrangement for energy conditioning of claim **78**, wherein the first and second energy conductors are conductively connected to one another.

**80**. The arrangement for energy conditioning of claim **55**, wherein

a. the first shielding conductor includes at least a first shielding planar surface area,

b. the second shielding conductor includes at least a second shielding planar surface area,

c. the third shielding conductor includes at least a third shielding planar surface area,

d. the first, second and third shielding conductors are conductively connected to one another,

e. the second edge segment of a first conductor in the first plurality is next to the first edge segment of a second conductor in the first plurality such that the second edge segment of the first conductor and the first edge segment of the second conductor are parallel and separated directly apart from one another by dielectric,

f. the second edge segment of the second conductor in the first plurality is next to the first edge segment of a third conductor in the first plurality such that the second edge segment of the second conductor and the first edge segment of the third conductor are parallel and separated directly apart from one another by the dielectric,

g. the second edge segment of the third conductor in the first plurality is next to the first edge segment of a fourth conductor in the first plurality such that the second edge segment of the third conductor and the first edge segment of the fourth conductor are parallel and separated directly apart from one another by the dielectric,

h. the fourth edge segment of a first conductor in the second plurality is next to the third edge segment of a second conductor in the second plurality such that the fourth edge segment of the first conductor and the third edge segment of the second conductor are parallel and separated directly apart from one another by the dielectric,

**46**

i. the fourth edge segment of the second conductor in the second plurality is next to the third edge segment of a third conductor in the second plurality such that the fourth edge segment of the second conductor and the third edge segment of the third conductor are parallel and separated directly apart from one another by the dielectric,

j. the fourth edge segment of the third conductor in the second plurality is next to the third edge segment of a fourth conductor in the second plurality such that the fourth edge segment of the third conductor and the third edge segment of the fourth conductor are parallel and separated directly apart from one another by the dielectric, and

k. the first planar surface areas in the first plurality are spaced apart from the second planar surface areas in the second plurality by at least the second shielding planar surface area of the second shielding conductor maintained therebetween, such that each one of the first planar surface areas in the first plurality is physically shielded from each one of the second planar surface areas in the second plurality by the second shielding planar surface area of the second shielding conductor.

**81**. The arrangement for energy conditioning of claim **80**, wherein

i. the first planar surface area of the conductor first section of a first conductor in the first plurality is in superposed alignment with the second planar surface area of the conductor second section of a first conductor in the second plurality such that:

(a) the first edge segment in the conductor first section of the first conductor in the first plurality corresponds and aligns with the third edge segment in the conductor second section of the first conductor in the second plurality, and

(b) the second edge segment in the conductor first section of the first conductor in the first plurality corresponds and aligns with the fourth edge segment in the conductor second section of the first conductor in the second plurality,

ii. the first planar surface area of the conductor first section of a second conductor in the first plurality is in superposed alignment with the second planar surface area of the conductor second section of a second conductor in the second plurality such that:

(a) the first edge segment in the conductor first section of the second conductor in the first plurality corresponds and aligns with the third edge segment in the conductor second section of the second conductor in the second plurality, and

(b) the second edge segment in the conductor first section of the second conductor in the first plurality corresponds and aligns with the fourth edge segment in the conductor second section of the second conductor in the second plurality,

iii. the first planar surface area of the conductor first section of a third conductor in the first plurality is in superposed alignment with the second planar surface area of the conductor second section of a third conductor in the second plurality such that:

(a) the first edge segment in the conductor first section of the third conductor in the first plurality corresponds and aligns with the third edge segment in the conductor second section of the third conductor in the second plurality, and

(b) the second edge segment in the conductor first section of the third conductor in the first plurality corre-

47

sponds and aligns with the fourth edge segment in the conductor second section of the third conductor in the second plurality,

iv. the first planar surface area of the conductor first section of a fourth conductor in the first plurality is in superposed alignment with the second planar surface area of the conductor second section of a fourth conductor in the second plurality such that:

    (a) the first edge segment in the conductor first section of the fourth conductor in the first plurality corresponds and aligns with the third edge segment in the conductor second section of the fourth conductor in the second plurality, and

    (b) the second edge segment in the conductor first section of the fourth conductor in the first plurality corresponds and aligns with the fourth edge segment in the conductor second section of the fourth conductor in the second plurality.

**82**. The arrangement for energy conditioning of claim **81**, wherein

i. only the dielectric is between the second edge segment in the conductor first section of the first conductor in the first plurality and the first edge segment in the conductor first section of the second conductor in the first plurality,

ii. only the dielectric is between the second edge segment in the conductor first section of the second conductor in the first plurality and the first edge segment in the conductor first section of the third conductor in the first plurality,

iii. only the dielectric is between the second edge segment in the conductor first section of the third conductor in the first plurality and the first edge segment in the conductor first section of the fourth conductor in the first plurality,

iv. only the dielectric is between the fourth edge segment in the conductor first section of the first conductor in the second plurality and the third edge segment in the conductor first section of the second conductor in the second plurality,

v. only the dielectric is between the fourth edge segment in the conductor first section of the second conductor in the second plurality and the third edge segment in the conductor first section of the third conductor in the second plurality, and

vi. only the dielectric is between the fourth edge segment in the conductor first section of the third conductor in the second plurality and the third edge segment in the conductor first section of the fourth conductor in the second plurality.

**83**. The arrangement for energy conditioning of claim **82**, wherein

i. each of the respective conductors in the first plurality is configured as a feedthrough conductor,

ii. each of the respective conductors in the second plurality is configured as a feedthrough conductor,

iii. the first edge segment in the conductor first section of the first conductor in the first plurality and the third edge segment in the conductor second section of the first conductor in the second plurality are of equal length,

iv. the second edge segment in the conductor first section of the first conductor in the first plurality and the fourth edge segment in the conductor second section of the first conductor in the second plurality are of equal length,

v. the first edge segment in the conductor first section of the second conductor in the first plurality and the third edge segment in the conductor second section of the second conductor in the second plurality are of equal length,

48

vi. the second edge segment in the conductor first section of the second conductor in the first plurality and the fourth edge segment in the conductor second section of the second conductor in the second plurality are of equal length,

vii. the first edge segment in the conductor first section of the third conductor in the first plurality and the third edge segment in the conductor second section of the third conductor in the second plurality are of equal length,

viii. the second edge segment in the conductor first section of the third conductor in the first plurality and the fourth edge segment in the conductor second section of the third conductor in the second plurality are of equal length,

ix. the first edge segment in the conductor first section of the fourth conductor in the first plurality and the third edge segment in the conductor second section of the fourth conductor in the second plurality are of equal length, and

x. the second edge segment in the conductor first section of the fourth conductor in the first plurality and the fourth edge segment in the conductor second section of the fourth conductor in the second plurality are of equal length.

**84**. The arrangement for energy conditioning of claim **83**, further comprising:

a. a first circuit portion of a first circuit, wherein the first circuit portion includes the conductor first section of the first conductor in the first plurality;

b. a second circuit portion of a second circuit, wherein the second circuit portion includes the conductor first section of the third conductor of the first plurality;

c. a third circuit portion of a third circuit, wherein the third circuit portion includes the conductor second section of the first conductor in the second plurality; and

d. a fourth circuit portion of a fourth circuit, wherein the fourth circuit portion includes the conductor second section of the third conductor in the second plurality.

**85**. The arrangement for energy conditioning of claim **84**, wherein

i. electrical signals propagating along the first circuit portion are unrelated to electrical signals propagating along the third circuit portion when the arrangement for energy conditioning is energized, and

ii. electrical signals propagating along the second circuit portion are electrically shielded from electrical signals propagating along the fourth circuit portion by at least the second shielding conductor when the arrangement for energy conditioning is energized.

**86**. The arrangement for energy conditioning of claim **85**, wherein

i. each respective conductor first section of the first, second, third and fourth conductors in the first plurality and each respective conductor second section of the first, second, third and fourth conductors in the second plurality is located within a multi-layered substrate,

ii. the first circuit portion includes the conductor first section of the second conductor in the first plurality,

iii. the second circuit portion includes the conductor first section of the fourth conductor in the first plurality,

iv. the third circuit portion includes the conductor second section of the second conductor in the second plurality, and

v. the fourth circuit portion includes the conductor second section of the fourth conductor in the second plurality.

49

**87**. The arrangement for energy conditioning of claim **84**, further comprising:

a. an integrated circuit wafer;

b. a multi-layered substrate;

c. a fourth shielding conductor that includes at least a fourth shielding planar surface area;

d. a fifth shielding conductor that includes at least a fifth shielding planar surface area;

e. a sixth shielding conductor that includes at least a sixth shielding planar surface area;

f. a first energy conductor that includes at least a first shielded planar surface area;

g. a second energy conductor that includes at least a second shielded planar surface area;

wherein

i. the integrated circuit wafer is attached to the multi-layered substrate,

ii. each respective conductor first section of the first, second, third and fourth conductors in the first plurality is located within the multi-layered substrate,

iii. each respective conductor second section of the first, second, third and fourth conductors in the second plurality is located within the multi-layered substrate,

iv. the first circuit portion includes the conductor first section of the first conductor in the first plurality,

v. the second circuit portion includes the conductor first section of the third conductor in the first plurality,

vi. the third circuit portion includes the conductor second section of the first conductor in the second plurality, and

vii. the fourth circuit portion includes the conductor second section of the third conductor in the second plurality,

viii. the fourth, fifth and sixth shielding conductors are conductively connected to one another,

ix. one or more of the first, second or third shielding conductors is conductively connected to one or more of the fourth, fifth or sixth shielding conductors,

x. one or more of the first, second, third, fourth, fifth or sixth shielding conductors is conductively connected to a fifth part of the integrated circuit wafer,

xi. the first, third, fourth, fifth and sixth shielding conductors are each electrically isolated from the first and second pluralities and the first and second energy conductors,

xii. the first and second energy conductors are not of the first and second pluralities,

xiii. the fifth shielding planar surface area of the fifth shielding conductor is sandwiched by the first shielded planar surface area of the first energy conductor and the second shielded planar surface area of the second energy conductor,

xiv. the first shielded planar surface area, the fifth shielding planar surface area and the second shielded planar surface area are sandwiched by the fourth and sixth shielding planar surface areas, and

xv. the fifth shielding planar surface area extends beyond the first and second shielded planar surface areas such that the first shielded planar surface area is physically shielded from the second shielded planar surface area by the fifth shielding planar surface area.

**88**. The arrangement for energy conditioning of claim **87**, wherein

i. the first circuit includes a first part of the integrated circuit wafer,

ii. the second circuit includes a second part of the integrated circuit wafer,

50

iii. the third circuit includes a third part of the integrated circuit wafer, and

iv. the fourth circuit includes a fourth part of the integrated circuit wafer.

**89**. The arrangement for energy conditioning of claim **88**, wherein

i. electrical signals propagating along the conductor first section of the first conductor in the first plurality are unrelated to electrical signals propagating along the conductor first section of the first conductor in the second plurality such that electrical signals propagating along the first circuit portion are unrelated to electrical signals propagating along the third circuit portion when the arrangement for energy conditioning is energized, and

ii. electrical signals propagating along the second circuit portion are at least electrically shielded from the electrical signals propagating along the fourth circuit portion by at least the second shielding conductor when the arrangement for energy conditioning is energized.

**90**. The arrangement for energy conditioning of claim **89**, wherein

i. at least one of the first and second energy conductors is operable to propagate energy to the integrated circuit wafer,

ii. the first circuit portion includes the conductor first section of the second conductor in the first plurality,

iii. the second circuit portion includes the conductor first section of the fourth conductor in the first plurality,

iv. the third circuit portion includes the conductor second section of the second conductor in the second plurality, and

v. the fourth circuit portion includes the conductor second section of the fourth conductor in the second plurality.

**91**. The arrangement for energy conditioning of claim **90**, wherein the first and second energy conductors are conductively connected to one another.

**92**. The arrangement for energy conditioning of claim **39**, wherein

i. all the first edge parts in the first plurality and all the third edge parts in the second plurality are of equal length, and

ii. all the second edge parts in the first plurality and all the fourth edge parts in the second plurality are of equal length.

**93**. An arrangement for energy conditioning comprising:

A. a plurality of three common electrodes, wherein the plurality comprises:

a. a first common electrode that includes at least a first shielding electrode surface area that is maintained upon a first layer of dielectric,

b. a center common electrode that includes at least a center shielding electrode surface area that is maintained upon a third layer of dielectric, and

c. a third common electrode that includes at least a third shielding electrode surface area maintained upon a fifth layer of dielectric;

B. a first plurality of four electrodes, wherein each electrode of the first plurality includes an electrode first edge, an electrode second edge and an electrode first section, and wherein the respective electrode first section of each electrode in the first plurality comprises:

a. a first edge segment of the respective electrode first edge and a second edge segment of the respective electrode second edge, wherein the respective first and respective second edge segments are co-planar and parallel with one another, and

**51**

b. a first shielded surface area that fully extends from the respective first edge segment to the respective second edge segment;

C. a second plurality of four electrodes, wherein each electrode of the second plurality includes an electrode third edge, an electrode fourth edge and an electrode second section, and wherein the respective electrode second section of each electrode in the second plurality comprises:

a. a third edge segment of the respective electrode third edge and a fourth edge segment of the respective electrode fourth edge, wherein the respective third and respective fourth edge segments are co-planar and parallel with one another, and

b. a second shielded surface area that fully extends from the respective third edge segment to the respective fourth edge segment; wherein

(a) the first, second, and third common electrode are all electrically coupled to one another,

(b) the plurality of three common electrodes is electrically isolated from the first plurality of four electrodes and the second plurality of four electrodes,

(c) all electrode first sections in the first plurality of four electrodes are maintained co-planar with one another upon a second layer of dielectric,

(d) all electrode second sections in the second plurality of four electrodes are maintained co-planar with one another upon a fourth layer of dielectric,

(e) the first, second, third, fourth and fifth layers of dielectric are all parallel with one another, and

(f) the center shielding electrode surface area physically shields all the respective electrode first sections from all the respective electrode second sections.

**94**. The arrangement for energy conditioning of claim **93**, wherein

(a) the second edge segment of the electrode second edge of a first electrode in the first plurality is parallel and positioned next to the first edge segment of the electrode first edge of a second electrode in the first plurality such that the second edge segment of the electrode second edge of the first electrode and the first edge segment of the electrode first edge of the second electrode are spaced apart from one another by a first distance span of the second layer of dielectric maintained therebetween,

(b) the second edge segment of the electrode second edge of the second electrode in the first plurality is parallel and positioned next to the first edge segment of the electrode first edge of a third electrode in the first plurality such that the second edge segment of the electrode second edge of the second electrode and the first edge segment of the electrode first edge of the third electrode are spaced apart from one another by a second distance span of the second layer of dielectric maintained therebetween,

(c) the second edge segment of the electrode second edge of the third electrode in the first plurality is parallel and positioned next to the first edge segment of the electrode first edge of a fourth electrode in the first plurality such that the second edge segment of the electrode second edge of the third electrode and the first edge segment of the electrode first edge of the fourth electrode are spaced apart from one another by a third distance span of the second layer of dielectric maintained therebetween,

(d) the fourth edge segment of the electrode fourth edge of a first electrode in the second plurality is parallel and positioned next to the third edge segment of the electrode third edge of a second electrode in the second

**52**

plurality such that the fourth edge segment of the electrode fourth edge of the first electrode and the third edge segment of the electrode third edge of the second electrode are spaced apart from one another by a first distance span of the fourth layer of dielectric maintained therebetween,

(e) the fourth edge segment of the electrode fourth edge of the second electrode in the second plurality is parallel and positioned next to the third edge segment of the electrode third edge of a third electrode in the second plurality such that the fourth edge segment of the electrode fourth edge of the second electrode and the third edge segment of the electrode third edge of the third electrode are spaced apart from one another by a second distance span of the fourth layer of dielectric maintained therebetween, and

(f) the fourth edge segment of the electrode fourth edge of the third electrode in the second plurality is parallel and positioned next to the third edge segment of the electrode third edge of a fourth electrode in the second plurality such that the fourth edge segment of the electrode fourth edge of the third electrode and the third edge segment of the electrode third edge of the fourth electrode are spaced apart from one another by a third distance span of the fourth layer of dielectric maintained therebetween.

**95**. The arrangement for energy conditioning of claim **94**, wherein

(a) the first shielded surface area of the electrode first section of the first electrode in the first plurality and the second shielded surface area of the electrode second section of the first electrode in the second plurality are parallel and superposed with one another such that the center shielding electrode surface area completely shields the first shielded surface area of the electrode first section of the first electrode in the first plurality from the second shielded surface area of the electrode second section of the first electrode in the second plurality,

(b) the first shielded surface area of the electrode first section of the second electrode in the first plurality and the second shielded surface area of the electrode second section of the second electrode in the second plurality are parallel and superposed with one another such that the center shielding electrode surface area completely shields the first shielded surface area of the electrode first section of the second electrode in the first plurality from the second shielded surface area of the electrode second section of the second electrode in the second plurality,

(c) the first shielded surface area of the electrode first section of the third electrode in the first plurality and the second shielded surface area of the electrode second section of the third electrode in the second plurality are parallel and superposed with one another such that the center shielding electrode surface area completely shields the first shielded surface area of the electrode first section of the third electrode in the first plurality from the second shielded surface area of the electrode second section of the third electrode in the second plurality, and

(d) the first shielded surface area of the electrode first section of the fourth electrode in the first plurality and the second shielded surface area of the electrode second section of the fourth electrode in the second plurality are parallel and superposed with one another such that the center shielding electrode surface area completely

US 8,587,915 B2

53

shields the first shielded surface area of the electrode first section of the fourth electrode in the first plurality from the second shielded surface area of the electrode second section of the fourth electrode in the second plurality.

**96**. The arrangement for energy conditioning of claim **95**, wherein

(a) each electrode in the first plurality of four electrodes is configured to operate as a feedthrough electrode,

(b) each electrode in the second plurality of four electrodes is configured to operate as a feedthrough electrode, and

(c) the first plurality and the second plurality are conductively isolated from one another.

**97**. The arrangement for energy conditioning of claim **96**, wherein

(a) the first distance span of the second layer of dielectric and the first distance span of the fourth layer of dielectric are the same,

(b) the second distance span of the second layer of dielectric and the second distance span of the fourth layer of dielectric are the same,

(c) the third distance span of the second layer of dielectric and the third distance span of the fourth layer of dielectric are the same,

(d) the fourth distance span of the second layer of dielectric and the fourth distance span of the fourth layer of dielectric are the same, and

(e) the fifth distance span of the second layer of dielectric and the fifth distance span of the fourth layer of dielectric are the same.

**98**. The arrangement for energy conditioning of claim **97**, wherein each respective electrode in the first plurality does not propagate electrical energy of a circuit attached to any one respective electrode in the second plurality when the arrangement for energy conditioning is energized.

**99**. The arrangement for energy conditioning of claim **98**, further comprising:

A. an electrical first circuit having an first circuit portion, wherein the first circuit portion includes the electrode first section of the first electrode in the first plurality;

B. an electrical second circuit having an second circuit portion, wherein the second circuit portion includes the electrode second section of the first electrode in the second plurality; and

(a) wherein when the arrangement for energy conditioning is energized:

i. portions of electrical energy propagate along the first shielded surface area of the electrode first section of the first electrode in the first plurality, as simultaneously portions of electrical energy propagate along the second shielded surface area of the electrode second section of the first electrode in the second plurality.

**100**. The arrangement for energy conditioning of claim **95**, wherein

(a) each electrode in the first plurality of four electrodes is configured to operate as a feedthrough electrode,

(b) each electrode in the second plurality of four electrodes is configured to operate as a feedthrough electrode,

(c) the first distance span of the second layer of dielectric and the first distance span of the fourth layer of dielectric are the same,

(d) the second distance span of the second layer of dielectric and the second distance span of the fourth layer of dielectric are the same,

54

(e) the third distance span of the second layer of dielectric and the third distance span of the fourth layer of dielectric are the same,

(f) the fourth distance span of the second layer of dielectric and the fourth distance span of the fourth layer of dielectric are the same, and

(g) the fifth distance span of the second layer of dielectric and the fifth distance span of the fourth layer of dielectric are the same.

**101**. The arrangement for energy conditioning of claim **100**, further comprising:

A. an electrical first circuit having an first circuit portion, wherein the first circuit portion includes at least the electrode first section of the first electrode in the first plurality; and

B. an electrical second circuit having an second circuit portion, wherein the second circuit portion includes at least the electrode second section of the first electrode in the second plurality; wherein

(a) the electrical first circuit is not conductively connected to the electrical second circuit,

(b) portions of first electrical energy transmissions propagate along the first shielded surface area of the electrode first section of the first electrode in the first plurality when the arrangement for energy conditioning is energized,

(c) portions of second electrical energy transmissions propagate along the second shielded surface area of the electrode second section of the first electrode in the second plurality when the arrangement for energy conditioning is energized, and

(d) the portions of first electrical energy transmissions and the portions of second electrical energy transmissions are unrelated to one another when the arrangement for energy conditioning is energized.

**102**. The arrangement for energy conditioning of claim **101**, wherein the plurality of three common electrodes electrically shields the portions of first electrical energy transmissions from the portions of second electrical energy transmissions when the arrangement for energy conditioning is energized.

**103**. A method for making an arrangement for energy conditioning, said method comprising:

electrically coupling a shielding upper electrode area of an upper electrode to a shielding center electrode area of a center electrode;

electrically coupling said shielding center electrode area to a shielding lower electrode area of a lower electrode;

electrically isolating a first electrode from said shielding upper electrode area, said shielding center electrode area and said shielding lower electrode area;

electrically isolating a second electrode from said shielding upper electrode area, said shielding center electrode area and said shielding lower electrode area;

electrically isolating said first electrode from said second electrode; and

superposing with one another a bottom first superposed area of a first superposed area of a first shielded surface area of said first electrode and a bottom second superposed area of a second superposed area of a second shielded surface area of said second electrode.

**104**. An arrangement for energy conditioning, comprising:

a first electrode comprising a first electrode surface area;

a second electrode comprising a second electrode surface area, and wherein said second electrode surface area includes a second electrode superposed area and a second electrode non-superposed area, and wherein said

55

second electrode superposed area comprises a top second electrode superposed area and a bottom second electrode superposed area;

a third electrode comprising a third electrode surface area that includes a third electrode shielding area, and wherein said third electrode shielding area comprises a top third electrode superposed shielding area and a bottom third electrode superposed shielding area;

a fourth electrode comprising a fourth electrode surface area, and wherein said fourth electrode surface area includes a fourth electrode superposed area and a fourth electrode non-superposed area, and wherein said fourth electrode superposed area comprises a top fourth electrode superposed area and a bottom fourth electrode superposed area;

a fifth electrode comprising a fifth electrode surface area;

wherein said first electrode is electrically coupled to at least said third electrode, and wherein said third electrode is electrically coupled to at least said fifth electrode;

wherein said first electrode, said third electrode and said fifth electrode are electrically isolated from said second electrode and said fourth electrode, and wherein said second electrode and said fourth electrode are electrically isolated from one another;

wherein said top second electrode superposed area and said top fourth electrode superposed area are superposed with one another; and

wherein said second electrode superposed area is located above said third electrode surface area, and wherein said fourth electrode superposed area is located below said third electrode surface area such that said second electrode superposed area and said fourth electrode superposed area are shielded from one another by said third electrode shielding area.

**105**. The arrangement for energy conditioning of claim **104**, further comprising:

a first layer of material including a superposed first layer section that comprises a top first layer section surface area and a bottom first layer section surface area that are superposed with one another;

a second layer of material including a superposed second layer section that comprises a top second layer section surface area and a bottom second layer section surface area that are superposed with one another;

a third layer of material including a superposed third layer section that comprises a top third layer section surface area and a bottom third layer section surface area that are superposed with one another;

a fourth layer of material including a superposed fourth layer section that comprises a top fourth layer section surface area and a bottom fourth layer section surface area that are superposed with one another;

wherein said first electrode surface area includes a first electrode shielding area that comprises a top first electrode superposed shielding area and a bottom first electrode superposed shielding area;

wherein said fifth electrode surface area includes a fifth electrode shielding area that comprises a top fifth electrode superposed shielding area and a bottom fifth electrode superposed shielding area;

wherein said bottom first electrode superposed shielding area is spaced apart from said top second electrode superposed area by said superposed first layer section;

wherein said bottom second electrode superposed area is spaced apart from said top third electrode superposed shielding area by said superposed second layer section;

56

wherein said bottom third electrode superposed shielding area is spaced apart from said top fourth electrode superposed area by said superposed third layer section;

wherein said bottom fourth electrode superposed area is spaced apart from said top fifth electrode superposed shielding area by said superposed fourth layer section; and

wherein said superposed first layer section, said superposed second layer section, said superposed third layer section and said superposed fourth layer section are superposed with one another.

**106**. The arrangement for energy conditioning of claim **105**, further comprising:

an integrated circuit die that includes a plurality of integrated circuits;

wherein said second electrode is electrically coupled to a first integrated circuit of said plurality of integrated circuits of said integrated circuit die; and

wherein said fourth electrode is electrically coupled to a second integrated circuit of said plurality of integrated circuits of said integrated circuit die.

**107**. The arrangement for energy conditioning of claim **106**, wherein said bottom second electrode superposed area and said bottom fourth electrode superposed area are superposed with one another.

**108**. The arrangement for energy conditioning of claim **107**, further comprising:

a substrate comprising a top substrate surface area and a bottom substrate surface area; and

wherein said first electrode shielding area, said superposed first layer section, said second electrode superposed area, said superposed second layer section, said third electrode shielding area, said superposed third layer section, said fourth electrode superposed area, said superposed fourth layer section and said fifth electrode shielding area are all located between said top substrate surface area and said bottom substrate surface area.

**109**. The arrangement for energy conditioning of claim **108**, further comprising:

a shielding structure that includes said first electrode shielding area, said third electrode shielding area and said fifth electrode shielding area; and

wherein said shielding structure is operable for providing at least one voltage reference for energy utilizing said second electrode superposed area when said integrated circuit die is energized.

**110**. The arrangement for energy conditioning of claim **107**, wherein said third electrode is the center electrode of said arrangement for energy conditioning.

**111**. The arrangement for energy conditioning of claim **105**, further comprising:

a sixth electrode comprising a sixth electrode surface area, and wherein said sixth electrode surface area includes a sixth electrode superposed area and a sixth electrode non-superposed area, and wherein said sixth electrode superposed area comprises a top sixth electrode superposed area and a bottom sixth electrode superposed area;

a seventh electrode comprising a seventh electrode surface area, and wherein said seventh electrode surface area includes a seventh electrode superposed area and a seventh electrode non-superposed area, and wherein said seventh electrode superposed area comprises a top seventh electrode superposed area and a bottom seventh electrode superposed area;

an eighth electrode comprising an eighth electrode surface area, and wherein said eighth electrode surface area includes an eighth electrode superposed area and an

57

eighth electrode non-superposed area, and wherein said eighth electrode superposed area comprises a top eighth electrode superposed area and a bottom eighth electrode superposed area;

a ninth electrode comprising a ninth electrode surface area, and wherein said ninth electrode surface area includes a ninth electrode superposed area and a ninth electrode non-superposed area, and wherein said ninth electrode superposed area comprises a top ninth electrode superposed area and a bottom ninth electrode superposed area;

wherein said third electrode is electrically isolated from said sixth electrode, said seventh electrode, said eighth electrode and said ninth electrode, and wherein said sixth electrode, said seventh electrode, said eighth electrode and said ninth electrode are electrically isolated from one another;

wherein said second electrode and said fourth electrode are each electrically isolated from said sixth electrode, said seventh electrode, said eighth electrode and said ninth electrode;

wherein said bottom second electrode superposed area and said bottom fourth electrode superposed area are superposed with one another; and

wherein said top second electrode superposed area, said top sixth electrode superposed area and said top eighth electrode superposed area are co-planar, and wherein said bottom second electrode superposed area, said bottom sixth electrode superposed area and said bottom eighth electrode superposed area are co-planar.

**112**. The arrangement for energy conditioning of claim **111**, further comprising:

a substrate including a top substrate surface area and a bottom substrate surface area; and

wherein said first electrode shielding area, said superposed first layer section, said second electrode superposed area, said superposed second layer section, said third electrode shielding area, said superposed third layer section, said fourth electrode superposed area, said superposed fourth layer section and said fifth electrode shielding area are located between said top substrate surface area and said bottom substrate surface area.

**113**. The arrangement for energy conditioning of claim **112**, further comprising:

an integrated circuit chip having a plurality of integrated circuits;

wherein said second electrode is electrically coupled to a first integrated circuit of said plurality of integrated circuits;

wherein said sixth electrode is electrically coupled to a second integrated circuit of said plurality of integrated circuits; and

wherein said eighth electrode is electrically coupled to a third integrated circuit of said plurality of integrated circuits.

**114**. The arrangement for energy conditioning of claim **113**, wherein said integrated circuit chip is coupled to said substrate.

**115**. The arrangement for energy conditioning of claim **114**, wherein said integrated circuit chip is energized.

**116**. The arrangement for energy conditioning of claim **111**, wherein said top first electrode superposed shielding area, said bottom first electrode superposed shielding area, said superposed first layer section, said second electrode superposed area, said superposed second layer section, said top third electrode superposed shielding area, said bottom third electrode superposed shielding area, said superposed

58

third layer section, said fourth electrode superposed area, said superposed fourth layer section, said top fifth electrode superposed shielding area and said bottom fifth electrode superposed shielding area together form a three-dimensional energy conditioner.

**117**. The arrangement for energy conditioning of claim **116**, further comprising:

a die including a plurality of integrated circuits;

a substrate including a top substrate surface area and a bottom substrate surface area;

wherein said die is coupled to said top substrate surface area; and

wherein said three-dimensional energy conditioner is embedded within said substrate.

**118**. The arrangement for energy conditioning of claim **117**, wherein said second electrode is electrically coupled to a first integrated circuit of said plurality of integrated circuits of said die;

wherein said sixth electrode is electrically coupled to a second integrated circuit of said plurality of integrated circuits of said die; and

wherein said eighth electrode is electrically coupled to a third integrated circuit of said plurality of integrated circuits of said die.

**119**. The arrangement for energy conditioning of claim **116**, further comprising:

a die including a plurality of integrated circuits;

wherein said second electrode is electrically coupled to a first integrated circuit of said plurality of integrated circuits;

wherein said sixth electrode is electrically coupled to a second integrated circuit of said plurality of integrated circuits; and

wherein said eighth electrode is electrically coupled to a third integrated circuit of said plurality of integrated circuits.

**120**. The arrangement for energy conditioning of claim **117**, wherein said bottom third electrode superposed shielding area is operable for providing a voltage reference for energy utilizing said top fourth electrode superposed area when said arrangement for energy conditioning is energized.

**121**. The arrangement for energy conditioning of claim **120**, wherein said die is energized.

**122**. An arrangement for energy conditioning comprising:

a first electrode that includes a first electrode area shielding section, and wherein said first electrode area shielding section comprises a superposed top first electrode surface area and a superposed bottom first electrode surface area;

a second electrode comprising a second electrode surface area, and wherein said second electrode surface area includes a second electrode superposed area and a second electrode non-superposed area, and wherein said second electrode superposed area comprises a top second electrode superposed area and a bottom second electrode superposed area;

a third electrode that includes a third electrode area shielding section, and wherein said third electrode area shielding section comprises a superposed top third electrode surface area and a superposed bottom third electrode surface area;

a fourth electrode comprising a fourth electrode surface area, and wherein said fourth electrode surface area includes a fourth electrode superposed area and a fourth electrode non-superposed area, and wherein said fourth

59

electrode superposed area comprises a top fourth electrode superposed area and a bottom fourth electrode superposed area;

a fifth electrode that includes a fifth electrode area shielding section, and wherein said fifth electrode area shielding section comprises a superposed top fifth electrode surface area and a superposed bottom fifth electrode surface area;

wherein said first electrode is electrically coupled to at least said third electrode and wherein said third electrode is electrically coupled to at least said fifth electrode;

wherein said first electrode, said third electrode and said fifth electrode are electrically isolated from said second electrode and said fourth electrode, and wherein said second electrode and said fourth electrode are electrically isolated from one another;

wherein said bottom second electrode superposed area and said bottom fourth electrode superposed area are superposed with one another;

wherein said bottom second electrode superposed area and said top fourth electrode superposed area are shielded from one another by said superposed bottom third electrode surface area.

**123**. The arrangement for energy conditioning of claim **122**, further comprising:

a substrate;

a die including a plurality of integrated circuits;

wherein said die is coupled to said substrate; and

wherein said second electrode is electrically coupled to one integrated circuit of said plurality of integrated circuits of said die.

**124**. The arrangement for energy conditioning of claim **122**, further comprising:

a substrate including a top substrate surface area and a bottom substrate surface area;

a die including a plurality of integrated circuits;

wherein said die is coupled to said top substrate surface area;

wherein said second electrode is electrically coupled to one integrated circuit of said plurality of integrated circuits of said die; and

wherein said superposed top first electrode surface area, said superposed bottom first electrode surface area, said second electrode superposed area, said superposed top third electrode surface area, said superposed bottom third electrode surface area, said fourth electrode superposed area, said superposed top fifth electrode surface area and said superposed bottom fifth electrode surface area are located between said top substrate surface area and said bottom substrate surface area.

**125**. The arrangement for energy conditioning of claim **123**, wherein said top second electrode superposed area and said top fourth electrode superposed area are superposed with one another.

**126**. The arrangement for energy conditioning of claim **124**, wherein said top second electrode superposed area and said top fourth electrode superposed area are superposed with one another.

**127**. An energy conditioning pathway arrangement comprising:

a first energy pathway comprising a first energy pathway area shielding section comprising at least a superposed top first energy pathway surface area and a superposed bottom first energy pathway surface area;

a second energy pathway comprising a second energy pathway surface area, and wherein said second energy pathway

60

way surface area includes a second energy pathway superposed area and a second energy pathway non-superposed area, and wherein said second energy pathway superposed area comprises a top second energy pathway superposed area and a bottom second energy pathway superposed area;

a third energy pathway comprising a third energy pathway area shielding section comprising at least a superposed top third energy pathway surface area and a superposed bottom third energy pathway surface area;

a fourth energy pathway comprising a fourth energy pathway surface area, and wherein said fourth energy pathway surface area includes a fourth energy pathway superposed area and a fourth energy pathway non-superposed area, and wherein said fourth energy pathway superposed area comprises a top fourth energy pathway superposed area and a bottom fourth energy pathway superposed area;

a fifth energy pathway comprising a fifth energy pathway area shielding section comprising at least a superposed top fifth energy pathway surface area and a superposed bottom fifth energy pathway surface area;

wherein said first energy pathway is electrically coupled to at least said third energy pathway, and wherein said third energy pathway is electrically coupled to at least said fifth energy pathway;

wherein said third energy pathway is at least electrically isolated from said second energy pathway and said fourth energy pathway, and wherein said second energy pathway and said fourth energy pathway are electrically isolated from one another;

wherein said first energy pathway area shielding section and said fifth energy pathway area shielding section sandwich said bottom second energy pathway superposed area and said bottom fourth energy pathway superposed area; and

wherein said bottom second energy pathway superposed area and said bottom fourth energy pathway superposed area are superposed with one another.

**128**. The energy conditioning pathway arrangement of claim **127**, wherein said top second energy pathway superposed area and said top fourth energy pathway superposed area are superposed with one another.

**129**. A die comprising the energy conditioning pathway arrangement of claim **127**.

**130**. A die comprising the energy conditioning pathway arrangement of claim **128**.

**131**. A microprocessor package comprising:

a first, second, third, fourth and a fifth electrode, and a substrate;

wherein said substrate comprises a top substrate surface area and a bottom substrate surface area;

wherein said first electrode comprises a first electrode surface area;

wherein said second electrode comprises a second electrode surface area, and wherein said second electrode surface area includes a second electrode superposed area and a second electrode non-superposed area, and wherein said second electrode superposed area comprises a top second electrode superposed area and a bottom second electrode superposed area;

wherein said third electrode comprises a third electrode surface area that includes a top third electrode superposed shielding area and a bottom third electrode superposed shielding area;

wherein said fourth electrode comprises a fourth electrode surface area, and wherein said fourth electrode surface

US 8,587,915 B2

61

62

area includes a fourth electrode superposed area and a fourth electrode non-superposed area, and wherein said fourth electrode superposed area comprises a top fourth electrode superposed area and a bottom fourth electrode superposed area;

wherein said fifth electrode comprises a fifth electrode surface area;

wherein said first electrode is electrically coupled to at least said third electrode, and wherein said third electrode is electrically coupled to at least said fifth electrode;

wherein said third electrode is electrically isolated from said second and fourth electrodes;

wherein said bottom second electrode superposed area and said bottom fourth electrode superposed area are superposed with one another;

wherein said second electrode superposed area is located above said third electrode surface area, and wherein said fourth electrode superposed area is located below said third electrode surface area such that said second electrode superposed area and said fourth electrode superposed area are shielded from one another by said third electrode shielding area;

a first layer of material including a superposed first layer section that comprises a top first layer section surface area and a bottom first layer section surface area that are superposed with one another;

a second layer of material including a superposed second layer section that comprises a top second layer section surface area and a bottom second layer section surface area that are superposed with one another;

a third layer of material including a superposed third layer section that comprises a top third layer section surface area and a bottom third layer section surface area that are superposed with one another;

a fourth layer of material including a superposed fourth layer section that comprises a top fourth layer section surface area and a bottom fourth layer section surface area that are superposed with one another;

wherein said first electrode surface area includes a top first electrode superposed shielding area and a bottom first electrode superposed shielding area;

wherein said fifth electrode surface area includes a fifth electrode shielding area that comprises a top fifth electrode superposed shielding area and a bottom fifth electrode superposed shielding area;

wherein said bottom first electrode superposed shielding area is spaced apart from said top second electrode superposed area by said superposed first layer section;

wherein said bottom second electrode superposed area is spaced apart from said top third electrode superposed shielding area by said superposed second layer section;

wherein said bottom third electrode superposed shielding area is spaced apart from said top fourth electrode superposed area by said superposed third layer section;

wherein said bottom fourth electrode superposed area is spaced apart from said top fifth electrode superposed shielding area by said superposed fourth layer section;

wherein said superposed first layer section, said bottom second electrode superposed area, said superposed second layer section, said top and bottom third electrode

superposed shielding areas, said superposed third layer section, said bottom fourth electrode superposed area, said superposed fourth layer section and said top fifth electrode superposed shielding area are superposed;

a die, wherein said die comprises:

a first, second, third, fourth and fifth energy pathway;

wherein said first energy pathway comprises a first energy pathway area shielding section comprising at least a superposed top first energy pathway surface area and a superposed bottom first energy pathway surface area;

wherein said second energy pathway comprises a second energy pathway surface area, and wherein said second energy pathway surface area includes a second energy pathway superposed area and a second energy pathway non-superposed area, and wherein said second energy pathway superposed area comprises a top second energy pathway superposed area and a bottom second energy pathway superposed area;

wherein said third energy pathway comprises a third energy pathway area shielding section comprising at least a superposed top third energy pathway surface area and a superposed bottom third energy pathway surface area;

wherein said fourth energy pathway comprises a fourth energy pathway surface area, and wherein said fourth energy pathway surface area includes a fourth energy pathway superposed area and a fourth energy pathway non-superposed area, and wherein said fourth energy pathway superposed area comprises a top fourth energy pathway superposed area and a bottom fourth energy pathway superposed area;

wherein said fifth energy pathway comprises a fifth energy pathway area shielding section comprising at least a superposed top fifth energy pathway surface area and a superposed bottom fifth energy pathway surface area;

wherein said first energy pathway is electrically coupled to at least said third energy pathway, and wherein said third energy pathway is electrically coupled to at least said fifth energy pathway;

wherein said third energy pathway is electrically isolated from said second and fourth energy pathway, and wherein said second energy pathway and said fourth energy pathway are electrically isolated from one another;

wherein said top second energy pathway superposed area and said top fourth energy pathway superposed area are superposed with one another; and

wherein said first energy pathway area shielding section and said fifth energy pathway area shielding section sandwich said bottom second energy pathway superposed area and said bottom fourth energy pathway superposed area such that said bottom second energy pathway superposed area and said bottom fourth energy pathway superposed area are superposed with one another; and

wherein said die is coupled to said substrate.

**132**. The microprocessor package of claim **131**, wherein said second electrode is electrically coupled to said second energy pathway.

* * * * *